AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| JAMES ANDREW HINDS, JR. (SBN 71222)<br>HINDS & SHANKMAN, LLP<br>21515 Hawthorne Blvd.<br>Suite 1150<br>Torrance, California 90503<br>TELEPHONE NO.: (310) 316-0500    FAX NO.: (310) 792-5977<br>ATTORNEY FOR (Name): | |

NAME OF COURT: United States Bankruptcy Court
STREET ADDRESS: 255 East Temple Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: LOS ANGELES DIVISION

PLAINTIFF: THOMAS I. MCKNEW, IV and LISA A. MCKNEW, etc., et al.
DEFENDANT: DAVID A. WILSON,

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**
[x] ENFORCEMENT OF JUDGMENT    [ ] ATTACHMENT (Third Person)
[x] Judgment Debtor    [ ] Third Person

CASE NUMBER: Adv. No. 2:12-ap-01317

### ORDER TO APPEAR FOR EXAMINATION

1. TO (name): DAVID A. WILSON
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [x] furnish information to aid in enforcement of a money judgment against you.
   b. [x] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: March 4, 2014    Time: 2:30 pm    Dept. or Div.: 1675    Rm.: 16th Floor
Address of court [x] shown above [ ] is:

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: _____

JUDGE OR REFEREE

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

### APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [x] Judgment creditor    [ ] Assignee of record    [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): DAVID A. WILSON    to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   [x] the judgment debtor
   [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 1/28/14

JAMES ANDREW HINDS, JR.
(TYPE OR PRINT NAME)    (Continued on reverse)    (SIGNATURE OF DECLARANT)

Form Adopted for Mandatory Use
Judicial Council of California
AT-138, EJ-125 [Rev. July 1, 2000]

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**

Legal Solutions

Code of Civil Procedure
§§ 491.110, 708.110, 708.120

**APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**

**NOTICE TO JUDGMENT DEBTOR** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**APPEARANCE OF A THIRD PERSON
(ENFORCEMENT OF JUDGMENT)**

**(1) NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR** The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:

See Attachment "A"

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

**APPEARANCE OF A THIRD PERSON (ATTACHMENT)**

**NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

**APPEARANCE OF A CORPORATION, PARTNERSHIP,
ASSOCIATION, TRUST, OR OTHER ORGANIZATION**

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

# ATTACHMENT "A"

1. All books of account, including general ledgers, cash journals, payroll, and accounts receivable accounts payable ledgers of the Judgment Debtor Wilson, an individual.

2. All current financial statements of the Judgment Debtor David Wilson, an individual.

3. All of the Judgment Debtor's bank records for the past two-years for all savings, checking and/or investment accounts.

4. The Judgment Debtor's two most recently-filed Federal Tax Returns and State Tax Returns with all attachment and Schedule.

5. All records reflecting or referring to loans made to or by the Judgment Debtor, individually, jointly, and/or severally for the past two-years.

6. The legal description and street address of any real property in which the Judgment Debtor and his spouse have or claim a current interest , or have had or claimed an interest in since the date of service of the Summons in Adv. No. 2:12-ap-01317 BK.

7. Copiers of all deeds, notes, land sale contracts, mortgages, and deeds of trust on property in which the Judgment Debtor and his spouse have or claim a current interest, or have had or claimed an interest since the date of service of the Summons in Adv. No. 2:12-ap-01317 BK.

8. All bank, savings and loan, creditor union, or other financial institution and/or money market records for the past two-years for all deposit or checking accounts in the Judgment Debtor or his spouse have an interest, whether or not in the name of the Judgment Debtor or his spouse, including all statements and cancelled checks.

9. All receipts for cash purchases or payment for the past six-months by the Judgment Debtor and his spouse.

10. Monthly statements for the past three-months, showing balances for good or services purchased by the Judgment Debtor and his spouse on credit.

11. Copies of any summons or complaint in every action in which the Judgment Debtor is names as a party, whether as plaintiff, defendant, cross-complaint, cross-defendant, petition, respondent, or any other designations.

12. Ledgers or rental receipts from any income property in which the Judgment

Debtor or his spouse has a current interest or held an interest over the past two-years.

13. Copies of registration certificates for any vehicles owned by or regularly driven by the Judgment Debtor or his spouse over the past two-years.

14. Copies of any other registration certificates filed with the California Department of Motor Vehicles or any similar agency in another state or region for the Judgment Debtor or his spouse or any family member.

15. Original share certificates in any and all corporations, partnerships, Limited Partnerships, General Partnerships, Limited Liability Corporations, Limited Liability Partnerships, or other legal or equitable entities evidencing the Judgment Debtor's and the Judgment Debtor's wife claims ownership, membership, partnership, equitable or other legal interest over the past two-years.

16. Original share certificates in any and all corporations, partnerships, Limited Partnerships, General Partnerships, Limited Liability Corporation, Limited Liability Partnerships, or other legal or equitable entities evidencing the Judgment Debtor's spouse's ownership, membership, partnership, equitable or other legal interest over the past two-years.

17. Copies of the organization document for any and all corporations, partnerships, Limited Partnerships, General Partnerships, Limited Liability Corporations, Limited Liability Partnerships, or other legal or equitable entities in which the Judgment since the date of service of the Summons in Adv. No. 2:12-ap-01317 BK.

18. Copies of all contract, contingency fee agreements, or other commission agreement with any person or entity form who Judgment Debtor or his spouse receives, or is entitled to receive, commissions, contingency fee, or money.

19. The written rental agreements for any premises occupied by the Judgment Debtor or his spouse.

20. All charge account cards in the Judgment Debtor's possession or used regularly by the Judgment Debtor or his spouse.

21. The Judgment Debtor's Driver License or each state for which the Judgment Debtor holds such a license.

22. The Judgment Debtor's Social Security Card.

23. Copies of the Judgment Debtor's most recent payroll stubs, or disability or unemployment vouchers.

24. Copies of all policies of life insurance in which the Judgment Debtor or the Judgment Debtor's spouse claim an equitable or legal interest over the past two-years.

25. Copies of any personal financial statements signed by the Judgment Debtor over the past two-years.