| In re:<br>DAVID A. WILSON,<br><br>Debtor(s). | CHAPTER 7<br>Case No.: 2:12-16195<br>ADV. No. 2:12-ap-01317 |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21515 Hawthorne Blvd. Suite 1150, Torrance, CA 90503.

A true and correct copy of the foregoing document described **NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING EXAMINATION OF DAVID A. WILSON PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF JAMES ANDREW HINDS, JR. IN SUPPORT THEREOF** served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 26, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- James Andrew Hinds jhinds@jhindslaw.com, zbilowit@jhindslaw.com
- Thomas Casey tomcasey@tomcaseylaw.com
- Michael Nicastro mnicastro@np-attorneys.com
- Weneta M Kosmala (TR) Weneta.Kosmala@7trustee.net, ca15@ecfcbis.com;wkosmala@kosmalalaw.com;dfitzger@kosmalalaw.com;kgeorge@kosmalalaw.com
- Paul R Shankman pshankman@jhindslaw.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- J Scott Bovitz bovitz@bovitz-spitzer.com
- Thomas H Casey lmiller@tomcaseylaw.com, msilva@tomcaseylaw.com
- Allan D Epstein adeesq@pacbell.net
- Beth Gaschen bgaschen@wgllp.com
- Dale F. Hardeman hardeman1@cox.net
- Jana Logan jlogan@kirbymac.com, tfloros@kirbymac.com
- Robert S Marticello Rmarticello@wgllp.com
- Benjamin Nachimson bsn@nachimsonlaw.com
- John Patton jpatton@cookseylaw.com
- Ramesh Singh claims@recoverycorp.com
- Evan D Smiley esmiley@wgllp.com
- Autumn D Spaeth aspaeth@wgllp.com
- Jeffrey S Yong jeffyong@a-ylaw.com

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On March 26, 2014, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Clerk to the Honorable Robert Kwan (Via Fed Ex)<br>United States Bankruptcy Court<br>Central District of California<br>Edward R. Roybal Federal Building and Courthouse | Debtor/Counsel<br>David A. Wilson<br>91 Avenida Del Mar, Third Floor<br>San Clemente, CA 92672 |
|---|---|

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                             **F 9013-3.1**

| In re:<br>DAVID A. WILSON,<br><br>Debtor(s). | CHAPTER 7<br>Case No.: 2:12-16195<br>ADV. No. 2:12-ap-01317 |
|---|---|
| 255 E. Temple Street, Suite 1682 / Courtroom 1675<br>Los Angeles, CA 90012 | Jon-Michael Marconi, Esq.<br>668 North Coast Highway, No. 309<br>Laguna Beach, CA 92651 |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 26, 2014, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 26, 2014 | Michelle Patino-Patroni | /s/ Michelle Patino-Patroni |
|---|---|---|
| Date   12.10.13 | Michelle Patino-Patroni | Signature /s/ Michelle Patino-Patroni |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    **F 9013-3.1**