JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
HINDS & SHANKMAN, LLP
Attorneys and Counselors
21515 Hawthorne Blvd., Suite 1150
Torrance, California 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Attorneys for Plaintiff and Judgment Creditors Thomas I. McKnew IV and Lisa A.
McKnew, individually and as Trustees of the McKnew Family
Trust Dated May 21, 2004

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

|  |  |
|---|---|
| In re<br><br>DAVID A. WILSON,<br><br>          Debtor.<br>_____<br><br>THOMAS I. MCKNEW, IV and LISA A. MCKNEW, individually and as Trustees of the MCKNEW FAMILY TRUST DATED MAY 21, 2004,<br><br>          Plaintiffs,<br><br>vs.<br><br>DAVID A. WILSON,<br><br>          Defendant.<br>_____ | ) Case No. 2:12-bk-16195-RK<br>)<br>) (Chapter 7)<br>)<br>) Adv. No. 2:12-ap-01317-RK<br>)<br>)<br>)<br>) **PROOF OF SERVICE OF WRIT OF EXECUTION; NOTICE OF LEVY; MEMORANDUM OF GARNISHMENT; EXEMPTIONS FROM ENFORCEMENT OF JUDGMENT; CURRENT DOLLAR AMOUNTS OF EXEMPTIONS; CLAIMS OF EXEMPTION; FINANCIAL STATEMENT; AMENDED JUDGMENT IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANT BASED ON MEMORANDUM OF DECISIONS ON ADVERSARY COMPLAINT**<br>) |

Attached hereto as Exhibit "1" are the original Proofs of Service of Writ of Execution;

Notice of Levy; Memorandum of Garnishment; Exemptions From Enforcement of Judgment;

HINDS & SHANKMAN, LLP
21515 HAWTHORNE BLVD. STE. 1150
TORRANCE, CA. 90503

Current Dollar amounts of Exemptions; Claims of Exemption; Financial Statement;

Amended Judgment In Favor of Plaintiffs and Against Defendant Based on Memorandum of

Decision on Adversary Complaint served on Bank of China, Ltd., David Alan Wilson, Jon-

Michael Marconi, Esq., and Beata E. Wilson.


DATED: June 5, 2014                JAMES ANDREW HINDS, JR.
                                   PAUL R. SHANKMAN
                                   HINDS & SHANKMAN, LLP


                                   By:   /s/ James Andrew Hinds, Jr.
                                         JAMES ANDREW HINDS, JR.
                                   Attorneys for the Plaintiffs Thomas I. McKnew IV and Lisa
                                   A. McKnew, individually and as Trustees of the McKnew
                                   Family Trust Dated May 21, 2004

1

2

3

4

# EXHIBIT "1"

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

# EXHIBIT "1"

25

26

27

28

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
BRIAN YERETZIAN
HINDS & SHANKMAN, LLP
21515 HAWTHORNE BLVD., STE 1150
TORRANCE, CA 90503

TELEPHONE NO: 2785
FOR COURT USE ONLY
310/316-0500

Ref. No. or File No.:

ATTORNEY FOR (Name):

Insert name of court, judicial district or branch court, if any:

USBC - Central District - Central Division
255 E. Temple St.
Los Angeles, CA 90012

PLAINTIFF: THOMAS I. MCKNEW, IV

DEFENDANT: DAVID A. WILSON

| PROOF OF SERVICE | SHERIFF'S FILE NUMBER: | CASE NUMBER: 2:12-ap-01317-RK |
|---|---|---|

[X] WRIT OF EXECUTION          [ ] WRIT OF ATTACHMENT       [ ] EARNINGS WITHHOLDING ORDER (2)
[X] NOTICE OF LEVY             [ ] NOTICE OF ATTACHMENT     [ ] EMPLOYEE INSTRUCTIONS
[X] MEMORANDUM OF GARNISHEE                                 [ ] EMPLOYER'S RETURN
[ ] EXEMPTIONS FROM ENFORCEMENT OF JUDGMENT                [ ] BOND OR UNDERTAKING
[ ] CURRENT DOLLAR AMOUNTS OF EXEMPTIONS
[ ] EX PARTE RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
[ ] RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
[ ] CLAIM OF EXEMPTION
[ ] FINANCIAL STATEMENT
[X] Other : Amended Judgment in Favor of Plaintiffs and Against Defendant Based on Memorandum Decision on Adversary Complaint for
Nondischargeability of Debts; Declaration of Brian Yeretzian in Support of Levy of Judgment Debtor's Bank Accounts shared with spouse

