Steven Jay Katzman, State Bar No. 132755
skatzman@bmkattorneys.com
Ali Matin, State Bar No. 268452
amatin@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700/Facsimile (949) 369-3701

Attorneys for Judgment Debtor
DAVID A. WILSON

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>  DAVID A. WILSON<br><br><br><br>THOMAS I. MCKNEW, IV and LISA A. MCKNEW, individually and as Trustees of the MCKNEW FAMILY TRUST DATED MAY 21, 2004,<br><br>  Plaintiffs,<br><br>vs.<br><br>DAVID A. WILSON,<br><br>  Defendant. | Case No. 2:12-bk-16295-RK<br><br>Chapter 7<br><br>Adv. No. 2:12-AP-01317-RK<br><br>**DECLARATION OF MICHAEL N. NICASTRO IN SUPPORT OF STIPULATION RE: JUDGMENT CREDITORS' MOTION TO COMPEL DEBTOR, DAVID ALAN WILSON, TO ANSWER QUESTIONS POSED TO HIM AT HIS JUDGMENT DEBTOR EXAM**<br><br>Date:  January 20, 2015<br>Time:  2:30 p.m.<br>Judge:  Hon. Robert N. Kwan<br>Place:  Courtroom 1675<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

1

## Declaration of Michael Nicastro

I, Michael N. Nicastro, declare as follows:

1. I an attorney in good standing with the State Bar of California and am admitted to practice in the Courts of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I did not file David A. Wilson's bankruptcy petition, but, I did represent him for a period of time in the main bankruptcy case of David A. Wilson while the case was pending.

3. Outside the courtroom, just prior to the initial hearing on the Rule 2004 Motion, Mr. Hinds, counsel for the McKnews, told me that his client was contacted by an FBI agent regarding his business dealings with Mr. Wilson. Mr. Hinds related to me his client's concern of a pending investigation by the FBI of those business dealings. Specifically, it was represented that an FBI agent contacted Mr. McKnew seeking information regarding financials that the McKnews supplied to a lender and/or other third parties.

4. Mr. Hinds also indicated that the primary purpose of eliciting testimony and information from Mr. Wilson in an examination context was to present such testimony and information to the FBI to clear Mr. McKnew of any purported wrongdoing in connection with any FBI investigation.

5. I followed up with Mr. Hinds regarding the identity of the FBI agent, and, although Mr. Hinds indicated that he would get back to me with that information, it was not provided to me.

6. Exhibits 1-3, attached to my Declaration, are true and correct copies of email communications between me and the McKnews' counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 5, 2014, at Costa Mesa, California.

_____
Michael N. Nicastro

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
903 Calle Amanecer, Suite 350, San Clemente, California 92673

A true and correct copy of the foregoing document entitled: **DECLARATION OF MICHAEL N. NICASTRO IN SUPPORT OF STIPULATION RE: JUDGMENT CREDITORS' MOTION TO COMPEL DEBTOR, DAVID ALAN WILSON, TO ANSWER QUESTIONS POSED TO HIM AT HIS JUDGMENT DEBTOR EXAM** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 17, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| James Andrew Hinds | jhinds@jhindslaw.com, zbilowit@jhindslaw.com |
| Hye Jin Jang | hjang@jhindslaw.com |
| Weneta M Kosmala (TR) | ecfalert+Kosmala@titlexi.com,wkosmala@txitrustee.com; dmf@txitrustee.com; kgeorge@kosmalalaw.com |
| Paul R Shankman | pshankman@jhindslaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Barouir B Yeretzian | byeretzian@jhindslaw.com, yeretzian@gmail.com |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On December 17, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 17, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Clerk to The Honorable Robert N. Kwan (Overnight Delivery)
United States Bankruptcy Court, Central District
Edward Roybal Federal Building
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 17, 2014 | Coleen Grogan | /s/ Coleen Grogan /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**