| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steven Jay Katzman (SBN 132755)<br>skatzman@bmkattorneys.com<br>Ali Matin (SBN 268452)<br>amatin@bmkattorneys.com<br>BIENERT, MILLER & KATZMAN, PLC<br>903 Calle Amanecer, Suite 350<br>San Clemente, California 92673<br>Telephone (949) 369-3700<br>Facsimile (949) 369-3701<br><br>*Attorney for Appellant* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** Los Angeles **DIVISION**

| In re:<br>DAVID A. WILSON<br>　　　　　　　　　　　　　　　　　Debtor(s)<br><br>THOMAS I. MCKNEW, IV and LISA A. MCKNEW, individually and as Trustees of the MCKNEW FAMILY TRUST DATED MAY 21, 2004,<br>　　　　　　　　　　　　　　　　　Plaintiffs<br>v.<br>DAVID A. WILSON,<br>　　　　　　　　　　　　　　　　　Defendant. | CASE NO.:　　2:12-bk-16295-RK<br>ADVERSARY NO.: 2:12-ap-01317-RK<br>(*if applicable*)<br>CHAPTER:　　7<br><br>**NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):
   David A. Wilson

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ❑ Plaintiff
   - ❑ Defendant
   - ☑ Other (describe) Judgment Debtor
   　_____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ❑ Debtor
   - ❑ Creditor
   - ❑ Trustee
   - ❑ Other (describe) _____

---

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: See Attachment A

2. State the date on which the judgment, order, or decree was entered: 10/26/15 and 8/17/2015

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: T. and L. McKnew        Attorney: James A. Hinds
                                            HINDS & SHANKMAN, LLP
                                            21257 Hawthorne Blvd., Second Floor
                                            Torrance, California 90503

2. Party: McKnew Fam. Trust       Attorney: James A. Hinds
                                            HINDS & SHANKMAN, LLP
                                            21257 Hawthorne Blvd., Second Floor
                                            Torrance, California 90503

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

■ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Steven J. Katzman                                    Date: 11/9/2015
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

Steven J. Katzman

BIENERT, MILLER & KATZMAN, PLC

903 Calle Amanecer, Suite 350

San Clemente, California 92673

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

# ATTACHMENT A

Appellant appeals the following orders:

1. Order Approving Stipulation Regarding Judgment Creditors' Motion to Compel Answers of Judgment Debtor and Holding Judgment Debtor in Civil Contempt ("Contempt Order"), entered on October 26, 2015.

2. Order Granting Creditors' Motion to Compel Answers of Judgment Debtor ("Discovery Order"), entered on August 17, 2015.

Pursuant to *Richmark Corp. v. Timber Falling Consultants, Inc.*, 937 F.2d 1444, 1449 (9th Cir. 1991) and the Bankruptcy Court's advisal, post-judgment orders compelling discovery are not considered final orders that may be appealed until the court issues a contempt order for failure to comply with the discovery order. Accordingly, the appellant stipulated to the Contempt Order to perfect the Discovery Order for this appeal.

279956-1

# "1"

```
 1  Steven Jay Katzman, State Bar No. 132755
    skatzman@bmkattorneys.com
 2  Ali Matin, State Bar No. 268452
    amatin@bmkattorneys.com
 3  BIENERT, MILLER & KATZMAN, PLC
    903 Calle Amanecer, Suite 350
 4  San Clemente, California 92673
    Telephone (949) 369-3700/Facsimile (949) 369-3701
 5
    Attorneys for Judgment Debtor
 6  DAVID A. WILSON
```

FILED & ENTERED

OCT 26 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY milano    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>　　DAVID A. WILSON | Case No. 2:12-bk-16295-RK<br><br>Chapter 7<br><br>Adv. No. 2:12-AP-01317-RK |
| THOMAS I. MCKNEW, IV and LISA A. MCKNEW, individually and as Trustees of the MCKNEW FAMILY TRUST DATED MAY 21, 2004,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>DAVID A. WILSON,<br><br>　　　　　　Defendant. | **ORDER APPROVING STIPULATION REGARDING JUDGMENT CREDITORS' MOTION TO COMPEL ANSWERS OF JUDGMENT DEBTOR AND HOLDING JUDGMENT DEBTOR IN CIVIL CONTEMPT**<br><br>[No Hearing Required] |

1

Pursuant to the *Stipulation Regarding Judgment Creditors' Motion to Compel Answers of Judgment Debtor and Holding Judgment Debtor in Civil Contempt* (the "Stipulation") [Docket No. 507], entered by and between Judgment Creditors, Thomas and Lisa McKnew, and Judgment Debtor, David A. Wilson; and in light of the court's *Order Rejecting Plaintiff's Proposed Order Holding Judgment Debtor in Civil Contempt of Court of Order Granting Judgment Creditors' Motion to Compel Answers of Judgment Debtor* [Docket No. 501], in which the court rejected the proposed order without prejudice to Plaintiff's brining a proper motion for contempt under Rules 9013 and 9014 of the Federal Rules of Bankruptcy Procedure or "obtaining the assent of the opposing party, the judgment debtor, to a stipulation that he be held in civil contempt to be submitted for approval of the court with a proposed order for approval of such a stipulation," and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved; and

2. Judgment Debtor David A. Wilson is held in civil contempt of court per the Stipulation for failure comply with the court's *Order Granting Creditors' Motion to Compel Answers of Judgment Debtor* [Docket No. 472].

