JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@hindslawgroup.com
THE HINDS LAW GROUP, APC
21257 Hawthorne Blvd., Second Floor
Torrance, California 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Attorneys for Judgment Creditor Thomas I. McKnew, IV, individually and as Trustee of the McKnew Family Trust Dated May 21, 2004

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DAVID A. WILSON,<br><br>　　　　　　　　　　Debtor.<br>―――――――――――――――<br>THOMAS I. MCKNEW, IV and LISA A. MCKNEW, individually and as Trustees of the MCKNEW FAMILY TRUST DATED MAY 21, 2004,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>DAVID A. WILSON,<br><br>　　　　　　　　　　Defendant. | Case No. 2:12-bk-16195-RK<br><br>(Chapter 7)<br><br>Adv. No. 2:12-ap-01317-RK<br><br>**DECLARATION OF JAMES ANDREW HINDS, JR IN SUPPORT OF APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>[Filed concurrently with Motion for TRO and OSC for Enforcement of Garnishment Order and Declaration of Thomas I. McKnew, IV]<br><br>DATE: [To be Assigned] |

I, James Andrew Hinds, Jr., hereby declare as follows:

1.　I am an attorney duly licensed to practice law before all of the courts of the State of California and the United States District Courts for the Northern, Eastern, Southern,

---

DECLARATION OF JAMES ANDREW HINDS, JR IN SUPPORT OF APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE

1

and Central Districts of California, and the United States Court of Appeals for the Third, Fourth and Ninth Circuits. I am counsel for the Plaintiff and Judgment Creditor herein, Thomas I. McKnew IV, individually and as Trustee of the McKnew Family Trust Dated May 21, 2004 (hereinafter referred to as the "Judgment Creditor"). The matters set forth herein are made of my own knowledge based upon my review of the files related to Adversary Proceeding No. 2:12-01317, <u>McKnew v. Wilson</u>. I have personal knowledge in the matters set forth herein and if called and sworn as a witness I could and would testify competently thereto.

2. This Declaration is submitted in support of the Application for Order Setting Hearing on Shortened Notice, served and filed herewith. Also filed herewith are the Judgment Debtor's *Motion for Temporary Restraining Order in Support of Enforcement of Orders Directed to American General Corporation pursuant to California Code of Civil Procedure §§ 701.202, 706.154. 708.180 and 3439.07* and the Declaration of Thomas I. McKnew, IV in support thereof (hereinafter collectively referred to as the "Motion").

3. The parties affected by the Motion and the Application for order Setting Hearing on Shortened Notice are:

A. Thomas I. McKnew, Judgment Creditor;

B. David A. Wilson, Judgment Debtor;

C. Beata Wilson, wife of David A. Wilson

D. Michelle Wilson, daughter of David A. Wilson; and

E. American General Corporation, owned and operated by David A. Wilson and Michelle Wilson.

Notice of the Motion and the Application for order Setting Hearing on Shortened Notice will be given to each via EFC, and next day delivery to the last known addresses for each.

4. By the Motion the Judgment Creditor seeks Orders restraining the Judgment debtor, David A. Wilson, third-party American General Corporation (hereafter referred to as "AGC") and all persons, entities, agents and third parties acting in concert with David Wilson and AGC, and requesting the following relief:

A. an Order freezing all bank accounts of AGC until a thorough accounting and reconciliation can take place of all payments from the Bridge Capital Agreement to AGC;

B. the issuance of an Order to Show Cause why AGC and its officers and agents should not be held in contempt for failing to honor the garnishment Order and withholding sums for the benefit of the Judgment Creditor;

C. an Order entering a permanent injunction stopping AGC from making any further payments to or for the benefit of David Wilson until the Judgment Creditor's non-dischargeable Judgment is paid in full;

D. enter a finding that AGC and its officers and agents violated the garnishment Orders issued by the Court by failing to truthfully report payments made to or for the benefit of David Wilson, failing to withhold these payments, and failing to file a report of garnishee about these payments;

E. for attorneys' fees and costs incurred by the Judgment Creditor to enforce the Writ and garnishment Orders; and

F. for such other and further relief as the Court deems just under the circumstances.

5. In order to collect on the Amended Judgment, the Judgment Creditor obtained a Writ and served the Writ on ACG and other entities known to be associated with David Wilson. The Judgment Creditor also requested and conducted Judgment Debtor Exams of

David Wilson, the President of AGC, Beata Wilson David Wilson's wife, and various third parties. As part of his judgment collection efforts, the Judgment Creditor domesticated the Judgment in Hawaii and then conducted extensive post-judgment discovery in both California and Hawaii.

