JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@hindslawgroup.com
THE HINDS LAW GROUP, APC
21257 Hawthorne Blvd., Second Floor
Torrance, California 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Attorneys for Judgment Creditor Thomas I. McKnew, IV, individually
and as Trustee of the McKnew Family Trust Dated May 21, 2004

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DAVID A. WILSON,<br><br>                Debtor.<br><hr><br>THOMAS I. MCKNEW, IV and LISA A. MCKNEW, individually and as Trustees of the MCKNEW FAMILY TRUST DATED MAY 21, 2004,<br><br>                Plaintiffs,<br><br>vs.<br><br>DAVID A. WILSON,<br><br>                Defendant. | Case No. 2:12-bk-16195-RK<br><br>(Chapter 7)<br><br>Adv. No. 2:12-ap-01317-RK<br><br>**DECLARATION OF JAMES ANDREW HINDS, JR. IN SUPPORT OF MOTION TO ENFORCE WRIT AND GARNISHMENT ORDERS DIRECTED TO AMERICAN GENERAL CORPORATION PURSUANT TO CALIFORNIA CIVIL PROCEDURE §§ 701.202, 706.154, 708.180, AND 3439.07 MADE APPLICABLE BY FED. R. BANKR. P. RULE 7069 AND FED. R. CIV. P. RULE 69(a)(2)**<br><br>[Filed concurrently with Motion to Enforce Writ and Garnishment Orders]<br><br>DATE:   February 9, 2022<br>TIME:   11:00 a.m.<br>PLACE:  CTRM: 1675, Roybal Federal Building, 255 E. Temple Street, Los Angeles, CA 90012 |

---

1
DECLARATION OF JAMES ANDREW HINDS, JR. IN SUPPORT OF MOTION TO ENFORCE WRIT AND
GARNISHMENT ORDERS

I, James Andrew Hinds, Jr., hereby declare as follows:

1.  I am an attorney duly licensed to practice law before all of the courts of the State of California and the United States District Courts for the Northern, Eastern, Southern, and Central Districts of California, and the United States Court of Appeals for the Third, Fourth and Ninth Circuits. I am counsel for the Plaintiff and Judgment Creditor herein, Thomas I. McKnew IV, individually and as Trustee of the McKnew Family Trust Dated May 21, 2004 (hereinafter referred to as the "Judgment Creditor"). The matters set forth herein are made of my own knowledge based upon my review of the files related to Adversary Proceeding No. 2:12-01317, McKnew v. Wilson. I have personal knowledge in the matters set forth herein and if called and sworn as a witness I could and would testify competently thereto.

2.  The parties affected by the relief requested by the Judgment Creditor, Thomas I. McKnew, IV, are: **(1)** the Debtor and Judgment Debtor, David A. Wilson; **(2)** American General Corporation; and **(3)** Michelle Wilson, an officer and/or agent of American General Corporation. Notice will be given to counsel for the Debtor and Judgment Debtor, David A. Wilson, Christopher A. Dias, Esq., counsel for Michelle Wilson, Christopher L. Blank, Esq., and counsel for American General Corporation, Michael Jones, Esq.

3.  On or about December 16, 2013, I caused to be served on David Wilson and American General Corporation (hereinafter referred to as "AGC") the Application for Earnings Withholding Order and issued Writ in this matter. Attached hereto as Exhibit "8," and by this reference incorporated herein as if set forth in full is a true and accurate copy of the December 16, 2013-letter to the Orange County Sheriff to serve David Wilson and AGC.

4.  As part of by investigation into David Wilson and AGC I reviewed the websites of the State of California and located the Contractor's License page for AGC for 2020. This

page shows that David Wilson and Andre Hurst have been associated with AGC since 2008. Attached hereto as Exhibit "9," and by this reference incorporated herein as if set forth in full is a true and accurate copy of the State's Contractor's License page for AGC.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct

Executed this 13th day of January 2022 at Torrance, California

/s/ James Andrew Hinds, Jr.
James Andrew Hinds, Jr.

