JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@hindslawgroup.com
THE HINDS LAW GROUP, APC
21257 Hawthorne Blvd., Second Floor
Torrance, California 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Attorneys for Judgment Creditor Thomas I. McKnew, IV individually
and as Trustee of the McKnew Family Trust Dated May 21, 2004

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DAVID A. WILSON,<br><br>                          Debtor.<br><br>─────────────────────────<br><br>THOMAS I. MCKNEW, IV and LISA A. MCKNEW, individually and as Trustees of the MCKNEW FAMILY TRUST DATED MAY 21, 2004,<br><br>                          Plaintiffs,<br><br>vs.<br><br>DAVID A. WILSON,<br><br>                          Defendant. | Case No. 2:12-bk-16195-RK<br><br>(Chapter 7)<br><br>Adv. No. 2:12-ap-01317-RK<br><br>**JUDGMENT CREDITOR'S REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF MOTION TO ENFORCE WRIT AND GARNISHMENT ORDERS DIRECTED TO AMERICAN GENERAL CORPORATION PURSUANT TO CALIFORNIA CIVIL PROCEDURE §§ 701.202, 706.154, 708.180, AND 3439.07 MADE APPLICABLE BY FED. R. BANKR. P. RULE 7069 AND FED. R. CIV. P. RULE 69(a)(2)**<br><br>[Filed concurrently with Motion to Enforce Writ Garnishment Orders and Declaration]<br><br>DATE:    February 9, 2022<br>TIME:     11:00 a.m.<br>PLACE:   CTRM: 1675, Roybal Federal Building, 255 E. Temple Street, Los Angeles, CA 90012 |

**TO THE HONORBALE ROBERT KWAN, BANKRPUTCY JUDGE, AMERICAN GENERAL CORPORATION, THE JUDGMENT DEBTOR, DAVID A. WILSON, MICHELLE WILSON, AND THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that Judgment Creditor Thomas I. McKnew, IV individually and as Trustee of the McKnew Family Trust Dated May 21, 2004, LLP, through his undersigned attorneys, hereby requests that this Court take judicial notice of the following documents attached as Exhibits "A" through "F".  This request is made pursuant to California Evidence Code §§ 452(a)-(e) and Federal Rule of Evidence 201.  This request is made in connection with the Judgment Creditor's Motion to Enforce Writ and Garnishment Orders Directed to American General Corporation.

| EXHIBIT NO. | DOCUMENT DESCRIPTION |
|---|---|
| A. | Amended Judgment against David Wilson |
| B. | Proof of Service of the U.S. Marshal's Office service of the Writ of Execution on, among others, David Wilson; Jon-Michael Marconi (David Wilson's attorney of record); and Beata E. Wilson (David Wilson wife |
| C. | Proof of Service of the U.S. Marshal's Office service of the Garnishment Order on American General Corporation, Inc. |
| D. | The Writ of Execution issued by the Clerk of the Court On September 11, 2020 |
| E. | A copy of David Wilson's contractor license information from the California Department of Consumer Affairs – Contractors State License Board |

/ / /

/ / /

/ / /

/ / /

1

Dated: January 13, 2022

Respectfully submitted,

JAMES ANDREW HINDS, JR.
THE HINDS LAW GROUP

By:  /s/ James Andrew Hinds, Jr.
JAMES ANDREW HINDS, JR.
Attorneys for Plaintiff

2

# EXHIBIT "A"

# EXHIBIT "A"

Case 2:12-ap-01317-RK    Doc 636    Filed 01/13/22    Entered 01/13/22 11:08:29    Desc
Main Document    Page 5 of 25

Case 2:12-ap-01317-RK    Doc 570    Filed 09/11/20    Entered 09/11/20 14:07:20    Desc
Main Document    Page 6 of 9

Case 2:12-ap-01317-RK    Doc 297    Filed 04/03/14    Entered 04/03/14 15:47:42    Desc
Main Document    Page 1 of 4

1  JAMES ANDREW HINDS, JR. (SBN 71222)
   jhinds@jhindslaw.com
2  PAUL R. SHANKMAN (SBN 113608)
   pshankman@jhindslaw.com
3  HINDS & SHANKMAN, LLP
   Attorneys and Counselors
4  21515 Hawthorne Blvd., Suite 1150
5  Torrance, California 90503
   Telephone: (310) 316-0500
6  Facsimile: (310) 792-5977

```
+-----------------------------------+
|        FILED & ENTERED            |
|                                   |
|           APR 03 2014             |
|                                   |
|    CLERK U.S. BANKRUPTCY COURT    |
|    Central District of California |
|    BY gae       DEPUTY CLERK      |
+-----------------------------------+
```