**ON THE PARTY SERVED AS THE GARNISHEE**

1. NAME: **BANK OF CHINA, LTD.**
2. PERSON SERVED AND TITLE: **SYLVIA WONG - MANAGER**
3. PERSON WITH WHOM LEFT:
4. DATE AND TIME OF DELIVERY: 5/9/2014 @ 2:30 PM
5. MAILING DATE AND PLACE:
6. ADDRESS: 444 S. FLOWER ST., #3900  LOS ANGELES, CA 90015
7. MANNER OF SERVICE    [X] PERSONAL SERVICE(CCP 415.10)        [ ] MAILING(CCP 700.010)
                        [ ] SUBSTITUTED SERVICE (CCP 415.20)    [ ] POSTING (CCP 700.030)
                        [ ] RECORDED (CCP 700.015)
8. OTHER ACTIVITY (WHEN REQUIRED)
                        RECORDED WITH RECORDER OF
                        RECORDATION #
                        DATE OF RECORDING
9. AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THE WITHIN ACTION.
I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON : May 09, 2014 AT Los Angeles, CALIFORNIA

Timothy J. Price
Registered Process # 5077
County of Registration Los Angeles
Janney & Janney Attorney Service, Inc.
1545 Wilshire Blvd., Suite 311
Los Angeles, CA 90017
(213) 628-6338

FEE FOR SERVICE: $ 195.00 RECOVERABLE PER CCP 1033.5



Law Firm Job#:

writgprfB/LA1103451

RECEIVED
U.S. MARSHALS SERVICE
LOS ANGELES, CA 90012
14 MAY 12    3 06

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):

BRIAN YERETZIAN
HINDS & SHANKMAN, LLP
21515 HAWTHORNE BLVD., STE 1150
TORRANCE, CA 90503

ATTORNEY FOR (Name):

Ref. No. or File No.

Insert name of court, judicial district or branch court, if any:

USBC - Central District - Central Division
255 E. Temple St.
Los Angeles, CA  90012

PLAINTIFF:  THOMAS I. MCKNEW, IV

DEFENDANT:  DAVID A. WILSON

| PROOF OF SERVICE | SHERIFF'S FILE NUMBER: | CASE NUMBER: 2:12-ap-01317-RK |
| --- | --- | --- |

[X] WRIT OF EXECUTION         [ ] WRIT OF ATTACHMENT       [ ] EARNINGS WITHOLDING ORDER (2)
[X] NOTICE OF LEVY            [ ] NOTICE OF ATTACHMENT     [ ] EMPLOYEE INSTRUCTIONS
[ ] MEMORANDUM OF GARNISHEE                                [ ] EMPLOYER'S RETURN
[X] EXEMPTIONS FROM ENFORCEMENT OF JUDGMENT                [ ] BOND OR UNDERTAKING
[X] CURRENT DOLLAR AMOUNTS OF EXEMPTIONS
[ ] EX PARTE RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
[ ] RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
[ ] CLAIM OF EXEMPTION
[X] FINANCIAL STATEMENT
[X] Other : Amended Judgment in Favor of Plaintiffs and Against Defendant Based on Memorandum Decision on Adversary Complaint for
Nondischargeability of Debts; Declaration of Brian Yeretzian in Support of Levy of Judgment Debtor's Bank Accounts shared with spouse

**ON THE PARTY SERVED AS THE JUDGMENT DEBTOR**

1. NAME:  **DAVID ALAN WILSON**
2. PERSON SERVED AND TITLE:
3. PERSON WITH WHOM LEFT:
4. DATE AND TIME OF DELIVERY:
5. MAILING DATE AND PLACE:  5/9/2014 from LOS ANGELES, CA
6. ADDRESS:  24352 SANTA CLARA, DANTA POINT, CA, 92629
7. MANNER OF SERVICE    [ ] PERSONAL SERVICE(CCP 415.10)        [XX] MAILING(CCP 700.010)
                        [ ] SUBSTITUTED SERVICE (CCP 415.20)    [ ] POSTING (CCP 700.080)
                        [ ] RECORDED (CCP 700.015)
8. OTHER ACTIVITY (WHEN REQUIRED)
                        RECORDED WITH RECORDER OF COUNTY
                        RECORDATION #
                        DATE OF RECORDING
9. AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THE WITHIN ACTION.
I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON :  May 09, 2014 AT Los Angeles, CALIFORNIA

Timothy J. Price
Registered Process # 5077
County of Registration Los Angeles
Janney & Janney Attorney Service, Inc.
1545 Wilshire Blvd., Suite 311
Los Angeles, CA 90017
(213) 628-6338

FEE FOR SERVICE:            RECOVERABLE PER CCP 1033.5

JJ

Law Firm Job#:

writgprfM/LA1103451

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*
  BRIAN YERETZIAN
  HINDS & SHANKMAN, LLP
  21515 HAWTHORNE BLVD., STE 1150
  TORRANCE, CA 90503

TELEPHONE NO.: 2785 0316-0500   FOR COURT USE ONLY

ATTORNEY FOR *(Name)*:

Ref. No. or File No.