3. This Stipulation is made without prejudice to any other rights or remedies, including without limitation the Judgment Debtor's right to contest any repercussions arising from any finding of civil contempt, and the right to seek a stay pending appeal of the Order or the rights of the Parties regarding seeking or opposing sanctions and other relief.

# # #

Date: October 26, 2015

_____
Robert Kwan
United States Bankruptcy Judge

**"2"**

**FILED & ENTERED**

**AUG 17 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY tatum    DEPUTY CLERK**

### ORDER NOT FOR PUBLICATION

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DAVID A. WILSON,<br><br>Debtor.<br><br>THOMAS I. MCKNEW, IV and LISA A. MCKNEW, individually and as Trustees of the MCKNEW FAMILY TRUST DATED MAY 21, 2004,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID A. WILSON,<br><br>Defendant. | Case No. 2:12-bk-16195-RK<br><br>Chapter 7<br><br>Adv. No. 2:12-ap-01317-RK<br><br>**ORDER GRANTING CREDITORS' MOTION TO COMPEL ANSWERS OF JUDGMENT DEBTOR**<br><br>DATE:   August 25, 2015<br>TIME:   3:00 p.m.<br>PLACE: Courtroom 1675<br>            255 East Temple Street<br>            Los Angeles, CA  90012 |

Pending before the court is the motion of judgment creditors Thomas McKnew, *et al.*, to compel the answers of judgment debtor David Wilson to questions asked during a judgment debtor examination to which judgment debtor had interposed objections based on his testimonial privilege against self-incrimination. The court had filed and entered its order on the motion on July 2, 2015, which indicated that the court had considered and rejected the arguments asserted by judgment debtor in opposition to the motion and

provided an additional opportunity to him to submit further material *in camera* to the court by August 15, 2015 to show that his assertion of the Fifth Amendment privilege against self-incrimination to creditors' questions was proper. *Order on Judgment Creditors' Motion to Compel Answers of Judgment Debtor,* ECF 463. This order further provided that if judgment debtor did not submit further material *in camera* sufficient for the court to consider the validity of his assertion of the Fifth Amendment privilege by the deadline of August 15, 2015, the court would assume that there is no further information to consider and will order him to answer the questions as presented by creditors. *Id.*

On August 14, 2015, judgment debtor filed a document styled "Judgment Debtor David Wilson's Statement to Court's July 2, 2015," ECF 471, wherein he stated that he would be irreparably harmed if he presented material to the court *in camera* and intends to appeal the court's decision on the motion, assuming it becomes a final order. The deadline of August 15, 2015 for judgment debtor to submit further material to the court *in camera* has passed, and judgment debtor has not made any further *in camera* submission to the court.

Accordingly, pursuant to the court's prior order filed and entered on July 2, 2015 on the motion, the court hereby grants the motion of judgment creditors to compel judgment debtor to answer the questions they asked him at a judgment debtor examination.

It is hereby ordered as follows:
1. The motion of judgment creditors to compel judgment debtor to answer the questions they asked him at a prior judgment debtor examination is granted, specifically overruling the objections made by judgment debtor to the questions for the reasons stated in the prior order on the motion filed and entered on July 2, 2015, ECF 463.
2. Judgment debtor is ordered to appear before judgment creditors for a judgment debtor examination at a date and time to be noticed by them in order for

1    judgment debtor to answer the questions previously asked of him at the prior

2    judgment debtor examination, which questions were the subject of this motion.

3. The further hearing on the motion set for August 25, 2015 at 3:00 p.m. will remain on calendar as suggested by counsel for judgment debtor in judgment debtor's statement filed on August 14, 2015 in order to discuss scheduling of further proceedings, including the date and time of the compelled judgment debtor examination, the schedule for civil contempt proceedings to enforce this order if judgment debtor does not answer the questions as compelled, and the briefing and hearing schedule for any motion for stay pending appeal.

IT IS SO ORDERED.

###

Date: August 17, 2015

Robert Kwan
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
903 Calle Amanecer, Suite 350, San Clemente, CA 92673.

A true and correct copy of the foregoing document entitled: NOTICE OF APPEAL AND STATEMENT OF ELECTION will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 9, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Christopher L Blank | clblank@pacbell.net |
| James Andrew Hinds, Jr | jhinds@jhindslaw.com |
| Hye Jin Jang | hjang@jhindslaw.com |
| Hanna B Raanan | hraanan@marlinsaltzman.com |
| Weneta M Kosmala (TR) | ecf.alert+Kosmala@titlexi.com,wkosmala@txitrustee.com; dmf@txitrustee.com;kgeorge@kosmalalaw.com |
| Paul R Shankman | pshankman@jhindslaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Barouir B Yeretzian | byeretzian@jhindslaw.com |

☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**: On November 9, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 9, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert N. Kwan (Overnight Delivery)
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1682 / Courtroom 1675
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 9, 2015 | Coleen Grogan | /s/ Coleen Grogan /s/ |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

266950-1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012      Page 1      **F 9021-1.2.ADV.NOTICE.LODGMENT**