6. On or about March 7, 2014. The Judgment Creditor served AGC with a Judgment Debtor Examination Order in 2020. The garnishment Order directed that any wages due to David Wilson be held and paid over to the Judgment Creditor in partial satisfaction of the Judgment.

7. In response to the Judgment Debtor Exams David Wilson and Michelle Wilson, the president of AGC and David Wilson's daughter lied under oath about the relationship between AGC and Bridge Capital, LLC (hereinafter referred to as "Bridge"), how David Wilson's credit card and phone bills were paid through AGC, how money from a Construction Project Management Agreement (hereinafter referred to as the "Agreement") between AGC and Bridge were regularly transferred to or for the benefit of David Wilson.

8. However, through collection efforts conducted in Hawaii and elsewhere the Judgment Creditor has now determined the truth and discovered that David Wilson, Michelle Wilson, AGC, and other acting through and for AGC have failed to honor Writ and the garnishment Order served on AGC and thus cheated the Judgment Creditor from income going to David Wilson through AGC.

9. The Judgment Creditor is likely to succeed on the merits of the Motion given the recently discovered proof that David and Michelle Wilson lied under oath regarding the extensive payments made by Bridge to AGC for services performed by David Wilson for AGC, and that David and Michelle Wilson and AGC hid the flow of tens of thousands of dollars to David Wilson in the face of the garnishment Order and Writ.

10. By the Motion as the Judgment Creditor requests that this Court:

A. Find that as part of the current contracts with Bridge David and Michelle Wilson have diverted money paid to AGC for the work of David Wilson without reporting same to the Plaintiff under the pending Judgment liens and garnishment Orders;

B. Enter a Temporary Restraining Order freezing all bank accounts of AGC until a thorough accounting and reconning can take place of all payments from the Bridge Capital Agreement to AGC;

C. Issuing an Order to Show Cause Why AGC and its officers and agents should not be held in contempt for failing to honor the garnishment Order and withholding sums for the benefit of the Judgment Creditor;

D. Enter a permanent injunction stopping AGC from making any further payments to or for the benefit of David Wilson until the Judgment is paid in full;

E. Enter a finding that AGC and its officers and agents violated the garnishment Orders issued by the Court by failing to truthfully report payments made to or for the benefit of David Wilson, failing to withhold these payments, and failing to file a report of garnishee about these payments; and

F. An award of attorneys' fees and costs incurred by the Judgment Creditor to enforce the Writ and garnishment Orders.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct

Executed this 24th day of November 2021 at Torrance, California

*/s/ James Andrew Hinds, Jr.*
James Andrew Hinds, Jr.

---

DECLARATION OF JAMES ANDREW HINDS, JR IN SUPPORT OF APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE

## ROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

21257 Hawthorne Blvd., Second Floor, Torrance, CA 90503

A true and correct copy of the foregoing document entitled: **DECLARATION OF JAMES ANDREW HINDS, JR IN SUPPORT OF APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **November 26, 2021** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Christopher L Blank**    chris@chrisblanklaw.com
- **Eryk R Escobar**    eryk@kelawfirm.com, contact@kelawfirm.com
- **James Andrew Hinds**    jhinds@hindslawgroup.com, mduran@hindslawgroup.com
- **Hye Jin Jang**    hjang@jhindslaw.com
- **Weneta M Kosmala (TR)**    ecf.alert+Kosmala@titlexi.com,
  wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
- **Ali Matin**    amatin@bienertkatzman.com,
  admin@bienertkatzman.com;chowland@bienertkatzman.com;4579179420@filings.docketbird.com
- **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **David Samuel Shevitz**    david@shevitzlawfirm.com,
  shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) **November 26, 2021** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) November 26, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 26, 2021 | JAMES ANDREW HINDS, JR. | /s/ James Andrew Hinds, Jr. |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**

*Attorney for Beata Wilson and Michelle Wilson on Behalf of American General Corp.,*
Michael Jones, Esq.,
M. Jones and Associates, PC
505 N Tustin Ave
Santa Ana, CA 92705

*Attorney for David Wilson*
Christopher A. Dias, Esq.
810 Richards St., Ste. 810
Honolulu, HI 96813

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL**

Honorable Robert N. Kwan
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1682 / Courtroom 1675
Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**