# EXHIBIT "8"

# EXHIBIT "8"

James Andrew Hinds, Jr.
Paul R. Shankman
Cristina F. Keith*
Brian Yeretzian**

———————————————
*Admitted in New York and Kentucky
** Admitted in New York

**HINDS & SHANKMAN, LLP**
ATTORNEYS AND COUNSELORS
21515 Hawthorne Blvd.
Suite 1150
Torrance, California 90503

Telephone: 310-316-0500
Facsimile: 310-792-5977

December 16, 2013

**VIA FEDERAL EXPRESS**                                          466.001
Orange County Sheriff's Department
4601 Jamboree Road
Newport Beach, CA 92660

To Whom It May Concern:

    Enclosed please find: (1) an application for earnings withholding order; (2) a Confidential Statement of Judgment Debtor's Social Security Number; (3) a $30 (thirty) dollar earnings withholding fee; and (4) an original Writ of Execution issued by the U.S. Bankruptcy Court for the Central District of California.

Very truly yours,

*[signature]*

Brian Yeretzian for
HINDS & SHANKMAN, LLP

BY
Enclosures
cc: James Andrew Hinds, Jr., Esq. (i/h)

| | WG-001 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>James Andrew Hinds, Jr. (71222)<br>HINDS & SHANKMAN, LLP<br>21515 Hawthorne Blvd.<br>Suite 1150<br>Torrance, California 90503<br>TELEPHONE NO.: (310) 316-05    FAX NO.: (310) 792-5977<br>E-MAIL ADDRESS: jhinds@jhindslaw.com<br>ATTORNEY FOR (Name): Plaintiffs | LEVYING OFFICER (Name and Address): |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 700 Civic Center Drive West<br>MAILING ADDRESS: 700 Civic Center Drive West<br>CITY AND ZIP CODE: Santa Ana, CA 92701<br>BRANCH NAME: Civil Justice Center | |
| PLAINTIFF/PETITIONER: THOMAS I MCKNEW, IV and LISA A. MCKNEW, individually and as Trustees of the MCKNEW FAMILY TRUST DATED MAY 21, 2004<br>DEFENDANT/RESPONDENT: DAVID A. WILSON | COURT CASE NUMBER:<br>8:08-bk-14828-RW |
| **APPLICATION FOR EARNINGS WITHHOLDING ORDER**<br>**(Wage Garnishment)** | LEVYING OFFICER FILE NUMBER: |

TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: Orange County
OR ANY REGISTERED PROCESS SERVER

1. The judgment creditor (name): Thomas I. McKnew, IV and Lisa A. McKnew requests issuance of an Earnings Withholding Order directing the employer to withhold the earnings of the judgment debtor (employee).

| Name and address of employer | Name and address of employee |
|---|---|
| David Alan Wilson<br>24352 Santa Clara Ave.<br>Dana Point, CA 92629 | American General Corporation<br>91 Avenida Del Mar, 3rd Floor<br>San Clemente, CA 92672 |

2. The amounts withheld are to be paid to
   a. [x] The attorney (or party without an attorney) named at the top of this page.

   Social Security no. [x] on form WG-035   [ ] unknown
   b. [ ] Other (name, address, and telephone):

3. a. Judgment was entered on (date): 10/10/2013
   b. Collect the amount directed by the Writ of Execution unless a lesser amount is specified here: $ $2,500,000.00
4. Check any that apply:
   a. [ ] The Writ of Execution was issued to collect delinquent amounts payable for the **support** of a child, former spouse, or spouse of the employee.
   b. [ ] The Writ of Execution was issued to collect a judgment based entirely on a claim for elder or dependent adult financial abuse.
   c. [ ] The Writ of Execution was issued to collect a judgment based in part on a claim for elder or dependent adult financial abuse. The amount that arises from the claim for elder or dependent adult financial abuse is (state amount): $ 0.00
5. [ ] Special instructions (specify):

6. Check a or b:
   a. [x] I have not previously obtained an order directing this employer to withhold the earnings of this employee.
   —OR—
   b. [ ] I have previously obtained such an order, but that order (check one):
      [ ] was terminated by a court order, but I am entitled to apply for another Earnings Withholding Order under the provisions of Code of Civil Procedure section 706.105(h).
      [ ] was ineffective.