7

8

9                    UNITED STATES BANKRUPTCY COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11                        LOS ANGELES DIVISION

12                                          )  Case No. 2:12-bk-16195-RK
13   In re                                  )
                                            )  (Chapter 7)
14   DAVID A. WILSON,                       )
                                            )  Adv. No. 2:12-ap-01317-RK
15                    Debtor.               )
                                            )
16   _____         )  AMENDED JUDGMENT IN FAVOR
                                            )  OF PLAINTIFFS AND AGAINST
17   THOMAS I. McKNEW, IV and LISA          )  DEFENDANT BASED ON
     A. McKNEW, individually and as         )  MEMORANDUM DECISION ON
18   Trustees of the McKNEW FAMILY          )  ADVERSARY COMPLAINT FOR
     TRUST DATED MAY 21, 2004,              )  NONDISCHARGEABILITY OF DEBTS
19                                          )
                                            )
20                    Plaintiffs,           )  DATE:     October 29, 2013
                                            )  TIME:     3:00 p.m.
21   vs.                                    )  PLACE:    CRTM # 1675
                                            )
22   DAVID A. WILSON,                       )
                                            )
23                    Defendant.            )
                                            )
24                                          )

25        This adversary proceeding came on for trial before the undersigned United States

26   Bankruptcy Judge on February 2, 2012, February 3, 2012, February 6, 2012, August 30,

27   2012, August 31, 2012, and September 6, 2012, on the complaint of plaintiffs Thomas I.

28   McKnew IV and Lisa A. McKnew, individually and as Trustees of the McKnew Family

HINDS & SHANKMAN, LLP
21515 Hawthorne Blvd., Ste. 1150
Torrance, CA 90503

000033Exhibit "5"

1  Trust dated May 21, 2004 (hereinafter referred to as the "Plaintiffs"), to determine

2  dischargeability of the debts of debtor David A. Wilson (hereinafter referred to as either

3  "Wilson" or the "Defendant") pursuant to 11 U.S.C. §§ 523(a)(2), (4), and (6).  Appearances

4  were as noted on the record.  After the close of evidence, the parties submitted post-trial

5
   briefs and proposed findings of fact and conclusions of law.  The court took the matter under
6
7  submission on March 7, 2013 after the last post-trial brief was filed.

8        On September 27, 2013, the Court issued its Memorandum Decision on Adversary

9  Complaint for Nondischargeability of Debts (hereinafter referred to as the "Memorandum

10  Decision") and found that Wilson's debt owed to Plaintiffs was nondischargeable under 11

11
   U.S.C. § 523(a)(2)(A), thereby finding that Wilson's misrepresentation actually and
12
13  proximately damaged Plaintiffs in the amount of $2,500,000.00 plus attorneys' fees, pre-

14  judgment interest, and costs of suit to be determined by further Order of this Court.  See

15  Court Docket Item No. 221.  The Court entered a Judgment based on the Memorandum

16  Decision (hereinafter referred to as the "Judgment") on October 10, 2013.  See Court

17  Docket Item No. 237.

18        On December 2, 2013, Plaintiffs filed a Bill of Costs requesting costs in the amount of

19
   $14,587.70.  See Court Docket Item No. 252.  On December 17, 2013, the Court allowed
20
21  the Bill of Costs in the amount of $14,587.70.  See Court Docket Item No. 262.

22        On October 7, 2013, Plaintiffs filed a Motion for Order Awarding Attorneys' Fees

23  and/or to Fix Amount of Attorneys' Fees (hereinafter referred to as the "Motion for Attorneys'

24  Fees") and a Motion for Order Awarding Pre-Judgment Interest (hereinafter referred to as

25  the "Motion for Pre-Judgment Interest" and collectively, with the Motion for Attorneys' Fees

26  as the "Motions").  See Court Docket Item Nos. 228 and 229, respectively.  The Court

27

28

2

000034Exhibit "5"

Case 2:12-ap-01317-RK   Doc 636   Filed 01/13/22   Entered 01/13/22 11:08:29   Desc
Main Document    Page 7 of 25