Insert name of court, judicial district or branch court, if any:

  USBC - Central District - Central Division
  255 E. Temple St.
  Los Angeles, CA 90012

PLAINTIFF: THOMAS I. MCKNEW, IV

DEFENDANT: DAVID A. WILSON

| PROOF OF SERVICE | SHERIFF'S FILE NUMBER: | CASE NUMBER: |
| --- | --- | --- |
| | | 2:12-ap-01317-RK |

- [X] WRIT OF EXECUTION          [ ] WRIT OF ATTACHMENT       [ ] EARNINGS WITHOLDING ORDER (2)
- [X] NOTICE OF LEVY             [ ] NOTICE OF ATTACHMENT     [ ] EMPLOYEE INSTRUCTIONS
- [ ] MEMORANDUM OF GARNISHEE                                 [ ] EMPLOYER'S RETURN
- [X] EXEMPTIONS FROM ENFORCEMENT OF JUDGMENT                 [ ] BOND OR UNDERTAKING
- [X] CURRENT DOLLAR AMOUNTS OF EXEMPTIONS
- [ ] EX PARTE RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
- [ ] RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
- [X] CLAIM OF EXEMPTION
- [X] FINANCIAL STATEMENT
- [X] Other : *Amended Judgment in Favor of Plaintiffs and Against Defendant Based on Memorandum Decision on Adversary Complaint for Nondischargeability of Debts; Declaration of Brian Yeretzian in Support of Levy of Judgment Debtor's Bank Accounts shared with spouse*

ON THE PARTY SERVED AS THE DEBTOR'S COUNSEL

1. NAME: **JON-MICHAEL MARCONI, ESQ.**
2. PERSON SERVED AND TITLE:
3. PERSON WITH WHOM LEFT:
4. DATE AND TIME OF DELIVERY:
5. MAILING DATE AND PLACE: **5/9/2014 from LOS ANGELES, CA**
6. ADDRESS: **668 NORTH COAST HIGHWAY, NO. 309, LAGUNA BEACH, CA, 92651**
7. MANNER OF SERVICE  [ ] PERSONAL SERVICE(CCP 415.10)        [X] MAILING(CCP 700.010)
                      [ ] SUBSTITUTED SERVICE (CCP 415.20)    [ ] POSTING (CCP 700.080)
                      [ ] RECORDED (CCP 700.015)
8. OTHER ACTIVITY (WHEN REQUIRED)
                      RECORDED WITH RECORDER OF COUNTY
                      RECORDATION #
                      DATE OF RECORDING
9. AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THE WITHIN ACTION.
I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON : **May 09, 2014 AT Los Angeles, CALIFORNIA**

Timothy J. Price
Registered Process # 5077
County of Registration Los Angeles

FEE FOR SERVICE:          RECOVERABLE PER CCP 1033.5          Janney & Janney Attorney Service, Inc.
                                                              1545 Wilshire Blvd., Suite 311
                                                              Los Angeles, CA 90017
                                                              (213) 628-6338

                                                              Law Firm Job#:

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*
 BRIAN YERETZIAN
 HINDS & SHANKMAN, LLP
 21515 HAWTHORNE BLVD., STE 1150
 TORRANCE, CA 90503

TELEPHONE NO.: (310) 316-0500

FOR COURT USE ONLY

Ref. No. or File No.:

ATTORNEY FOR *(Name)*:

Insert name of court, judicial district or branch court, if any:

USBC - Central District - Central Division
255 E. Temple St.
Los Angeles, CA 90012

PLAINTIFF: *THOMAS I. MCKNEW, IV*

DEFENDANT: *DAVID A. WILSON*

| PROOF OF SERVICE | SHERIFF'S FILE NUMBER: | CASE NUMBER: 2:12-ap-01317-RK |
|---|---|---|

☒ *WRIT OF EXECUTION*        ☐ *WRIT OF ATTACHMENT*        ☐ *EARNINGS WITHOLDING ORDER (2)*
☒ *NOTICE OF LEVY*           ☐ *NOTICE OF ATTACHMENT*       ☐ *EMPLOYEE INSTRUCTIONS*
☐ *MEMORANDUM OF GARNISHEE*                                  ☐ *EMPLOYER'S RETURN*
☒ *EXEMPTIONS FROM ENFORCEMENT OF JUDGMENT*                  ☐ *BOND OR UNDERTAKING*
☒ *CURRENT DOLLAR AMOUNTS OF EXEMPTIONS*
☒ *EX PARTE RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT*
☐ *RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT*
☒ *CLAIM OF EXEMPTION*
☒ *FINANCIAL STATEMENT*
☒ *Other : Amended Judgment in Favor of Plaintiffs and Against Defendant Based on Memorandum Decision on Adversary Complaint for
 Nondischargeability of Debts; Declaration of Brian Yeretzian in Support of Levy of Judgment Debtor's Bank Accounts shared with spouse*