James Andrew Hinds, Jr. (71222)
(TYPE OR PRINT NAME)                             (SIGNATURE OF ATTORNEY OR PARTY WITHOUT ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: December 16, 2013

James Andrew Hinds, Jr.
(TYPE OR PRINT NAME)                             (SIGNATURE OF DECLARANT)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
WG-001 [Rev. January 1, 2012]

**APPLICATION FOR EARNINGS WITHHOLDING ORDER**
**(Wage Garnishment)**

Legal Solutions Plus        Code Civ. Procedure, § 706.121

006

**CONFIDENTIAL**  WG-035

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> JAMES ANDREW HINDS, JR. (71222) <br> HINDS & SHANKMAN, LLP <br> 21515 Hawthorne Blvd. <br> Suite 1150 <br> Torrance, California 90503 <br> TELEPHONE NO.: (310) 316-050  FAX NO.: (310) 792-5977 <br> E-MAIL ADDRESS: jhinds@jhindslaw.com <br> ATTORNEY FOR *(Name)*: Plaintiffs | DATE RECEIVED BY COURT *(Do not file in public court file.)* |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Orange <br> STREET ADDRESS: 700 Civic Center Drive West <br> MAILING ADDRESS: 700 Civic Center Drive West <br> CITY AND ZIP CODE: Santa Ana, CA 92701 <br> BRANCH NAME: Central Justice Center | |
| PLAINTIFF/PETITIONER: THOMAS I MCKNEW, IV and LISA A. MCKNEW <br> DEFENDANT/RESPONDENT: DAVID A. WILSON | COURT CASE NUMBER: <br> 8:08-bk-14828-RW |
| **CONFIDENTIAL STATEMENT OF JUDGMENT DEBTOR'S SOCIAL SECURITY NUMBER** <br> (Supplement to Wage Garnishment Forms <br> WG-001, WG-002, WG-004, WG-005, WG-009, WG-012, and WG-030) | LEVYING OFFICER FILE NUMBER: |

*(Do not attach to forms.)*

This separate *Confidential Statement of Judgment Debtor's Social Security Number* contains the Social Security number of the judgment debtor for whom an earnings withholding order is being sought or has issued in the case referenced above. **This supplement must be kept separate from any applications or orders filed in this case, and should not be a public record.**

INFORMATION ON JUDGMENT DEBTOR:

1. Name: David Alan Wilson

2. Social Security Number: ████████9091

---

**TO COURT CLERK**
THIS STATEMENT IS **CONFIDENTIAL**
**DO NOT FILE THIS CONFIDENTIAL STATEMENT IN A PUBLIC COURT FILE.**

---

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
WG-035 [New January 1, 2012]

**CONFIDENTIAL STATEMENT OF JUDGMENT DEBTOR'S
SOCIAL SECURITY NUMBER
Wage Garnishment**

Legal Solutions Plus

007

Form B-1036 - (Rev. 02/10)                                                                        1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, California Bar Number | For Court Use Only |
|---|---|
| JAMES ANDREW HINDS, JR.<br>HINDS & SHANKMAN<br>21515 Hawthorne Blvd.<br>Suite 1150<br>Torrance, California 90503<br>(310) 316-0500<br>Attorney for THOMAS I. MCKNEW AND LISA A. MCKNEW | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: DAVID A WILSON | CASE NO.: 8:08-bk-14828-RW |
|---|---|
| Debtor. | ADVERSARY NO.: 2:12-ap-01317-RK |
| THOMAS I. MCKNEW, IV AND LISA A. MCKNEW, individually and as Trustees of the MCKNEW FAMILY TRUST DATED MAY 21, 2004<br><br>Plaintiff(s),<br>vs.<br>DAVID A. WILSON<br><br>Defendant(s). | **WRIT OF EXECUTION** |

## TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:

YOU ARE DIRECTED to enforce the Judgment described below with interest and costs as provided by law.