Case 2:12-ap-01317-RK   Doc 570   Filed 09/11/20   Entered 09/11/20 14:07:20   Desc
Main Document    Page 8 of 9

Case 2:12-ap-01317-RK   Doc 297   Filed 04/03/14   Entered 04/03/14 15:47:42   Desc
Main Document    Page 3 of 4

1 entered an Order Denying the Motion for Attorneys' Fees on December 12, 2013. See

2 Court Docket Item No. 256.

3   On February 3, 2014, the Court issued its Statement of Decision on the Motion for

4 Pre-Judgment Interest (hereinafter referred to as the "Pre-Judgment Interest Decision")

5 finding that the Plaintiffs are entitled to pre-judgment interest at a rate of 7% simple interest

6 per annum on the $2,500,000.00 of damages from their loss commencing April 30, 2009.

7 See Court Docket Item No. 278 at pg. 3. The Court also determined that the interest on the

8 debt did not cease as of the filing of the Debtor's bankruptcy petition. See id.

9

10   On February 26, 2014, the Court entered an Order on the Pre-Judgment Interest

11 Decision, Ordering that: **(1)** Plaintiffs are entitled to pre-judgment simple interest on the non-

12 dischargeable debt of $2,500,000.00 owed to them at a rate of 7% per annum, commencing

13 April 30, 2009; **(2)** the pre-judgment interest on the debt does not cease as of the filing of

14 the bankruptcy petition; and **(3)** an Amended Judgment in favor of the Plaintiffs shall issue

15 consistent with this Order. See Court Docket Item No. 284.

16

17   The Court having fully considered all of the oral and documentary evidence

18 presented by the parties, the legal points and authorities submitted by counsel, the

19 argument of counsel, and being fully advised, the Court having issued its Memorandum

20 Decision, its Judgment, its Order Denying Attorneys' Fees, its Pre-Judgment Interest

21 Decision, its Order Granting Pre-Judgment Interest, the Court having reviewed the

22 Declaration of Brian Yeretzian in Support of Amended Judgment, and good cause appear

23 therefor,

24   **IT IS ORDERED AND ADJUDGED** that on their claim for relief under § 523(a)(6)

25 Plaintiffs abandoned this claim and shall take nothing against the Defendant.

26

27

28

3

000035Exhibit "5"

**IT IS ORDERED AND ADJUDGED** that on their claim for relief under §
523(a)(2)(B) Plaintiffs take nothing against the Defendant.

**IT IS ORDERED AND ADJUDGED** that on their claim for relief under §
523(a)(2)(A) the court finds by a preponderance of the evidence that Wilson represented he
would perform his contractual obligations under the Cash Infusion Agreement, including
selling or refinancing his Residence or the his Office property and thus, the court finds by a
preponderance of the evidence that Wilson's misrepresentation actually and proximately
damaged Plaintiffs in the amount of $2,500,000.00 plus: (1) $0.00 in attorneys' fees; (2)
$845,270.35 in pre-judgment interest through February 26, 2014, accruing at $475.45 per
day, and $14,587.70 in costs of suit.

**IT IS ORDERED AND ADJUDGED** that on their claim for relief under §
523(a)(4) Plaintiffs take nothing against the Defendant.

**IT IS SO ORDERED.**

### #

Date: April 3, 2014

_____
Robert Kwan
United States Bankruptcy Judge

4

008

000036Exhibit "5"

# EXHIBIT "B"

# EXHIBIT "B"

Case 2:12-ap-01317-RK    Doc 291    Filed 03/**PROCESSTIECEEP2T/AN6GRELOT2R**N Desc
Main Document    See Pageruof12 *"Service of Process by the U.S. Marshal"*  3 ✓4 ✓
on the reverse of this form.

U.S. Department of Justice
United States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Thomas J. McKnew, IV & Lisa A. McKnew | 2:12-ap-01317-RK |
| DEFENDANT | TYPE OF PROCESS |
| David A. Wilson | WAGE GARNISHMENT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

➡ { Andre Hurst, CFO of American General Corporation, Inc.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

**AT** 22342 Avenida Empresa, Suite 200, Rancho Santa Margarita, CA 92688

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

┌ James Andrew Hinds, Jr.
 Hinds & Shankman, LLP
 21515 Hawthorne Blvd, Suite 1150
└ Torrance, CA 90503

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                           Fold