**ON THE PARTY SERVED AS THE SPOUSE**

*1. NAME:* **BEATA E. WILSON**

*2. PERSON SERVED AND TITLE:*

*3. PERSON WITH WHOM LEFT:*

*4. DATE AND TIME OF DELIVERY:*

*5. MAILING DATE AND PLACE:* **5/9/2014 from LOS ANGELES, CA**

*6. ADDRESS:* **24352 SANTA CLARA, DANA POINT, CA, 92629**

*7. MANNER OF SERVICE*    ☐ *PERSONAL SERVICE(CCP 415.10)*        ☒☒ *MAILING(CCP 700.010)*
                         ☐ *SUBSTITUTED SERVICE (CCP 415.20)*     ☐ *POSTING (CCP 700.080)*
                         ☐ *RECORDED (CCP 700.015)*

*8. OTHER ACTIVITY (WHEN REQUIRED)*
                    *RECORDED WITH RECORDER OF COUNTY*
                    *RECORDATION #*
                    *DATE OF RECORDING*

*9. AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THE WITHIN ACTION.*
*I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.*

*EXECUTED ON :* **May 09, 2014 AT Los Angeles, CALIFORNIA**

RECEIVED
U.S. MARSHALS SERVICE
LOS ANGELES, CA 90012
14 MAY 13 PM 3: 06

Timothy J. Price
Registered Process # 5077
County of Registration Los Angeles
Janney & Janney Attorney Service, Inc.
1545 Wilshire Blvd., Suite 311
Los Angeles, CA 90017
(213) 628-6338

FEE FOR SERVICE:          RECOVERABLE PER CCP 1033.5

Law Firm Job#:

writgsprfM/LA1103451

Jannuk Danuyan Attorney Service, Inc.
1545 Wilshire Blvd., 311
Los Angeles, CA 90017
Phone: 2136286338   Fax: 2134832576

ATTACHED DOCUMENT LIST

Writ of Execution;Notice of Levy;Memorandum of Garnishee;Exemptions
from Enforcement of Judgment;Current Dollar Amounts of
Exemptions;Claim of Exemption;Financial Statement;Amended Judgment
in Favor of Plaintiffs and Against Defendant Based on Memorandum
Decision on Adversary Complaint for Nondischargeability of Debts;
Declaration of Brian Yeretzian in Support of Levy of Judgment
Debtor's Bank Accounts shared with spouse>

| In re:<br>DAVID A. WILSON,<br><br>Debtor(s). | CHAPTER 7<br>Case No.: 2:12-16195<br><br>Adv. No. 2:12-ap-01317-RK |
| --- | --- |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21515 Hawthorne Blvd. Suite 1150, Torrance, CA 90503.

A true and correct copy of the foregoing document described PROOF OF SERVICE OF WRIT OF EXECUTION; NOTICE OF LEVY; MEMORANDUM OF GARNISHMENT; EXEMPTIONS FROM ENFORCEMENT OF JUDGMENT; CURRENT DOLLAR AMOUNTS OF EXEMPTIONS; CLAIMS OF EXEMPTION; FINANCIAL STATEMENT; AMENDED JUDGMENT IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANT BASED ON MEMORANDUM OF DECISIONS ON ADVERSARY COMPLAINT served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 5 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Thomas H Casey**    lmiller@tomcaseylaw.com, msilva@tomcaseylaw.com
- **James Andrew Hinds**    jhinds@jhindslaw.com
- **Weneta M Kosmala (TR)**    Weneta.Kosmala@7trustee.net,
  ca15@ecfcbis.com;wkosmala@kosmalalaw.com;dfitzger@kosmalalaw.com;kgeorge@kosmalalaw.com
- **Michael N Nicastro**    courtfiling@np-attorneys.com
- **Paul R Shankman**    pshankman@jhindslaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Barouir B Yeretzian**    byeretzian@jhindslaw.com, yeretzian@gmail.com

☒  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On June 5 2014, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Clerk to the Honorable Robert Kwan (Via Fed Ex)<br>United States Bankruptcy Court<br>Central District of California<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street, Suite 1682 / Courtroom 1675<br>Los Angeles, CA 90012 | Jon-Michael A Marconi<br>668 N Coast Hwy<br>#309<br>Laguna Beach, CA 92651 |
| --- | --- |

☐  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 5, 2014, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                  **F 9013-3.1**

| In re:<br>DAVID A. WILSON,<br><br>Debtor(s). | CHAPTER 7<br>Case No.: 2:12-16195<br><br>Adv. No. 2:12-ap-01317-RK |
|---|---|

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

June 5, 2014    Liz Reuben _____            /s/ Liz Reuben _____

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.