On <u>OCTOBER 10, 2013</u>, a judgment was entered in the above-entitled action in favor of

<u>THOMAS I. MCKNEW, IV AND LISA A. MCKNEW, individually and as Trustees</u>
of the MCKNEW FAMILY TRUST DATED MAY 21, 2004
as **Judgment Creditor**, and against

<u>DAVID A. WILSON</u>

as **Judgment Debtor**, for:

        $ <u>2,500,000.00</u>  PRINCIPAL

        $ <u>0.00</u>  ATTORNEYS FEES

        $ <u>0.00</u>  INTEREST

        $ <u>0.00</u>  COSTS

        $ <u>2,500,000.00</u>  **TOTAL JUDGMENT AS ENTERED**

CCDB1036

| Form B-1036 - (Rev. 02/10) | | 1998 USBC, Central District of California |
|---|---|---|
| | Page 2 of 3 | |
| In re DAVID A WILSON | | CASE NO.: 8:08-bk-14828-RW ADVERSARY PROCEEDING NO.: |
| | Debtor(s). | 2:12-ap-01317-RK |

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of this writ of execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

DEBOTR:
DAVID A. WILSON
91 AVENIDA DEL MAR
THIRD FLOOR
SAN CLEMENTE, CA 92672

DEBTOR'S COUNSEL:
JON-MICHAEL MARCONI, ESQ.
668 NORTH COAST HIGHWAY, NO. 309
LAGUNA BEACH, CA 92651

| Form B-1036 - (Rev. 02/10) | Page 3 of 3 | 1998 USBC, Central District of California |
|---|---|---|
| In re DAVID A WILSON | Debtor(s). | CASE NO.: 8:08-bk-14828-RW ADVERSARY PROCEEDING NO.: 2:12-ap-01317-RK |

## NOTICE TO THE JUDGMENT DEBTOR:

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may within ten (10) days after the date the notice of levy was served deliver a claim of exemption to the levying officer as provided in Sections 703.510-703.610 of the California Code of Civil Procedure.

According to an affidavit and/or memorandum of costs after judgment, it appears that further sums have accrued since the entry of judgment, to wit:

$ 0.00   ACCRUED INTEREST

$ 0.00   ACCRUED COSTS

$ 0.00   **TOTAL**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ 2,500,000.00   ACTUALLY DUE on the date of the issuance of this writ, of which

$ 2,500,000.00   is due on the judgement as entered, and bears interest at 0.00 % per annum in the amount of $ 0.00 per day, from the date of issuance of this writ, to which

must be added the commissions and costs of the officer executing this writ.

DATE: 12-4-13

*Kathleen J. Campbell*

**KATHLEEN J. CAMPBELL**
Clerk, United States Bankruptcy Court

By: _____
Deputy Clerk

# EXHIBIT "9"

# EXHIBIT "9"

Home | Online Services | License Detail | Personnel List

## ⬤Contractor's License Detail (Personnel List)

**Contractor License #** 920827
**Contractor Name** AMERICAN GENERAL CORPORATION

Click on the person's name to see a more detailed page of information on that person

### Licenses Currently Associated With

**Name** DAVID ALLEN WILSON
**Title** RMO / CEO / PRES
**Association Date** 08/14/2008
**Classification** B
**Additional Classification** There are additional classifications that can be viewed by selecting this link.

### Licenses No Longer Associated With

**Name** ANDRE DIMITRI HURST
**Title** CEO / PRESIDENT
**Association Date** 08/14/2008
**Disassociation Date** 06/01/2013

Back to Top    Conditions of Use    Privacy Policy    Accessibility    Accessibility Certification

Copyright © 2020 State of California