Serve by R.P.S., wage garnishment package on CFO
of Employer "American General Corporation, Inc." "Andre Hurst

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   TELEPHONE NUMBER   DATE
☐ DEFENDANT   (310) 316-0500   3/6/14

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 17 | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date 3-6-14 |
|---|---|---|---|---|---|
| 1 | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)*   CK 2489   $65.00 | Date of Service     Time     am / pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee $65.00 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

FILED
MAR 2 4 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

Served on 3-7-14

PRIOR EDITIONS
MAY BE USED        1. CLERK OF THE COURT        FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

000025Exhibit "4"

# EXHIBIT "C"

# EXHIBIT "C"

Case 2:12-ap-01317-RK    Doc 291    Filed 03/24/14    Entered 03/25/14 16:31:02    Desc
Main Document    Page 21 of 26

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
·    JAMES ANDREW HINDS JR
     HINDS & SHANKMAN, LLP
     21515 HAWTHORNE BLVD., STE 1150
     TORRANCE, CA 90503

TELEPHONE NO.: (310) 316-0500
FOR COURT USE ONLY

ATTORNEY FOR (Name):

Ref. No. or File No.:

Insert name of court, judicial district or branch court, if any:

USBC - Central District - Central Division
255 E. Temple St.
Los Angeles, CA 90012

PLAINTIFF:  THOMAS I. MCKNEW, IV

DEFENDANT:  DAVID A. WILSON

| PROOF OF SERVICE | SHERIFF'S FILE NUMBER: | CASE NUMBER: 2:12-ap-01317-RK |
|---|---|---|

☐ WRIT OF EXECUTION              ☐ WRIT OF ATTACHMENT          ☒ EARNINGS WITHHOLDING ORDER (2)
☐ NOTICE OF LEVY                 ☐ NOTICE OF ATTACHMENT        ☒ EMPLOYEE INSTRUCTIONS (2)
☐ MEMORANDUM OF GARNISHEE                                      ☒ EMPLOYER'S RETURN (2)
☒ EXEMPTIONS FROM ENFORCEMENT OF JUDGMENT (2)                 ☐ BOND OR UNDERTAKING
☒ CURRENT DOLLAR AMOUNTS OF EXEMPTIONS (2)
☐ EX PARTE RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
☐ RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
☒ CLAIM OF EXEMPTION (2)
☒ FINANCIAL STATEMENT (2)
☒ Other : Confidential Statement of Judgment Debtor's Social Security Number (2)

**ON THE PARTY SERVED AS THE EMPLOYER**

1. NAME:  **AMERICAN GENERAL CORPORATION, INC**
2. PERSON SERVED AND TITLE:  **ANDREW HURST - CFO**
3. PERSON WITH WHOM LEFT:
4. DATE AND TIME OF DELIVERY:  **3/7/2014 @ 10:00 AM**
5. MAILING DATE AND PLACE:
6. ADDRESS:  **22342 Avenida Empresa, #200,  Rancho Santa Margarita, CA 92688**
7. MANNER OF SERVICE    ☒ PERSONAL SERVICE(CCP 415.10)          ☐ MAILING(CCP 700.010)
                        ☐ SUBSTITUTED SERVICE (CCP 415.20)      ☐ POSTING (CCP 700.080)
                        ☐ RECORDED (CCP 700.015)
8. OTHER ACTIVITY (WHEN REQUIRED)
                        RECORDED WITH RECORDER OF
                        RECORDATION #
                        DATE OF RECORDING
9. AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THE WITHIN ACTION.
I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON :  **March 10, 2014 AT Santa Ana, CALIFORNIA**

James Goodwin
Registered Process # 2681
County of Registration Orange
Janney & Janney Attorney Service, Inc.
1545 Wilshire Blvd., Suite 311
Los Angeles, CA 90017
(213) 628-6338

FEE FOR SERVICE: $ 195.00 RECOVERABLE PER CCP 1033.5

Law Firm Job#:

writtggrfB/LA1083331

ORIGINAL

# EXHIBIT "D"

# EXHIBIT "D"

Form B-1036 - (Rev. 02/10)                                           1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, California Bar Number<br>Rachel M. Sposato (SBN 306045)<br>THE HINDS LAW GROUP, APC<br>21257 Hawthorne Blvd., Second Floor<br>Torrance, CA 90503<br>Tel: (310) 316-0500 / Fax: (310) 792-5977<br>E-mail: rsposato@hindslawgroup.com<br><br>Attorney for   Judgment Creditors | For Court Use Only |
|---|---|

<table>
<tr><td colspan="2" align="center">UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr>
<td>In re:<br><br>    DAVID A. WILSON<br><br> Debtor. </td>
<td>CASE NO.:  2:12-BK-16195-rk<br><br>ADVERSARY NO.: 2:12-AP-01317-RK</td>
</tr>
<tr>
<td>THOMAS I. MCKNEW, IV and LISA A. MCKNEW, individually, and as<br>Trustees of THE MCKNEW FAMILY TRUST DATED MAY 21, 2004<br> Plaintiff(s), <br> vs. <br>DAVID A. WILSON<br><br> Defendant(s). </td>
<td><br><br> <b>WRIT OF EXECUTION</b> </td>
</tr>
</table>

## TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:

YOU ARE DIRECTED to enforce the Judgment described below with interest and costs as provided by law.

On  April 3, 2014                              , a judgment was entered in the above-entitled action in favor of

THOMAS I. MCKNEW, IV and LISA A. MCKNEW, individually and as Trustees of THE MCKNEW FAMILY TRUST DATED
MAY 21, 2004
as **Judgment Creditor**, and against

DAVID A. WILSON

as **Judgment Debtor**, for:

| | | |
|---|---|---|
| $ | 2,500,000.00 | PRINCIPAL |
| $ | 0.00 | ATTORNEYS FEES |
| $ | 845,270.35 | INTEREST |
| $ | 14,587.70 | COSTS |
| $ | 3,359,858.05 | **TOTAL JUDGMENT AS ENTERED** |

000028Exhibit "5"

Form B-1036 - (Rev. 02/10)

Page 2 of 3

1998 USBC, Central District of California

| In re<br><br>      DAVID A. WILSON<br><br>                                              Debtor(s). | CASE NO.:  2:12-bk-16195-RK<br><br>ADVERSARY PROCEEDING NO.:<br><br>2:12-ap-01317-RK |
|---|---|

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of this writ of execution must be mailed unless it was served at the time of the levy.  This information must be filled in by counsel requesting this writ.

### DEBTOR

DAVID A. WILSON
1606 Lei Lehua Street
Hilo, HI 96720

DAVID A. WILSON
24352 Santa Clara Ave.
Dana Point, CA 92629

### DEBTOR'S COUNSEL

CHRISTOPHER A. DIAS
Christopher Dias, Attorney at Law, Inc.
810 Richards Street, Suite 810
Honolulu, HI 96813

DAVID A. SHEVITZ
Shevitz Law Firm
3435 Wilshire Blvd., Suite 2920
Los Angeles, CA 90010

000029Exhibit "5"

Form B-1036 - (Rev. 02/10)                                                    1998 USBC, Central District of California

Page 3 of 3

| In re                              | CASE NO.: 2:12-bk-16195-RK    |
|                                    | ADVERSARY PROCEEDING NO.:     |
| DAVID A. WILSON                    | 2:12-ap-01317-RK              |
|                         Debtor(s). |                               |

### NOTICE TO THE JUDGMENT DEBTOR:

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may within ten (10) days after the date the notice of levy was served deliver a claim of exemption to the levying officer as provided in Sections 703.510-703.610 of the California Code of Civil Procedure.

According to an affidavit and/or memorandum of costs after judgment, it appears that further sums have accrued since the entry of judgment, to wit:

$ __28,141.88__    ACCRUED INTEREST

$ __6,993.09__    ACCRUED COSTS

$ __35,134.97__    TOTAL

Credit must be given for payments and partial satisfaction in the amount of $ __1,044,215.31__ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ __2,350,777.71__    ACTUALLY DUE on the date of the issuance of this writ, of which

$ __2,350,777.71__    is due on the judgement as entered, and bears interest at __0.13__ % per

annum in the amount of $ __11.96__    per day, from the date of issuance of this writ, to which

must be added the commissions and costs of the officer executing this writ.

DATED: _September 11, 2020_                          KATHLEEN J. CAMPBELL

(SEAL)                                              KATHLEEN J. CAMPBELL
                                                    Clerk, United States Bankruptcy Court

                                              By: _____
                                                              Deputy Clerk

000030Exhibit "5"

Form B-1037 (Rev. 8/98)                                                1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Rachel M. Sposato (SBN 306045)<br>THE HINDS LAW GROUP, APC<br>21257 Hawthorne Blvd., Second Floor<br>Torrance, CA 90503<br>\|Tel: (310) 316-0500<br>Fax: (310) 792-5977<br>rsposato@hindslawgroup.com<br><br>Attorney for:   Judgment Creditors | **FILED**<br>SEP 1 1 2020<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                    Deputy Clerk |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re<br>DAVID A. WILSON<br>Debtor. | CASE NO.: 2:12-bk-16195-RK<br><br>ADVERSARY NO.: 2:12-ap-01317-RK |
|---|---|
| THOMAS I. MCKNEW, IV and LISA A. MCKNEW, individually, and as Trustees of THE MCKNEW FAMILY TRUST DATED MAY 21, 2004<br>Plaintiff(s)<br><br>vs.<br><br>DAVID A. WILSON<br>Defendant(s). | **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

STATE OF CALIFORNIA, COUNTY OF ___LOS ANGELES___

I, ___Rachel M. Sposato_____ hereby state under penalty of perjury that,

1.  Judgment for $ __3,359,858.05_____ was entered on __April 3, 2014_____
                                                                                                    (date)

    in the docket of the above-entitled action in favor of:

THOMAS I. MCKNEW, IV and LISA A. MCKNEW, individually, and as Trustees of THE MCKNEW FAMILY TRUST DATED MAY 21, 2004
    as Judgment Creditor, and against

    ___DAVID A. WILSON_____
    as Judgment Debtor.

                                    **(If registered Judgment, fill in below)**

    Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Case
    No. _____ in the United States Bankruptcy Court, Central District of California and
    which has become FINAL.

2.  I am the Judgment Creditor, or the attorney for said Judgement Creditor, and request issuance of a Writ of Execution on the Judgment.

3.  ACCRUED since the entry of judgment are the following sums:

    $ __28,141.88_____ accrued interest, computed at __0.13_____%
                                                                                        (see note)
    $ __6,993.09_____ accrued costs

                                    *(Page 1 of 2)*

000031Exhibit "5"

Form B-1037 (Rev. 8/98)                                    1998 USBC, Central District of California

| In re: | CASE NO.: 2:12-bk-16195-RK |
|---|---|
| DAVID A. WILSON | ADVERSARY NO.: 2:12-ap-01317-RK |
| Debtor. | |

Credit must be given for payments and partial satisfaction in the amount of $ 1,044,215.31 _____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at   Torrance _____, State of California, this   10th _____

day of   September _____, 2020 ____.
                                    (year)

_____
                    Signature

NOTE: Judgments registered under 28 U.S.C. 1963 bear the rate of interest of the District of origin.

*(Page 2 of 2)*

000032Exhibit "5"

Case 2:12-ap-01317-RK    Doc 636    Filed 01/13/22    Entered 01/13/22 11:08:29    Desc
                    Main Document    Page 19 of 25

Case 2:12-ap-01317-RK    Doc 570    Filed 09/11/20    Entered 09/11/20 14:07:20    Desc
                    Main Document    Page 6 of 9

Case 2:12-ap-01317-RK    Doc 297    Filed 04/03/14    Entered 04/03/14 15:47:42    Desc
                    Main Document    Page 1 of 4

1  JAMES ANDREW HINDS, JR. (SBN 71222)
   jhinds@jhindslaw.com
2  PAUL R. SHANKMAN (SBN 113608)
   pshankman@jhindslaw.com
3  HINDS & SHANKMAN, LLP
   Attorneys and Counselors
4  21515 Hawthorne Blvd., Suite 1150
   Torrance, California 90503
5  Telephone: (310) 316-0500
   Facsimile: (310) 792-5977
6
7

```
┌─────────────────────────────┐
│      FILED & ENTERED        │
│                             │
│        APR 03 2014          │
│                             │
│   CLERK U.S. BANKRUPTCY COURT │
│   Central District of California │
│   BY gae       DEPUTY CLERK  │
└─────────────────────────────┘
```

8

9              UNITED STATES BANKRUPTCY COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                 LOS ANGELES DIVISION

12

13  In re                          )  Case No. 2:12-bk-16195-RK
                                    )
14  DAVID A. WILSON,                )  (Chapter 7)
                                    )
15                Debtor.           )  Adv. No. 2:12-ap-01317-RK
                                    )
16  _____  )
                                    )  AMENDED JUDGMENT IN FAVOR
17  THOMAS I. MCKNEW, IV and LISA   )  OF PLAINTIFFS AND AGAINST
    A. MCKNEW, individually and as  )  DEFENDANT BASED ON
18  Trustees of the MCKNEW FAMILY   )  MEMORANDUM DECISION ON
    TRUST DATED MAY 21, 2004,       )  ADVERSARY COMPLAINT FOR
19                                  )  NONDISCHARGEABILITY OF DEBTS
                  Plaintiffs,       )
20                                  )
    vs.                             )  DATE:      October 29, 2013
21                                  )  TIME:      3:00 p.m.
                                    )  PLACE:     CRTM # 1675
22  DAVID A. WILSON,                )
                                    )
23                Defendant.        )
                                    )
24  _____  )

25      This adversary proceeding came on for trial before the undersigned United States

26  Bankruptcy Judge on February 2, 2012, February 3, 2012, February 6, 2012, August 30,

27  2012, August 31, 2012, and September 6, 2012, on the complaint of plaintiffs Thomas I.

28  McKnew IV and Lisa A. McKnew, individually and as Trustees of the McKnew Family

HINDS & SHANKMAN, LLP
21515 Hawthorne Blvd. Ste. 1150
Torrance, CA 90503

000033Exhibit "5"

1   Trust dated May 21, 2004 (hereinafter referred to as the "Plaintiffs"), to determine

2   dischargeability of the debts of debtor David A. Wilson (hereinafter referred to as either

3   "Wilson" or the "Defendant") pursuant to 11 U.S.C. §§ 523(a)(2), (4), and (6).  Appearances

4   were as noted on the record.  After the close of evidence, the parties submitted post-trial

5
    briefs and proposed findings of fact and conclusions of law.  The court took the matter under
6
7   submission on March 7, 2013 after the last post-trial brief was filed.

8            On September 27, 2013, the Court issued its Memorandum Decision on Adversary

9   Complaint for Nondischargeability of Debts (hereinafter referred to as the "Memorandum

10  Decision") and found that Wilson's debt owed to Plaintiffs was nondischargeable under 11

11  U.S.C. § 523(a)(2)(A), thereby finding that Wilson's misrepresentation actually and
12
    proximately damaged Plaintiffs in the amount of $2,500,000.00 plus attorneys' fees, pre-
13
14  judgment interest, and costs of suit to be determined by further Order of this Court.  See

15  Court Docket Item No. 221.  The Court entered a Judgment based on the Memorandum

16  Decision (hereinafter referred to as the "Judgment") on October 10, 2013.  See Court

17  Docket Item No. 237.

18           On December 2, 2013, Plaintiffs filed a Bill of Costs requesting costs in the amount of

19  $14,587.70.  See Court Docket Item No. 252.  On December 17, 2013, the Court allowed
20
    the Bill of Costs in the amount of $14,587.70.  See Court Docket Item No. 262.
21
22           On October 7, 2013, Plaintiffs filed a Motion for Order Awarding Attorneys' Fees

23  and/or to Fix Amount of Attorneys' Fees (hereinafter referred to as the "Motion for Attorneys'

24  Fees") and a Motion for Order Awarding Pre-Judgment Interest (hereinafter referred to as

25  the "Motion for Pre-Judgment Interest" and collectively, with the Motion for Attorneys' Fees

26  as the "Motions").  See Court Docket Item Nos. 228 and 229, respectively.  The Court

27

28

000034Exhibit "5"

1    entered an Order Denying the Motion for Attorneys' Fees on December 12, 2013. See

2    Court Docket Item No. 256.

3            On February 3, 2014, the Court issued its Statement of Decision on the Motion for

4    Pre-Judgment Interest (hereinafter referred to as the "Pre-Judgment Interest Decision")

5    finding that the Plaintiffs are entitled to pre-judgment interest at a rate of 7% simple interest

6    per annum on the $2,500,000.00 of damages from their loss commencing April 30, 2009.

7    See Court Docket Item No. 278 at pg. 3. The Court also determined that the interest on the

8    debt did not cease as of the filing of the Debtor's bankruptcy petition. See id.

9

10           On February 26, 2014, the Court entered an Order on the Pre-Judgment Interest

11   Decision, Ordering that: **(1)** Plaintiffs are entitled to pre-judgment simple interest on the non-

12   dischargeable debt of $2,500,000.00 owed to them at a rate of 7% per annum, commencing

13   April 30, 2009; **(2)** the pre-judgment interest on the debt does not cease as of the filing of

14   the bankruptcy petition; and **(3)** an Amended Judgment in favor of the Plaintiffs shall issue

15   consistent with this Order. See Court Docket Item No. 284.

16

17           The Court having fully considered all of the oral and documentary evidence

18   presented by the parties, the legal points and authorities submitted by counsel, the

19   argument of counsel, and being fully advised, the Court having issued its Memorandum

20   Decision, its Judgment, its Order Denying Attorneys' Fees, its Pre-Judgment Interest

21   Decision, its Order Granting Pre-Judgment Interest, the Court having reviewed the

22   Declaration of Brian Yeretzian in Support of Amended Judgment, and good cause appear

23   therefor,

24

25           IT IS ORDERED AND ADJUDGED that on their claim for relief under § 523(a)(6)

26   Plaintiffs abandoned this claim and shall take nothing against the Defendant.

27

28

000035Exhibit "5"

Case 2:12-ap-01317-RK    Doc 636    Filed 01/13/22    Entered 01/13/22 11:08:29    Desc
Main Document    Page 22 of 25

Case 2:12-ap-01317-RK    Doc 570    Filed 09/11/20    Entered 09/11/20 14:07:20    Desc
Main Document    Page 9 of 9

Case 2:12-ap-01317-RK    Doc 297    Filed 04/03/14    Entered 04/03/14 15:47:42    Desc
Main Document    Page 4 of 4

1   **IT IS ORDERED AND ADJUDGED** that on their claim for relief under §

2   523(a)(2)(B) Plaintiffs take nothing against the Defendant.

3   **IT IS ORDERED AND ADJUDGED** that on their claim for relief under §

4   523(a)(2)(A) the court finds by a preponderance of the evidence that Wilson represented he

5   would perform his contractual obligations under the Cash Infusion Agreement, including

6   selling or refinancing his Residence or the his Office property and thus, the court finds by a

7   preponderance of the evidence that Wilson's misrepresentation actually and proximately

8   damaged Plaintiffs in the amount of $2,500,000.00 plus: (1) $0.00 in attorneys' fees; (2)

9   $845,270.35 in pre-judgment interest through February 26, 2014, accruing at $475.45 per

10  day, and $14,587.70 in costs of suit.

11  **IT IS ORDERED AND ADJUDGED** that on their claim for relief under §

12  523(a)(4) Plaintiffs take nothing against the Defendant.

13  **IT IS SO ORDERED.**

14  # # #

Date: April 3, 2014

Robert Kwan
United States Bankruptcy Judge

000036Exhibit "5"

# EXHIBIT "E"

# EXHIBIT "E"



**California Secretary of State**
Electronic Filing

**FILED**
Secretary of State
State of California

## Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | AMERICAN GENERAL CORPORATION |
| Entity (File) Number: | C2457365 |
| File Date: | 06/04/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GG06118 |

**Detailed Filing Information**

1. Entity Name:

   AMERICAN GENERAL CORPORATION

2. Business Addresses:
   a. Street Address of Principal Office in California:

   34941 Calle Del Sol
   Capistrano Beach, California 92624
   United States of America

   b. Mailing Address:

   34941 Calle Del Sol
   Capistrano Beach, California 92624
   United States of America

   c. Street Address of Principal Executive Office:

   34941 Calle Del Sol
   Capistrano Beach, California 92624
   United States of America

3. Officers:
   a. Chief Executive Officer:

   Michelle  Wilson
   34941 Calle Del Sol
   Capistrano Beach, California 92624
   United States of America

   b. Secretary:

   Michelle  Wilson
   34941 Calle Del Sol
   Capistrano Beach, California 92624
   United States of America

Document ID: GG06118



# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:

                      Michelle  Wilson
                      34941 Calle Del Sol
                      Capistrano Beach, California 92624
                      United States of America

4.  Director:

                      Rumiko  Yoneyama
                      34941 Calle Del Sol
                      Capistrano Beach, California 92624
                      United States of America

    Number of Vacancies on the Board of
    Directors:                         0

5.  Agent for Service of Process:      REGISTERED AGENT SOLUTIONS,
                                      INC. (C2392069)

6.  Type of Business:                  Real Estate and Development

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   Michelle Wilson

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GG06118

000023Exhibit "3"