Michael Jones, SBN 271574
M. Jones & Associates, PC
505 N. Tustin Ave, Ste 105
Santa Ana, CA 92705
Telephone: 714-795-2346
Facsimile: (888) 341-5213
Email: mike@MJonesOC.com

Attorneys for Michelle Wilson

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| **In Re:**<br><br>**DAVID A. WILSON**<br><br>Debtor(s).<br><br>_____<br><br>**THOMAS I. MCKNEW, IV AND LISA A. MCKNEW, INDIVIDUALLY AND AS TRUSTEES OF THE MCKNEW FAMILY TRUST DATED MAY 21, 2004**<br>Plaintiff(s)<br><br>v.<br><br>**DAVID A. WILSON**<br>Defendant(s) | Main Case No. 2:12-bk-16195-RK<br><br>In Chapter 7 Proceedings<br><br>**Adv. Case No. 2:12-ap-01317-RK**<br><br>**MICHELLE WILSON'S OPPOSITION TO MOTION TO ENFORCE WRIT AND GARNISHMENT ORDERS DIRECTED TO AMERICAN GENERAL CORPORATIONS PURSUANT TO CALIFORNIA CIVIL PROCEDURE §§ 701.202, 706.154, 708.180, AND 3439.07 MADE APPLICABLE BY FED. R. BANKR. P. RULE 7069 AND FED. R. CIV. P. RULE 69(A)(2)**<br><br>**Hearing Date: 2/15/2022**<br>**Hearing Time: 2:30 PM**<br>**Hearing Place: Via ZoomGov** |

//

//

COMES NOW MICHELLE WILSON (hereinafter "Wilson"), by and through her

undersigned counsel, and submit this OPPOSITION TO MOTION TO ENFORCE WRIT AND

GARNISHMENT ORDERS DIRECTED TO AMERICAN GENERAL CORPORATIONS

PURSUANT TO CALIFORNIA CIVIL PROCEDURE §§ 701.202, 706.154, 708.180, AND

3439.07 MADE APPLICABLE BY FED. R. BANKR. P. RULE 7069 AND FED. R. CIV. P.

RULE 69(A)(2) (referred to herein as "the Motion") filed by Judgment Creditor Thomas I.

McKnew, IV individually and as Trustee of the McKnew Family Trust Dated May 21, 2004

(hereinafter "Judgment Creditor") and on the docket as item number 639.  The opposing party

requests an Order denying the Motion in its entirety.

This opposition is based upon these moving papers, the accompanying Memorandum

of Points and Authorities, the Declaration of Michelle Wilson, and any evidence that may be

presented to the Court at or prior to the hearing on the Motion.

WHEREFORE, Wilson respectfully requests that the Court enter an order denying

the Motion, as well as such further relief as the Court deems just and proper.


Dated this 31 January 2022.


**M Jones and Associates, PC**
Attorneys for Michelle Wilson


/s/ Michael Jones
Michael Jones

## MEMORANDUM OF POINTS AND AUTHORITIES

# I.    FACTUAL BACKGROUND

David A. Wilson ("Debtor") filed a petition for relief under Chapter 7 of the Bankruptcy Code in 2012, Case No. 2:12-bk-16195-RK ("Bankruptcy Case").

On January 13, 2022, Judgment Creditor Thomas I. McKnew, IV individually and as Trustee of the McKnew Family Trust Dated May 21, 2004 (hereinafter "Judgment Creditor") filed a Motion to Enforce Writ and Garnishment Orders Directed to American General Corporations Pursuant to California Civil Procedure §§ 701.202, 706.154, 708.180, and 3439.07 made Applicable by Fed. R. Bankr. P. Rule 7069 and Fed. R. Civ. P. Rule 69(a)(2) (Docket Item Number 639, and hereinafter "the Motion").  The Motion is alleged to be supported by the Declaration of James Hinds, Jr., (Docket Item Numbers 634 and 635, referred to herein as "the Hinds Declaration"), a Request for Judicial Notice (Docket Item Number 636, referred to herein as "RFJN"), and the Declaration of Thomas McKnew IV (Docket Item Number 637, referred to herein as "the McKnew Declaration".

The Motion seeks orders from this Court, *inter alia,* "freezing" the bank accounts of American General Corporation (referred to herein as "AGC") because of supposed noncompliance with a garnishment order from 2014; Wilson is connected to AGC because she is the president of the corporation.  The Motion also seeks a finding from the Court that Wilson failed to abide by the terms of a Writ and Garnishment Order that was allegedly served on her, as well as the issuance of an Order to Show Cause why she should not be held in contempt for not abiding by these orders.  Wilson has never been served with any Order or Writ related to Judgment Creditor's collection activities against the Debtor.

The Motion filed by Judgment Creditor is a mess.  It is spread out all over the docket, includes documents that were filed twice (Docket Items 634 and 635), pleadings that the Clerk of Court requested to be withdrawn but to date have not been withdrawn (see clerk's entry at Docket Item Number 643), and is often objectively factually inaccurate.  The Motion makes numerous assertions that are totally unsupported by any admissible evidence and incorrectly states that documents on the docket for this case are something other than what they actually are.

An example of the factual inaccuracy of the Motion is that the Motion states that "on or about March 7, 2014, the Judgment Creditor served AGC, through its officers and agents, with a Garnishment Order [Docket Item Number 316]" (Motion, page 5, lines 11-14), however Docket Item Number 316 does not say one word about service of a Garnishment on AGC; as a convenience to the Court, this document is attached hereto as Exhibit A.  Another example is the assertion that Exhibit C to the Request for Judicial Notice is "Proof of Service by the U.S. Marshall's Service of the Garnishment Order on American General Corporation, Inc.", (Motion, pg 8, lines 7-9) when in reality this document was not from the U.S. Marshall's service at all; as a convenience to the Court, this document is attached hereto as Exhibit C.

Directly related to the substance of the Motion, when service of process was actually attempted on AGC of the relevant documents, they were served on individuals not related to AGC at the time of the alleged service and/or at addresses not affiliated with AGC in any way. For instance, AGC has never been a tenant at 22342 Avienda Empressa, Suite 200, Rancho Santa Margarita, California, yet this is where the U.S. Marshall's Service allegedly served AGC according to Exhibit B of Judgment Creditor's Request for Judicial Notice; as a convenience to

the Court, this document is attached hereto as Exhibit B.  It was also the address used by the private process server.

Notably, it doesn't appear that Judgment Creditor even attempts to claim that Wilson was ever served with any documents related to the garnishment or Writ at issue in the Motion. The docket for this case is very lengthy, with hundreds of entries, but it doesn't appear that Wilson has been served with anything related to the garnishment.  Wilson maintains that she first learned about the garnishment when pleadings started being filed recently with the Court that mentioned it.

When the actual evidence is reviewed, it is clear that Wilson has never been served with any garnishment or writ.  As such, there can be no liability for Wilson based on noncompliance with a garnishment of which she was never served, and certainly no finding of contempt for an Order she was entirely unaware of.

## II.    ARGUMENT

### A.    WILSON HAS NEVER BEEN SERVED WITH ANY GARNISHMENT OR WRIT

Judgment Creditor's motion is based on the premise that AGC was served with a garnishment and writ in March 2014—nearly 8 years ago.  This never happened.  AGC has never been served with any garnishment or writ by Judgment Creditor related to the judgment it seeks to enforce.  In good faith, Wilson also believes that it is uncontested by Judgment Creditor that she was never personally served with any order for a garnishment or a Writ related to a garnishment.

Along with its Motion, Judgment Creditor also filed on the docket the supporting

declaration of Thomas I. McKnew, IV (referred to herein as "the McKnew Declaration"); the

McKnew Declaration is on the docket for this proceeding as Docket Item Number 637.  In

Paragraph 6 of the McKnew Declaration is the assertion that the garnishment was served on

AGC on or about March 24, 2014, and a reference to a Request for Judicial Notice, Exhibit C to

Docket Item Number 636, for a copy of the Proof of Service.  As a convenience to the Court,

the relevant page of the McKnew Declaration is attached hereto as Exhibit D, and the relevant

pages of the Request for Judicial Notice are attached hereto as Exhibit C (hereinafter "RFJN Ex

C").  No mention is made of Wilson in any of these documents.

In direct contradiction to the McKnew Declaration, RFJN Ex C is not proof of service by

the U.S. Marshal's Service.  Instead, it is supposedly a proof of service by an independent

process server alleging that on March 10, 2014, American General Corporation, Inc., was served

and indicating that the actual person served was "Andrew Hurst- CFO".  The address that this

was supposedly served at was 22342 Avienda Empressa, Suite 200, Rancho Santa Margarita,

CA 92688.

At the time of this alleged service of process, Andre Hurst was not employed by AGC

nor was he affiliated with AGC in any way.  He certainly was not the CFO at the time of the

alleged service.  Andre Hurst left his position with AGC in 2013 and was not at all affiliated

with AGC at the time he was supposedly served on behalf of AGC on March 10, 2014.  Because

Andre Hurst was not affiliated with AGC at the supposed time of service, he was not an agent of

AGC nor was he authorized to accept service for AGC, and therefore it was not effective service

of process.  Interestingly, page 12 of the Hinds Declaration includes documentation showing

that Hurst had "disassociated" with AGC in June 2013, more than half a year before the

garnishment was allegedly served.  See Exhibit E, attached hereto.  And, in any event, Andre Hurst is certainly not the personal agent of Wilson and was not authorized to accept service for her at all.

Andre Hurst is not the registered agent for AGC, nor has he ever been the registered agent for AGC, including at the time he was allegedly served in March 2014.  The California Secretary of State shows that the Registered Agent for AGC is Registered Agent Solutions, Inc., and this has been the registered agent since June 2014.  Prior to that, from February 12, 2013 through June 2014, the registered agent was Rumiko Yoneyama, who replaced Benjamin Meeker as the registered agent after his resignation and departure from AGC on February 11, 2013.  Mr. Meeker replaced Clay Huntington as the registered agent shortly after AGC was incorporated.  Furthermore, none of these registered agents were agents of Wilson- ever.

Another problem with the alleged service on AGC through Andre Hurst is that AGC is not affiliated with the address where Mr. Hurst was allegedly served either.  The address that this was supposedly served at was 22342 Avienda Empressa, Suite 200, Rancho Santa Margarita, CA 92688, but AGC has never been affiliated with that address.  The only address for AGC at that time, as can be confirmed through the California Secretary of State, was 91 Avenida Del Mar, San Clemente, California.  Wilson has no connection with 22342 Avienda Empressa, Suite 200, Rancho Santa Margarita, CA 92688 either.

Exhibit B within the Request for Judicial Notice is an alleged proof of service made on March 6, 2014, on "Andre Hurst, CFO of American General Corporation, Inc.", at 22342 Avienda Empressa, Suite 200, Rancho Santa Margarita, CA 92688; as a convenience to the Court, this document is attached hereto as Exhibit B, and is hereinafter referred to as "RFJN Ex B".  This attempted service of process has the same problem as RFJN Ex C—Mr. Hurst was not

the CFO of AGC, nor was be affiliated with AGC at the time service, and the address where AGC was supposedly served has no connection with AGC at all.  And, once again, Wilson has no connection with the address either, nor is Mr. Hurst her personal agent or employee.

One more final attempt of Judgment Creditor to support its allegation that AGC was served the garnishment is through the Declaration of James Andrew Hinds, Jr., in support of the Motion; the declaration is on the docket for this proceeding as Docket Item Number 634 and is referred to herein as "the Hinds Declaration".  In numbered paragraph 3 of the Hinds Declaration, Mr. Hinds states that he "caused to be served" on AGC the garnishment documents.  In support of this, he attaches his letter to the Orange County Sheriff to serve David Wilson and AGC.  However, there is zero evidence submitted that the Orange County Sheriff actually served AGC as requested in Mr. Hinds' letter, only evidence that Mr. Hinds asked that they be served. Furthermore, there wasn't even a request made to serve Wilson in the letter.  As a convenience to the Court, the Hinds Declaration, including the referenced Exhibit 8 within the Hinds Declaration, are attached hereto as Exhibit E.

Contrary to the McKnew Declaration and the Hinds Declaration, there is no admissible evidence that AGC was served with the garnishment.  RFJN Ex B (attached hereto as Exhibit B) shows an attempted service of the garnishment on someone not affiliated with AGC and at an address not associated with AGC.  RFJN Ex C (attached hereto as Exhibit C) has the exact same problem.  The Hinds Declaration (attached hereto as Exhibit E) is nothing more than evidence that Mr. Hinds requested the Orange County Sheriff for service, but contains no evidence whatsoever that AGC was actually served with anything.   Finally, neither the McKnew Declaration nor the Hinds Declaration claim to have served Wilson, personally, with anything.

The actual facts are that Wilson was not aware that the subject garnishment existed until very recently when it was referenced in Court documents at issue now. Even though this garnishment was supposedly initiated by Judgment Creditor in 2014, it was approximately 8 years later until either AGC or Wilson learned about it.  Service on Andre Hurst in 2014 was not service on AGC or Wilson because he was not an agent of either of them at the time and neither of them had any connection with the address where Mr. Hurst was supposedly served anyway.

As recently as 2019, the United States Supreme Court reiterated that a finding of contempt by a Bankruptcy Court requires that the offending party intentionally violate a Court order.  *Taggart v. Lorenzen,* 139 S. Ct. 1795 (2019).    Wilson didn't know about any garnishment order because she was not served with it, making it legally impossible for her to intentionally violate an order she did not even know existed.  As such, there is no contemptable behavior on the part of Wilson, and therefore the Motion should be denied in its entirety.

## B.    INJUNCTIVE RELIEF AGAINST AGC CANNOT BE OBTAINED BY MOTION

The Motion requests injunctive and equitable relief by requesting an "Order freezing all bank accounts of AGC until a thorough accounting and reconning can take place."  Aside from the problem that AGC has not violated any garnishment order because it was never served with any garnishment, a request for injunctive or equitable relief against a non-party is not appropriate for a motion.  Instead, Rule 7001 of the Federal Rules of Bankruptcy Procedure specifically states that such a request is property cast as an adversary proceeding.

Accordingly, request for an order freezing the bank accounts of AGC should also be denied.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## III.    SUPPORTING DECLARATION

A declaration of Michelle Wilson in support of this opposition is attached hereto and is incorporated by reference.

## IV.    CONCLUSION

Based on the foregoing, Michelle Wilson respectfully request that the Court enter an order denying the Motion and granting to her such other and further relief as is just and appropriate under the circumstances of this case.

Dated this 31 January 2022.

**M Jones and Associates**
Attorneys for Michelle Wilson


/s/ Michael Jones
Michael Jones

Declaration of Michelle Wilson

Bates: 0011

## DECLARATION OF MICHELLE WILSON

I, Michelle Wilson, being duly sworn, state as follows:

     1.     I am over 18 years of age. I have personal knowledge of the facts herein and would and could competently testify, if called upon to do so, to each of the following facts based upon my own personal knowledge, and/or information and belief if so stated.

     2.     I am the President of American General Corporation.

     3.     On January 13, 2022, Judgment Creditor Thomas I. McKnew, IV individually and as Trustee of the McKnew Family Trust Dated May 21, 2004 (hereinafter "Judgment Creditor") filed a Motion to Enforce Writ and Garnishment Orders Directed to American General Corporations Pursuant to California Civil Procedure §§ 701.202, 706.154, 708.180, and 3439.07 made Applicable by Fed. R. Bankr. P. Rule 7069 and Fed. R. Civ. P. Rule 69(a)(2) (Docket Item Number 639, and hereinafter "the Motion"). The Motion is alleged to be supported by the Declaration of James Hinds, Jr., (Docket Item Numbers 634 and 635, referred to herein as "the Hinds Declaration"), a Request for Judicial Notice (Docket Item Number 636, referred to herein as "RFJN"), and the Declaration of Thomas McKnew IV (Docket Item Number 637, referred to herein as "the McKnew Declaration".

     4.     I want to immediate say right up front that I have never personally been served with any Order or Writ related to Judgment Creditor's collection activities against the Debtor.

     5.     I have reviewed the Motion filed by Judgment Creditor and believe it is a confusing collection of baseless allegations and extremely difficult to follow. It is spread out all over the docket, includes documents that were filed twice (Docket Items 634 and 635), pleadings that the Clerk of Court requested to be withdrawn but to date have not been

withdrawn (see clerk's entry at Docket Item Number 643), and is often objectively factually

inaccurate.  The Motion makes numerous assertions that are totally unsupported by any

admissible evidence and incorrectly states that documents on the docket for this case are

something other than what they actually are.

6.      An example of the factual inaccuracy of the Motion is that the Motion states that

"on or about March 7, 2014, the Judgment Creditor served AGC, through its officers and agents,

with a Garnishment Order [Docket Item Number 316]" (Motion, page 5, lines 11-14), however

Docket Item Number 316 does not say one word about service of a Garnishment on AGC; as a

convenience to the Court, this document is attached to the opposition of AGC as Exhibit A.

Another example is the assertion that Exhibit C to the Request for Judicial Notice is "Proof of

Service by the U.S. Marshall's Service of the Garnishment Order on American General

Corporation, Inc.", (Motion, pg 8, lines 7-9) when in reality this document was not from the

U.S. Marshall's service at all; as a convenience to the Court, this document is attached to the

opposition of AGC as Exhibit C.

7.      Directly related to the substance of the Motion, when service of process was

actually attempted on AGC of the relevant documents, they were served on individuals not

related to AGC at the time of the alleged service and/or at addresses not affiliated with AGC in

any way.  For instance, AGC has never been a tenant at 22342 Avienda Empressa, Suite 200,

Rancho Santa Margarita, California, yet this is where the U.S. Marshall's Service allegedly

served AGC according to Exhibit B of Judgment Creditor's Request for Judicial Notice; as a

convenience to the Court, this document is attached to the opposition of AGC as Exhibit B.  It

was also the address used by the private process server.

8.      Judgment Creditor's motion is based on the premise that AGC was served with a garnishment and writ in March 2014—nearly 8 years ago.  This never happened.  AGC has never been served with any garnishment or writ by Judgment Creditor related to the judgment it seeks to enforce.  In good faith, I believe that it is uncontested by Judgment Creditor that I was never personally served with any order for a garnishment or a Writ related to a garnishment.

9.      Along with its Motion, Judgment Creditor also filed on the docket the supporting declaration of Thomas I. McKnew, IV (referred to herein as "the McKnew Declaration"); the McKnew Declaration is on the docket for this proceeding as Docket Item Number 637.  In Paragraph 6 of the McKnew Declaration is the assertion that the garnishment was served on AGC on or about March 24, 2014, and a reference to a Request for Judicial Notice, Exhibit C to Docket Item Number 636, for a copy of the Proof of Service.  As a convenience to the Court, the relevant page of the McKnew Declaration is attached to the opposition of AGC as Exhibit D, and the relevant pages of the Request for Judicial Notice are attached to the opposition of AGC as Exhibit C (hereinafter "RFJN Ex C").  I am not mentioned in any of these documents.

10.     In direct contradiction to the McKnew Declaration, RFJN Ex C is not proof of service by the U.S. Marshall's Service.  Instead, it is supposedly a proof of service by an independent process server alleging that on March 10, 2014, American General Corporation, Inc., was served and indicating that the actual person served was "Andrew Hurst- CFO".  The address that this was supposedly served at was 22342 Avienda Empressa, Suite 200, Rancho Santa Margarita, CA 92688.

11.     At the time of this alleged service of process, Andre Hurst was not employed by AGC nor was he affiliated with AGC in any way.  He certainly was not the CFO at the time of

the alleged service.  Andre Hurst left his position with AGC in 2013 and was not at all affiliated with AGC at the time he was supposedly served on behalf of AGC on March 10, 2014.

12.     Andre Hurst was not affiliated with AGC at the supposed time of service, he was not an agent of AGC nor was he authorized to accept service for AGC.  Furthermore, Andre Hurst is certainly not my personal agent and was not authorized to accept service for me at all.

13.     Andre Hurst is not the registered agent for AGC, nor has he ever been the registered agent for AGC, including at the time he was allegedly served in March 2014.  The Registered Agent for AGC is Registered Agent Solutions, Inc., and this has been the registered agent since June 2014.  Prior to that, from February 12, 2013, through June 2014, the registered agent was Rumiko Yoneyama, who replaced Benjamin Meeker as the registered agent after his resignation and departure from AGC on February 11, 2013.  Mr. Meeker replaced Clay Huntington as the registered agent shortly after AGC was incorporated.  Furthermore, none of these registered agents have ever been my agent authorized to accept service of process on my behalf.

14.     Additionally, AGC is not affiliated with the address where Mr. Hurst was allegedly served either.  The address that this was supposedly served at was 22342 Avienda Empressa, Suite 200, Rancho Santa Margarita, CA 92688, but AGC has never been affiliated with that address.  The only address for AGC at that time was 91 Avenida Del Mar, San Clemente, California.  I have no connection with 22342 Avienda Empressa, Suite 200, Rancho Santa Margarita, CA 92688 either.

15.     Exhibit B within the Request for Judicial Notice is an alleged proof of service made on March 6, 2014, on "Andre Hurst, CFO of American General Corporation, Inc.", at 22342 Avienda Empressa, Suite 200, Rancho Santa Margarita, CA 92688; as a convenience to

DocuSign Envelope ID: 87339790-DB64-4980-A830-8D6F5298296A

the Court, this document is attached to the opposition of AGC as Exhibit B, and is hereinafter referred to as "RFJN Ex B". But Mr. Hurst was not the CFO of AGC, nor was be affiliated with AGC at the time service, and the address where AGC was supposedly served has no connection with AGC at all. And, once again, I have no connection with the address either, nor is Mr. Hurst my personal agent or employee.

16.    I have not personally received any service of process from the Orange County Sheriff of the garnishment documents referred to throughout the Motion.

17.    I was not aware that the subject garnishment existed until very recently when it was referenced in Court documents at issue now. Even though this garnishment was supposedly initiated by Judgment Creditor in 2014, it was approximately 8 years later until either AGC or I learned about it. Service on Andre Hurst in 2014 was not service on AGC or me because he was not an agent of either of us at the time and neither of us had any connection with the address where Mr. Hurst was supposedly served anyway. As such, the Motion should be denied in its entirety.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration was executed at Santa Ana, California on the date below stated.

Dated this January 31, 2022,

DocuSigned by:

Michelle Wilson
Michelle Wilson

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

Docket Item Number 316 showing no mention of Service of Process on AGC

Bates: 0017

JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
HINDS & SHANKMAN, LLP
Attorneys and Counselors
21515 Hawthorne Blvd., Suite 1150
Torrance, California 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Attorneys for Plaintiff and Judgment Creditors Thomas I. McKnew IV and Lisa A.
McKnew, individually and as Trustees of the McKnew Family
Trust Dated May 21, 2004

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. 2:12-bk-16195-RK |
| | ) |
| DAVID A. WILSON, | ) (Chapter 7) |
| | ) |
| Debtor. | ) Adv. No. 2:12-ap-01317-RK |
| | ) |
| | ) **PROOF OF SERVICE OF WRIT OF** |
| THOMAS I. MCKNEW, IV and LISA | ) **EXECUTION; NOTICE OF LEVY;** |
| A. MCKNEW, individually and as | ) **MEMORANDUM OF GARNISHMENT;** |
| Trustees of the MCKNEW FAMILY | ) **EXEMPTIONS FROM** |
| TRUST DATED MAY 21, 2004, | ) **ENFORCEMENT OF JUDGMENT;** |
| | ) **CURRENT DOLLAR AMOUNTS OF** |
| Plaintiffs, | ) **EXEMPTIONS; CLAIMS OF** |
| | ) **EXEMPTION; FINANCIAL** |
| vs. | ) **STATEMENT; AMENDED** |
| | ) **JUDGMENT IN FAVOR OF** |
| DAVID A. WILSON, | ) **PLAINTIFFS AND AGAINST** |
| | ) **DEFENDANT BASED ON** |
| Defendant. | ) **MEMORANDUM OF DECISIONS ON** |
| | ) **ADVERSARY COMPLAINT** |
| | ) |

Attached hereto as Exhibit "1" are the original Proofs of Service of Writ of Execution;

Notice of Levy; Memorandum of Garnishment; Exemptions From Enforcement of Judgment;

Bates: 0018

HINDS & SHANKMAN, LLP
21515 HAWTHORNE BLVD. STE. 1150
TORRANCE, CA 90503

Current Dollar amounts of Exemptions; Claims of Exemption; Financial Statement;

Amended Judgment In Favor of Plaintiffs and Against Defendant Based on Memorandum of

Decision on Adversary Complaint served on Bank of China, Ltd., David Alan Wilson, Jon-

Michael Marconi, Esq., and Beata E. Wilson.


DATED: June 5, 2014        JAMES ANDREW HINDS, JR.
                           PAUL R. SHANKMAN
                           HINDS & SHANKMAN, LLP


                           By:  /s/ James Andrew Hinds, Jr.
                                JAMES ANDREW HINDS, JR.
                           Attorneys for the Plaintiffs Thomas I. McKnew IV and Lisa
                           A. McKnew, individually and as Trustees of the McKnew
                           Family Trust Dated May 21, 2004

Bates: 0019

# EXHIBIT "1"

# EXHIBIT "1"

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): *TELEPHONE NO.:* *FOR COURT USE ONLY*
BRIAN YERETZIAN
HINDS & SHANKMAN, LLP
21515 HAWTHORNE BLVD., STE 1150
TORRANCE, CA 90503

ATTORNEY FOR (Name):

Ref. No. or File No.

Insert name of court, judicial district or branch court, if any:

USBC - Central District - Central Division
255 E. Temple St.
Los Angeles, CA 90012

PLAINTIFF: *THOMAS I. MCKNEW, IV*

DEFENDANT: *DAVID A. WILSON*

| PROOF OF SERVICE | SHERIFF'S FILE NUMBER: | CASE NUMBER: 2:12-ap-01317-RK |
|---|---|---|

- [X] *WRIT OF EXECUTION*
- [X] *NOTICE OF LEVY*
- [X] *MEMORANDUM OF GARNISHEE*
- [ ] *EXEMPTIONS FROM ENFORCEMENT OF JUDGMENT*
- [ ] *CURRENT DOLLAR AMOUNTS OF EXEMPTIONS*
- [ ] *EX PARTE RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT*
- [ ] *RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT*
- [ ] *CLAIM OF EXEMPTION*
- [ ] *FINANCIAL STATEMENT*
- [ ] *WRIT OF ATTACHMENT*
- [ ] *NOTICE OF ATTACHMENT*
- [ ] *EARNINGS WITHHOLDING ORDER (2)*
- [ ] *EMPLOYEE INSTRUCTIONS*
- [ ] *EMPLOYER'S RETURN*
- [ ] *BOND OR UNDERTAKING*
- [X] *Other : Amended Judgment in Favor of Plaintiffs and Against Defendant Based on Memorandum Decision on Adversary Complaint for Nondischargeability of Debts; Declaration of Brian Yeretzian in Support of Levy of Judgment Debtor's Bank Accounts shared with spouse*

**ON THE PARTY SERVED AS THE GARNISHEE**

*1. NAME:* **BANK OF CHINA, LTD.**
*2. PERSON SERVED AND TITLE:* **SYLVIA WONG - MANAGER**
*3. PERSON WITH WHOM LEFT:*
*4. DATE AND TIME OF DELIVERY:* 5/9/2014 @ 2:30 PM
*5. MAILING DATE AND PLACE:*
*6. ADDRESS:* **444 S. FLOWER ST., #3900  LOS ANGELES, CA 90015**
*7. MANNER OF SERVICE*
- [X] *PERSONAL SERVICE(CCP 415.10)*
- [ ] *SUBSTITUTED SERVICE (CCP 415.20)*
- [ ] *RECORDED (CCP 700.015)*
- [ ] *MAILING(CCP 700.010)*
- [ ] *POSTING (CCP 700.030)*

*8. OTHER ACTIVITY (WHEN REQUIRED)*
   *RECORDED WITH RECORDER OF*
   *RECORDATION #*
   *DATE OF RECORDING*

*9. AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THE WITHIN ACTION.*
*I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.*
*EXECUTED ON :* **May 09, 2014 AT Los Angeles, CALIFORNIA**

Timothy J. Price
Registered Process # 5077
County of Registration Los Angeles
Janney & Janney Attorney Service, Inc.
1545 Wilshire Blvd., Suite 311
Los Angeles, CA 90017
(213) 628-6338

FEE FOR SERVICE: $ 195.00 RECOVERABLE PER CCP 1033.5



Law Firm Job#:

U.S. MARSHAL'S SERVICE
LOS ANGELES, CA 9001
RECEIVED
14 MAY 12 ᴀᴹ 3 06

writgprfB/LA11103451

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number and Address):
· BRIAN YERETZIAN
HINDS & SHANKMAN, LLP
21515 HAWTHORNE BLVD., STE 1150
TORRANCE, CA 90503

TELEPHONE NO:            FOR COURT USE ONLY
278...          616-0500

ATTORNEY FOR (Name):

Ref. No. or File No.

Insert name of court, judicial district or branch court, if any:

*USBC - Central District - Central Division*
*255 E. Temple St.*
*Los Angeles, CA  90012*

PLAINTIFF:   *THOMAS I. MCKNEW, IV*

DEFENDANT:  *DAVID A. WILSON*

| PROOF OF SERVICE | SHERIFF'S FILE NUMBER: | CASE NUMBER: |
|---|---|---|
| | | *2:12-ap-01317-RK* |

[X] *WRIT OF EXECUTION*      [ ] *WRIT OF ATTACHMENT*       [ ] *EARNINGS WITHOLDING ORDER (2)*
[X] *NOTICE OF LEVY*         [ ] *NOTICE OF ATTACHMENT*      [ ] *EMPLOYEE INSTRUCTIONS*
[ ] *MEMORANDUM OF GARNISHEE*                                [ ] *EMPLOYER'S RETURN*
[X] *EXEMPTIONS FROM ENFORCEMENT OF JUDGMENT*                [ ] *BOND OR UNDERTAKING*
[X] *CURRENT DOLLAR AMOUNTS OF EXEMPTIONS*
[ ] *EX PARTE RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT*
[ ] *RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT*
[ ] *CLAIM OF EXEMPTION*
[X] *FINANCIAL STATEMENT*
[X] *Other : Amended Judgment in Favor of Plaintiffs and Against Defendant Based on Memorandum Decision on Adversary Complaint for Nondischargeability of Debts; Declaration of Brian Yeretzian in Support of Levy of Judgment Debtor's Bank Accounts shared with spouse*

**ON THE PARTY SERVED AS THE JUDGMENT DEBTOR**

*1. NAME:*  **DAVID ALAN WILSON**
*2. PERSON SERVED AND TITLE:*
*3. PERSON WITH WHOM LEFT:*
*4. DATE AND TIME OF DELIVERY:*
*5. MAILING DATE AND PLACE:*  **5/9/2014 from LOS ANGELES, CA**
*6. ADDRESS:*  **24352 SANTA CLARA, DANTA POINT, CA, 92629**

*7. MANNER OF SERVICE*   [ ] *PERSONAL SERVICE(CCP 415.10)*      [XX] *MAILING(CCP 700.010)*
                         [ ] *SUBSTITUTED SERVICE (CCP 415.20)*   [ ] *POSTING (CCP 700.080)*
                         [ ] *RECORDED (CCP 700.015)*
*8. OTHER ACTIVITY (WHEN REQUIRED)*
                         *RECORDED WITH RECORDER OF COUNTY*
                         *RECORDATION #*
                         *DATE OF RECORDING*

*9. AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THE WITHIN ACTION.*
*I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.*
*EXECUTED ON :*  **May 09, 2014 AT Los Angeles, CALIFORNIA**

14 MAY 12  3 06          RECEIVED
                         U.S. MARSHALS SERVICE
                         LOS ANGELES, CA 9001

Timothy J. Price
Registered Process # 5077
County of Registration Los Angeles
FEE FOR SERVICE:          RECOVERABLE PER CCP 1033.5    Janney & Janney Attorney Service, Inc.
                                                        1545 Wilshire Blvd., Suite 311
                    **JJ**                              Los Angeles, CA 90017
                                                        (213) 628-6338

                                                        Law Firm Job#:

writgprDM/LA1103451

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
BRIAN YERETZIAN
HINDS & SHANKMAN, LLP
21515 HAWTHORNE BLVD., STE 1150
TORRANCE, CA 90503

TELEPHONE NO.
(310) 316-0500

FOR COURT USE ONLY

Ref. No. or File No.

ATTORNEY FOR (Name):

Insert name of court, judicial district or branch court, if any:

USBC - Central District - Central Division
255 E. Temple St.
Los Angeles, CA 90012

PLAINTIFF:  *THOMAS I. MCKNEW, IV*

DEFENDANT: *DAVID A. WILSON*

| PROOF OF SERVICE | SHERIFF'S FILE NUMBER: | CASE NUMBER: |
|---|---|---|
| | | 2:12-ap-01317-RK |

- [X] *WRIT OF EXECUTION*
- [X] *NOTICE OF LEVY*
- [X] *MEMORANDUM OF GARNISHEE*
- [X] *EXEMPTIONS FROM ENFORCEMENT OF JUDGMENT*
- [X] *CURRENT DOLLAR AMOUNTS OF EXEMPTIONS*
- [ ] *EX PARTE RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT*
- [ ] *RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT*
- [ ] *CLAIM OF EXEMPTION*
- [X] *FINANCIAL STATEMENT*

- [ ] *WRIT OF ATTACHMENT*
- [ ] *NOTICE OF ATTACHMENT*

- [ ] *EARNINGS WITHOLDING ORDER (2)*
- [ ] *EMPLOYEE INSTRUCTIONS*
- [ ] *EMPLOYER'S RETURN*
- [ ] *BOND OR UNDERTAKING*

- [X] *Other : Amended Judgment in Favor of Plaintiffs and Against Defendant Based on Memorandum Decision on Adversary Complaint for Nondischargeability of Debts; Declaration of Brian Yeretzian in Support of Levy of Judgment Debtor's Bank Accounts shared with spouse*

**ON THE PARTY SERVED AS THE DEBTOR'S COUNSEL**

*1. NAME:* **JON-MICHAEL MARCONI, ESQ.**
*2. PERSON SERVED AND TITLE:*
*3. PERSON WITH WHOM LEFT:*
*4. DATE AND TIME OF DELIVERY:*
*5. MAILING DATE AND PLACE:* **5/9/2014 from LOS ANGELES, CA**
*6. ADDRESS:* **668 NORTH COAST HIGHWAY, NO. 309, LAGUNA BEACH, CA, 92651**
*7. MANNER OF SERVICE*
- [ ] *PERSONAL SERVICE(CCP 415.10)*
- [ ] *SUBSTITUTED SERVICE (CCP 415.20)*
- [ ] *RECORDED (CCP 700.015)*
- [X] *MAILING(CCP 700.010)*
- [ ] *POSTING (CCP 700.080)*

*8. OTHER ACTIVITY (WHEN REQUIRED)*
*RECORDED WITH RECORDER OF COUNTY*
*RECORDATION #*
*DATE OF RECORDING*

*9. AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THE WITHIN ACTION.*
*I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.*
*EXECUTED ON :* **May 09, 2014 AT Los Angeles, CALIFORNIA**

Timothy J. Price
Registered Process # 5077
County of Registration Los Angeles
Janney & Janney Attorney Service, Inc.
1545 Wilshire Blvd., Suite 311
Los Angeles, CA 90017
(213) 628-6338

**FEE FOR SERVICE:**         RECOVERABLE PER CCP 1033.5

Law Firm Job#:

writgprfM/LA1103451

Bates: 0023

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*
**BRIAN YERETZIAN**
*HINDS & SHANKMAN, LLP*
*21515 HAWTHORNE BLVD., STE 1150*
*TORRANCE, CA 90503*

TELEPHONE NO.: ...316-0500   FOR COURT USE ONLY

Ref. No. or File No.

ATTORNEY FOR *(Name)*:

Insert name of court, judicial district or branch court, if any:

*USBC - Central District - Central Division*
*255 E. Temple St.*
*Los Angeles, CA  90012*

PLAINTIFF:  *THOMAS I. MCKNEW, IV*

DEFENDANT:  *DAVID A. WILSON*

| PROOF OF SERVICE | SHERIFF'S FILE NUMBER: | CASE NUMBER: |
| --- | --- | --- |
| | | 2:12-ap-01317-RK |

<table>
<tr><td>☒</td><td><i>WRIT OF EXECUTION</i></td><td>☐</td><td><i>WRIT OF ATTACHMENT</i></td><td>☐</td><td><i>EARNINGS WITHOLDING ORDER (2)</i></td></tr>
<tr><td>☒</td><td><i>NOTICE OF LEVY</i></td><td>☐</td><td><i>NOTICE OF ATTACHMENT</i></td><td>☐</td><td><i>EMPLOYEE INSTRUCTIONS</i></td></tr>
<tr><td>☐</td><td><i>MEMORANDUM OF GARNISHEE</i></td><td></td><td></td><td>☐</td><td><i>EMPLOYER'S RETURN</i></td></tr>
<tr><td>☒</td><td><i>EXEMPTIONS FROM ENFORCEMENT OF JUDGMENT</i></td><td></td><td></td><td>☐</td><td><i>BOND OR UNDERTAKING</i></td></tr>
<tr><td>☒</td><td><i>CURRENT DOLLAR AMOUNTS OF EXEMPTIONS</i></td><td></td><td></td><td></td><td></td></tr>
<tr><td>☐</td><td><i>EX PARTE RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT</i></td><td></td><td></td><td></td><td></td></tr>
<tr><td>☐</td><td><i>RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT</i></td><td></td><td></td><td></td><td></td></tr>
<tr><td>☒</td><td><i>CLAIM OF EXEMPTION</i></td><td></td><td></td><td></td><td></td></tr>
<tr><td>☒</td><td><i>FINANCIAL STATEMENT</i></td><td></td><td></td><td></td><td></td></tr>
<tr><td>☒</td><td colspan="5"><i>Other : Amended Judgment in Favor of Plaintiffs and Against Defendant Based on Memorandum Decision on Adversary Complaint for Nondischargeability of Debts; Declaration of Brian Yeretzian in Support of Levy of Judgment Debtor's Bank Accounts shared with spouse</i></td></tr>
</table>

**ON THE PARTY SERVED AS THE SPOUSE**

*1. NAME:*  **BEATA E. WILSON**

*2. PERSON SERVED AND TITLE:*

*3. PERSON WITH WHOM LEFT:*

*4. DATE AND TIME OF DELIVERY:*

*5. MAILING DATE AND PLACE:*  *5/9/2014 from LOS ANGELES, CA*

*6. ADDRESS:*  *24352 SANTA CLARA, DANA POINT, CA, 92629*

*7. MANNER OF SERVICE*
☐ *PERSONAL SERVICE(CCP 415.10)*
☐ *SUBSTITUTED SERVICE (CCP 415.20)*
☐ *RECORDED (CCP 700.015)*
☒ *MAILING(CCP 700.010)*
☐ *POSTING (CCP 700.080)*

*8. OTHER ACTIVITY (WHEN REQUIRED)*
*RECORDED WITH RECORDER OF COUNTY*
*RECORDATION #*
*DATE OF RECORDING*

*9. AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THE WITHIN ACTION.*
*I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.*

*EXECUTED ON :*  **May 09, 2014** AT Los Angeles, CALIFORNIA

Timothy J. Price
Registered Process # 5077
County of Registration Los Angeles
Janney & Janney Attorney Service, Inc.
1545 Wilshire Blvd., Suite 311
Los Angeles, CA 90017
(213) 628-6338

FEE FOR SERVICE:       RECOVERABLE PER CCP 1033.5

Law Firm Job#:

writgprfM/LA1103451

Bates: 0024

Janvey & Damren, Attorney's at Law, Inc.
1545 Wilshire Blvd., 311
Los Angeles, CA 90017
Phone: 2136286338    Fax: 2134832576

## ATTACHED DOCUMENT LIST

Writ of Execution;Notice of Levy;Memorandum of Garnishee;Exemptions
from Enforcement of Judgment;Current Dollar Amounts of
Exemptions;Claim of Exemption;Financial Statement;Amended Judgment
in Favor of Plaintiffs and Against Defendant Based on Memorandum
Decision on Adversary Complaint for Nondischargeability of Debts;
Declaration of Brian Yeretzian in Support of Levy of Judgment
Debtor's Bank Accounts shared with spouse>

| In re:<br>DAVID A. WILSON,<br><br>Debtor(s). | CHAPTER 7<br>Case No.: 2:12-16195<br><br>Adv. No. 2:12-ap-01317-RK |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
21515 Hawthorne Blvd. Suite 1150, Torrance, CA 90503.

A true and correct copy of the foregoing document described  PROOF OF SERVICE OF WRIT OF EXECUTION; NOTICE OF LEVY; MEMORANDUM OF GARNISHMENT; EXEMPTIONS FROM ENFORCEMENT OF JUDGMENT; CURRENT DOLLAR AMOUNTS OF EXEMPTIONS; CLAIMS OF EXEMPTION; FINANCIAL STATEMENT; AMENDED JUDGMENT IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANT BASED ON MEMORANDUM OF DECISIONS ON ADVERSARY COMPLAINT served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.**  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 5 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Thomas H Casey**    lmiller@tomcaseylaw.com, msilva@tomcaseylaw.com
- **James Andrew Hinds**    jhinds@jhindslaw.com
- **Weneta M Kosmala (TR)**    Weneta.Kosmala@7trustee.net,
  ca15@ecfcbis.com;wkosmala@kosmalalaw.com;dfitzger@kosmalalaw.com;kgeorge@kosmalalaw.com
- **Michael N Nicastro**    courtfiling@np-attorneys.com
- **Paul R Shankman**    pshankman@jhindslaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Barouir B Yeretzian**    byeretzian@jhindslaw.com, yeretzian@gmail.com

☒ Service information continued on attached page

**II.**  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On June 5 2014, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Clerk to the Honorable Robert Kwan (Via Fed Ex)<br>United States Bankruptcy Court<br>Central District of California<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street, Suite 1682 / Courtroom 1675<br>Los Angeles, CA 90012 | Jon-Michael A Marconi<br>668 N Coast Hwy<br>#309<br>Laguna Beach, CA 92651 |
|---|---|

☐ Service information continued on attached page

**III.**  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 5, 2014, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                        **F 9013-3.1**

| In re:<br>DAVID A. WILSON,<br><br>Debtor(s). | CHAPTER 7<br>Case No.: 2:12-16195<br><br>Adv. No. 2:12-ap-01317-RK |
|---|---|

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 5, 2014    Liz Reuben | /s/ Liz Reuben |
|---|---|

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_                                                                    F 9013-3.1
Bates: 0027

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit B

Exhibit B of Judgment Creditor's Request for Judicial Notice showing attempted service at address unaffiliated with AGC and on person not employed by AGC

Bates: 0028

Case 2:12-ap-01317-RK   Doc 291   Filed 03/25/14   Entered 03/25/14 16:18:03   Desc
Main Document   Page 1 of 2

| | |
|---|---|
| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form.* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Thomas J. McKnew, IV & Lisa A. McKnew | 2:12-ap-01317-RK |
| DEFENDANT | TYPE OF PROCESS |
| David A. Wilson | WAGE GARNISHMENT |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| SERVE | ANDRE HURST, CFO OF AMERICAN GENERAL CORPORATION, INC. |
| ► | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 22342 AVENIDA EMPRESA, SUITE 200, RANCHO SANTA MARGARITA, CA 92688 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| JAMES ANDREW HINDS, JR.<br>HINDS & SHANKMAN, LLP<br>21515 HAWTHORNE BLVD, SUITE 1150<br>TORRANCE, CA 90503 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                              Fold

Serve by R.P.S., wage Garnishment package on CFO
of Employer 'American General Corporation, Inc. "Andre Hurst

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(310) 316-0500 | DATE<br>3/6/14 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | | Date<br>3-6-14 |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | A person of suitable age and discretion then residing in the defendant's usual place of abode. ☐ |
|---|---|
| Address (complete only if different than shown above)<br>CK 2489          $65.00 | Date of Service          Time          am<br>                                        pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>65.00 | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

FILED
MAR 2 4 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

Served on 3-7-14

| PRIOR EDITIONS<br>MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80)<br>(Instructions Rev. 12/08) |
|---|---|---|

000025Exhibit "4"
Bates: 0029

# Exhibit C

Exhibit C from Request for Judicial Notice

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
JAMES ANDREW HINDS JR
HINDS & SHANKMAN, LLP
21515 HAWTHORNE BLVD., STE 1150
TORRANCE, CA 90503

TELEPHONE NO.: (310) 316-0500    FOR COURT USE ONLY

ATTORNEY FOR (Name):

Ref. No. or File No.

Insert name of court, judicial district or branch court, if any:

USBC - Central District - Central Division
255 E. Temple St.
Los Angeles, CA 90012

PLAINTIFF: THOMAS I. MCKNEW, IV

DEFENDANT: DAVID A. WILSON

| PROOF OF SERVICE | SHERIFF'S FILE NUMBER: | CASE NUMBER: 2:12-ap-01317-RK |
|---|---|---|

☐ WRIT OF EXECUTION          ☐ WRIT OF ATTACHMENT        ☒ EARNINGS WITHHOLDING ORDER (2)
☐ NOTICE OF LEVY             ☐ NOTICE OF ATTACHMENT      ☒ EMPLOYEE INSTRUCTIONS (2)
☐ MEMORANDUM OF GARNISHEE                                ☒ EMPLOYER'S RETURN (2)
☒ EXEMPTIONS FROM ENFORCEMENT OF JUDGMENT (2)            ☐ BOND OR UNDERTAKING
☒ CURRENT DOLLAR AMOUNTS OF EXEMPTIONS (2)
☐ EX PARTE RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
☐ RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
☒ CLAIM OF EXEMPTION (2)
☒ FINANCIAL STATEMENT (2)
☒ Other : Confidential Statement of Judgment Debtor's Social Security Number (2)

**ON THE PARTY SERVED AS THE EMPLOYER**

1. NAME: **AMERICAN GENERAL CORPORATION, INC**
2. PERSON SERVED AND TITLE: **ANDREW HURST - CFO**
3. PERSON WITH WHOM LEFT:
4. DATE AND TIME OF DELIVERY: **3/7/2014 @ 10:00 AM**
5. MAILING DATE AND PLACE:
6. ADDRESS: **22342 Avenida Empresa, #200,  Rancho Santa Margarita, CA 92688**
7. MANNER OF SERVICE    ☒ PERSONAL SERVICE (CCP 415.10)        ☐ MAILING (CCP 700.010)
                        ☐ SUBSTITUTED SERVICE (CCP 415.20)     ☐ POSTING (CCP 700.080)
                        ☐ RECORDED (CCP 700.015)
8. OTHER ACTIVITY (WHEN REQUIRED)
                        RECORDED WITH RECORDER OF
                        RECORDATION #
                        DATE OF RECORDING
9. AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THE WITHIN ACTION.
I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON : **March 10, 2014 AT Santa Ana, CALIFORNIA**

James Goodwin
Registered Process # 2681
County of Registration Orange

FEE FOR SERVICE: $ 195.00 RECOVERABLE PER CCP 1033.5

Janney & Janney Attorney Service, Inc.
1545 Wilshire Blvd., Suite 311
Los Angeles, CA 90017
(213) 628-6338

Law Firm Job#:

writ.gcrf/B/LA1083331

ORIGINAL

Exhibit "4"
Bates: 0031

# Exhibit D

Excerpt showing Paragraph 6 of McKnew
Declaration

Bates: 0032

JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@hindslawgroup.com
THE HINDS LAW GROUP, APC
21257 Hawthorne Blvd., Second Floor
Torrance, California 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Attorneys for Judgment Creditor Thomas I. McKnew, IV individually
and as Trustee of the McKnew Family Trust Dated May 21, 2004

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:12-bk-16195-RK |
| DAVID A. WILSON, | (Chapter 7) |
| Debtor. | Adv. No. 2:12-ap-01317-RK |
| THOMAS I. MCKNEW, IV and LISA A. MCKNEW, individually and as Trustees of the MCKNEW FAMILY TRUST DATED MAY 21, 2004, | **DECLARATION OF THOMAS I. MCKNEW, IV IN SUPPORT OF MOTION TO ENFORCE WRIT AND GARNISHMENT ORDERS DIRECTED TO AMERICAN GENERAL CORPORATION PURSUANT TO CALIFORNIA CIVIL PROCEDURE §§ 701.202, 706.154, 708.180, AND 3439.07 MADE APPLICABLE BY FED. R. BANKR. P. RULE 7069 AND FED. R. CIV. P. RULE 69(a)(2)** |
| Plaintiffs, | |
| vs. | |
| DAVID A. WILSON, | |
| Defendant. | [Filed concurrently with Motion to Enforce Writ Garnishment Orders]

DATE:    February 9, 2022
TIME:    11:00 a.m.
PLACE:   CTRM: 1675, Roybal Federal Building, 255 E. Temple Street, Los Angeles, CA 90012 |

---

DECLARATION OF THOMAS I MCKNEW, IV IN SUPPORT OF MOTION TO ENFORCE WRIT AND GARISHMENT
ORDER AGAINST AMERICAN GENERAL CORPORATION

1

Bates: 0033

I, Thomas I. McKnew, IV, hereby declare and state as follows:

1.      I am over the age of 18 and make this declaration in support of the Motion for To Enforce Writ and Garnishment Orders Directed to American General Corporation. I am one of the Plaintiffs and the Judgment Creditor in this matter. I have personal knowledge of the facts set forth herein unless stated on information and belief, and as to such matters I believe them to be true. If called upon I could competently testify from personal knowledge as to the following facts.

2.      David Wilson commenced his bankruptcy case by filing a Voluntary Petition under Chapter 7 of Title 11 of the United States Code on or about August 13, 2008.

3.      The Plaintiffs herein, through their counsel of record, filed their adversary proceeding under 11 U.S.C. § 523(a). The adversary was entitled, *McKnew et al. v. Wilson*, Adv. No. 2:12-ap-01317-RK. The adversary proceeding came on for trial before this Court on February 2, 2012, February 3, 2012, February 6, 2012, August 30, 2012, August 31, 2012, and September 6, 2012.

4.      An Amended Judgment in Favor of Plaintiffs and Against Defendant Based on Memorandum Decision on Adversary Complaint for Nondischargeability of Debts (hereinafter referred to as the "Amended Judgment") was entered in favor of Plaintiffs, THOMAS I. MCKNEW, IV and LISA A. MCKNEW, individually and as Trustees of THE MCKNEW FAMILY TRUST DATED MAY 21, 2004, against the judgment debtor, DAVID A. WILSON in the United States Bankruptcy Court for the Central District of California in Adversary Proceeding No.: 2:12-ap-01317-RK. A true and accurate copy of the Amened Judgment is Exhibit A to the Request to Take Judicial Notice and by this reference incorporated herein as if set forth in full.

Bates: 0034

5.    On or about December 15, 2014, the Amended Judgment was domesticated in the State of Hawaii where David Wilson owned and operated a business by the name of Hawaiian Islands Regional Center.

6.    On or about March 24, 2014, the U.S. Marshal's Office served Garnishment Order on American General Corporation, Inc. (hereinafter referred to as "AGC"). A true and accurate copy of the Proof of Service is reflected in Exhibit C to the Request to Take Judicial Notice and by this reference incorporated herein as if set forth in full. Service of the Garnishment Order was effected on Andre Hurst, CFO of AGC.

7.    During the course of post-judgment discovery in this matter I was provided with a document entitled American General Corporation, Contract's Statement of Qualifications. The Contract's Statement of Qualifications lists Andrew Hurst as the Vice President, CFO of AGC. Andre's status was confirmed to me personally in a number of meetings with David Wilson and Andre prior to the filing of the Adversary Proceeding in this case and during judgment collection activities post-judgment. Andre's status was further confirmed to me personally in a number of meetings in Hawaii after my Judgment was domesticated in Hawaii and as part of my efforts to seize assets.

8.    For all times relevant hereto Andre Hurst was associated with David Wilson in, among other projects, the fraud perpetrated against me which resulted in the non-dischargeable Judgement against David Wilson, as well as in projects and business of David Wilson. Andre Hurst was also involved with David Wilson and a number of suspect construction projects in Hawaii where I caused my lawyers in Hawaii to take the deposition of Andre Hurst.

9.    Between May 14 and June 5, 2014, the U.S. Marshal served a Writ of Execution (hereinafter referred to as the "Writ"), Notice of Levy and Memorandum of

# Exhibit E

Relevant portions of Hinds Declaration

JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@hindslawgroup.com
THE HINDS LAW GROUP, APC
21257 Hawthorne Blvd., Second Floor
Torrance, California 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Attorneys for Judgment Creditor Thomas I. McKnew, IV, individually
and as Trustee of the McKnew Family Trust Dated May 21, 2004

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. 2:12-bk-16195-RK |
| | ) |
| DAVID A. WILSON, | ) (Chapter 7) |
| | ) |
| Debtor. | ) Adv. No. 2:12-ap-01317-RK |
| | ) |
| | ) **DECLARATION OF JAMES ANDREW** |
| | ) **HINDS, JR. IN SUPPORT OF MOTION** |
| THOMAS I. MCKNEW, IV and LISA | ) **TO ENFORCE WRIT AND** |
| A. MCKNEW, individually and as | ) **GARNISHMENT ORDERS DIRECTED** |
| Trustees of the MCKNEW FAMILY | ) **TO AMERICAN GENERAL** |
| TRUST DATED MAY 21, 2004, | ) **CORPORATION PURSUANT TO** |
| | ) **CALIFORNIA CIVIL PROCEDURE §§** |
| Plaintiffs, | ) **701.202, 706.154, 708.180, AND** |
| | ) **3439.07 MADE APPLICABLE BY** |
| vs. | ) **FED. R. BANKR. P. RULE 7069 AND** |
| | ) **FED. R. CIV. P. RULE 69(a)(2)** |
| DAVID A. WILSON, | ) |
| | ) [Filed concurrently with Motion to |
| Defendant. | ) Enforce Writ and Garnishment Orders] |
| | ) |
| | ) DATE:    February 9, 2022 |
| | ) TIME:     11:00 a.m. |
| | ) PLACE:   CTRM: 1675, Roybal Federal |
| | ) Building, 255 E. Temple Street, Los |
| | ) Angeles, CA 90012 |

1    I, James Andrew Hinds, Jr., hereby declare as follows:

2    1.    I am an attorney duly licensed to practice law before all of the courts of the

3    State of California and the United States District Courts for the Northern, Eastern, Southern,

4    and Central Districts of California, and the United States Court of Appeals for the Third,

5    Fourth and Ninth Circuits.  I am counsel for the Plaintiff and Judgment Creditor herein,

6    Thomas I. McKnew IV, individually and as Trustee of the McKnew Family Trust Dated May

7    21, 2004 (hereinafter referred to as the "Judgment Creditor").  The matters set forth herein

8    are made of my own knowledge based upon my review of the files related to Adversary

9    Proceeding No. 2:12-01317, McKnew v. Wilson.  I have personal knowledge in the matters

10   set forth herein and if called and sworn as a witness I could and would testify competently

11   thereto.

12   2.    The parties affected by the relief requested by the Judgment Creditor, Thomas

13   I. McKnew, IV, are: **(1)** the Debtor and Judgment Debtor, David A. Wilson; **(2)** American

14   General Corporation; and **(3)** Michelle Wilson, an officer and/or agent of American General

15   Corporation.  Notice will be given to counsel for the Debtor and Judgment Debtor, David A.

16   Wilson, Christopher A. Dias, Esq., counsel for Michelle Wilson, Christopher L. Blank, Esq.,

17   and counsel for American General Corporation, Michael Jones, Esq.

18   3.    On or about December 16, 2013, I caused to be served on David Wilson and

19   American General Corporation (hereinafter referred to as "AGC") the Application for

20   Earnings Withholding Order and issued Writ in this matter.  Attached hereto as Exhibit "8,"

21   and by this reference incorporated herein as if set forth in full is a true and accurate copy of

22   the December 16, 2013 letter to the Orange County Sheriff to serve David Wilson and AGC.

23   4.    As part of by investigation into David Wilson and AGC I reviewed the websites

24   of the State of California and located the Contractor's License page for AGC for 2020.  This

DECLARATION OF JAMES ANDREW HINDS, JR. IN SUPPORT OF MOTION TO ENFORCE WRIT AND
GARNISHMENT ORDERS

002                                                                                    Bates: 0038

1    page shows that David Wilson and Andre Hurst have been associated with AGC since

2    2008.  Attached hereto as Exhibit "9," and by this reference incorporated herein as if set

3    forth in full is a true and accurate copy of the State's Contractor's License page for AGC.

4          I declare under penalty of perjury under the laws of the United States of America and

5    the State of California that the foregoing is true and correct

6

7          Executed this 13th day of January 2022 at Torrance, California

8

9          /s/  James Andrew Hinds, Jr.
           James Andrew Hinds, Jr.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JAMES ANDREW HINDS, JR. IN SUPPORT OF MOTION TO ENFORCE WRIT AND
GARNISHMENT ORDERS

003                                                    Bates: 0039

# EXHIBIT "8"

# EXHIBIT "8"

Bates: 0040

**HINDS & SHANKMAN, LLP**
ATTORNEYS AND COUNSELORS
21515 Hawthorne Blvd.
Suite 1150
Torrance, California  90503

James Andrew Hinds, Jr.
Paul R. Shankman
Cristina F. Keith*
Brian Yeretzian**

*Admitted in New York and Kentucky
** Admitted in New York

Telephone: 310-316-0500
Facsimile: 310-792-5977

December 16, 2013

**VIA FEDERAL EXPRESS**                                    . 466.001
Orange County Sheriff's Department
4601 Jamboree Road
Newport Beach, CA 92660

To Whom It May Concern:

Enclosed please find: (1) an application for earnings withholding order; (2) a Confidential Statement of Judgment Debtor's Social Security Number; (3) a $30 (thirty) dollar earnings withholding fee; and (4) an original Writ of Execution issued by the U.S. Bankruptcy Court for the Central District of California.

Very truly yours,

Brian Yeretzian for
HINDS & SHANKMAN, LLP

BY
Enclosures
cc: James Andrew Hinds, Jr., Esq. (i/h)

Bates: 0041

WG-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | LEVYING OFFICER *(Name and Address)*: |
|---|---|
| James Andrew Hinds, Jr. (71222)<br>HINDS & SHANKMAN, LLP<br>21515 Hawthorne Blvd.<br>Suite 1150<br>Torrance, California 90503<br>TELEPHONE NO.: (310) 316-05   FAX NO.: (310) 792-5977<br>E-MAIL ADDRESS: jhinds@jhindslaw.com<br>ATTORNEY FOR *(Name)*: Plaintiffs | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
   STREET ADDRESS: 700 Civic Center Drive West
   MAILING ADDRESS: 700 Civic Center Drive West
   CITY AND ZIP CODE: Santa Ana, CA 92701
   BRANCH NAME: Civil Justice Center

| PLAINTIFF/PETITIONER: THOMAS I MCKNEW, IV and LISA A. MCKNEW, individually and as Trustees of the MCKNEW FAMILY TRUST DATED MAY 21, 2004<br>DEFENDANT/RESPONDENT: DAVID A. WILSON | COURT CASE NUMBER:<br>8:08-bk-14828-RW |
|---|---|
| **APPLICATION FOR EARNINGS WITHHOLDING ORDER**<br>**(Wage Garnishment)** | LEVYING OFFICER FILE NUMBER: |

TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: Orange County
OR ANY REGISTERED PROCESS SERVER

1. The judgment creditor *(name)*: Thomas I. McKnew, IV and Lisa A. McKnew     requests issuance of an Earnings Withholding Order directing the employer to withhold the earnings of the judgment debtor (employee).

| Name and address of employer | Name and address of employee |
|---|---|
| David Alan Wilson<br>24352 Santa Clara Ave.<br>Dana Point, CA 92629 | American General Corporation<br>91 Avenida Del Mar, 3rd Floor<br>San Clemente, CA 92672 |

2. The amounts withheld are to be paid to
   a. [x] The attorney (or party without an attorney) named at the top of this page.
      Social Security no. [x] on form WG-035    [ ] unknown
   b. [ ] Other *(name, address, and telephone)*:

3. a. Judgment was entered on *(date)*: 10/10/2013
   b. Collect the amount directed by the Writ of Execution unless a lesser amount is specified here: $ 2,500,000.00

4. *Check any that apply:*
   a. [ ] The Writ of Execution was issued to collect delinquent amounts payable for the **support** of a child, former spouse, or spouse of the employee.
   b. [ ] The Writ of Execution was issued to collect a judgment based entirely on a claim for elder or dependent adult financial abuse.
   c. [ ] The Writ of Execution was issued to collect a judgment based in part on a claim for elder or dependent adult financial abuse. The amount that arises from the claim for elder or dependent adult financial abuse is *(state amount)*: $ 0.00

5. [ ] Special instructions *(specify)*:

6. *Check a or b:*
   a. [x] I have not previously obtained an order directing this employer to withhold the earnings of this employee.
      —OR—
   b. [ ] I have previously obtained such an order, but that order *(check one)*:
      [ ] was terminated by a court order, but I am entitled to apply for another Earnings Withholding Order under the provisions of Code of Civil Procedure section 706.105(h).
      [ ] was ineffective.

James Andrew Hinds, Jr. (71222)
   (TYPE OR PRINT NAME)        (SIGNATURE OF ATTORNEY OR PARTY WITHOUT ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: December 16, 2013

James Andrew Hinds, Jr.
   (TYPE OR PRINT NAME)        (SIGNATURE OF DECLARANT)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>WG-001 [Rev. January 1, 2012] | **APPLICATION FOR EARNINGS WITHHOLDING ORDER**<br>**(Wage Garnishment)** | Legal<br>Solutions<br>℞ Plus | Code Civ. Procedure, § 706.121<br><br>Bates: 0042 |
|---|---|---|---|

# CONFIDENTIAL

WG-035

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>JAMES ANDREW HINDS, JR. (71222)<br>HINDS & SHANKMAN, LLP<br>21515 Hawthorne Blvd.<br>Suite 1150<br>Torrance, California 90503<br>TELEPHONE NO: (310) 316-050  FAX NO: (310) 792-5977<br>E-MAIL ADDRESS: jhinds@jhindslaw.com<br>ATTORNEY FOR (Name): Plaintiffs | DATE RECEIVED BY COURT (Do not file in public court file.) |

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Orange<br>STREET ADDRESS: 700 Civic Center Drive West<br>MAILING ADDRESS: 700 Civic Center Drive West<br>CITY AND ZIP CODE: Santa Ana, CA 92701<br>BRANCH NAME: Central Justice Center | |

| | |
|---|---|
| PLAINTIFF/PETITIONER:  THOMAS I. MCKNEW, IV and LISA A. MCKNEW<br>DEFENDANT/RESPONDENT:  DAVID A. WILSON | COURT CASE NUMBER:<br>8:08-bk-14828-RW |
| **CONFIDENTIAL STATEMENT OF JUDGMENT DEBTOR'S<br>SOCIAL SECURITY NUMBER**<br>**(Supplement to Wage Garnishment Forms<br>WG-001, WG-002, WG-004, WG-005, WG-009, WG-012, and WG-030)** | LEVYING OFFICER FILE NUMBER: |

*(Do not attach to forms.)*

This separate *Confidential Statement of Judgment Debtor's Social Security Number* contains the Social Security number of the judgment debtor for whom an earnings withholding order is being sought or has issued in the case referenced above. **This supplement must be kept separate from any applications or orders filed in this case, and should not be a public record.**

INFORMATION ON JUDGMENT DEBTOR:

1. Name: David Alan Wilson

2. Social Security Number: ████████9091

> **TO COURT CLERK**
> THIS STATEMENT IS **CONFIDENTIAL**.
> DO NOT FILE THIS CONFIDENTIAL STATEMENT IN A PUBLIC COURT FILE.

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>WG-035 [New January 1, 2012] | **CONFIDENTIAL STATEMENT OF JUDGMENT DEBTOR'S<br>SOCIAL SECURITY NUMBER**<br>**Wage Garnishment** | Legal<br>Solutions<br>LA Plus |

007

Bates: 0043

Form B-1036 - (Rev. 02/10)                                                           1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, California Bar Number | For Court Use Only |
|---|---|
| JAMES ANDREW HINDS, JR.<br>HINDS & SHANKMAN<br>21515 Hawthorne Blvd.<br>Suite 1150<br>Torrance, California 90503<br>(310) 316-0500<br>Attorney for THOMAS I. MCKNEW AND LISA A. MCKNEW | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:DAVID A WILSON | CASE NO.: 8:08-bk-14828-RW |
| Debtor. | ADVERSARY NO.:2:12-ap-01317-RK |
| THOMAS I. MCKNEW, IV AND LISA A. MCKNEW,<br>individually and as Trustees of the MCKNEW<br>FAMILY TRUST DATED MAY 21, 2004<br><br>Plaintiff(s),<br>vs.<br>DAVID A. WILSON<br><br>Defendant(s). | **WRIT OF EXECUTION** |

## TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:

YOU ARE DIRECTED to enforce the Judgment described below with interest and costs as provided by law.

On OCTOBER 10, 2013_____ , a judgment was entered in the above-entitled action in favor of

THOMAS I. MCKNEW, IV AND LISA A. MCKNEW, individually and as Trustees
of the MCKNEW FAMILY TRUST DATED MAY 21, 2004
**as Judgment Creditor,** and against

DAVID A. WILSON

**as Judgment Debtor, for:**

| | $ | Amount | |
|---|---|---|---|
| | $ | 2,500,000.00 | PRINCIPAL |
| | $ | 0.00 | ATTORNEYS FEES |
| | $ | 0.00 | INTEREST |
| | $ | 0.00 | COSTS |
| | $ | 2,500,000.00 | **TOTAL JUDGMENT AS ENTERED** |

CCDB1036

Form B-1036 - (Rev. 02/10)                                           1998 USBC, Central District of California

Page 2 of 3

| In re DAVID A WILSON | CASE NO.: |
|---|---|
| | 8:08-bk-14828-RW |
| | ADVERSARY PROCEEDING NO.: |
| Debtor(s). | 2:12-ap-01317-RK |

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of this writ of execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

DEBOTR:
DAVID A. WILSON
91 AVENIDA DEL MAR
THIRD FLOOR
SAN CLEMENTE, CA 92672

DEBTOR'S COUNSEL:
JON-MICHAEL MARCONI, ESQ.
668 NORTH COAST HIGHWAY, NO. 309
LAGUNA BEACH, CA 92651

Form B-1036 - (Rev. 02/10)                                        1998 USBC, Central District of California
                              Page 3 of 3

| In re DAVID A WILSON | CASE NO.: |
|  | 8:08-bk-14828-RW |
|  | ADVERSARY PROCEEDING NO.: |
| Debtor(s). | 2:12-ap-01317-RK |

### NOTICE TO THE JUDGMENT DEBTOR:

You may be entitled to file a claim exempting your property from execution.  You may seek the advice of an attorney or may within ten (10) days after the date the notice of levy was served deliver a claim of exemption to the levying officer as provided in Sections 703.510-703.610 of the California Code of Civil Procedure.

According to an affidavit and/or memorandum of costs after judgment, it appears that further sums have accrued since the entry of judgment, to wit:

$ _____0.00_____ ACCRUED INTEREST

$ _____0.00_____ ACCRUED COSTS

$ _____0.00_____ **TOTAL**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 _____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ _____2,500,000.00_____ ACTUALLY DUE on the date of the issuance of this writ, of which

$ _____2,500,000.00_____ is due on the judgement as entered, and bears interest at ___0.00__ % per

annum in the amount of $ 0.00 _____ per day, from the date of issuance of this writ, to which

must be added the commissions and costs of the officer executing this writ.

DATE _____12-4-13_____

*Kathleen J Campbell*

**KATHLEEN J. CAMPBELL**
Clerk, United States Bankruptcy Court

By: _____
                              Deputy Clerk

# EXHIBIT "9"

# EXHIBIT "9"

Home | Online Services | License Detail | Personnel List

## ⊙Contractor's License Detail (Personnel List)

**Contractor License #**  920827
**Contractor Name**  AMERICAN GENERAL CORPORATION

## Click on the person's name to see a more detailed page of information on that person

### Licenses Currently Associated With

**Name**  DAVID ALLEN WILSON
**Title**  RMO / CEO / PRES
**Association Date**  08/14/2008
**Classification**  B
**Additional Classification**  There are additional classifications that can be viewed by selecting this link.

### Licenses No Longer Associated With

**Name**  ANDRE DIMITRI HURST
**Title**  CEO / PRESIDENT
**Association Date**  08/14/2008
**Disassociation Date**  06/01/2013

Back to Top    Conditions of Use    Privacy Policy    Accessibility    Accessibility Certification

Copyright © 2020 State of California

Bates: 0048

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**505 N Tustin Ave, Ste 105, Santa Ana, CA 92705**

A true and correct copy of the foregoing document entitled (*specify*):   **MICHELLE WILSON'S OPPOSITION TO MOTION TO ENFORCE WRIT AND GARNISHMENT ORDERS DIRECTED TO AMERICAN GENERAL CORPORATIONS PURSUANT TO CALIFORNIA CIVIL PROCEDURE §§ 701.202, 706.154, 708.180, AND 3439.07 MADE APPLICABLE BY FED. R. BANKR. P. RULE 7069 AND FED. R.**

**CIV. P. RULE 69(A)(2)**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _ **31 January 2022** _, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒

Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On _ **31 January 2022** _, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Robert Kwan
United States Bankruptcy Court
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012

☒

Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _ **31 January 2022** _, I served the following persons and/ or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 31 January 2022 | **Michael Jones** | /s/ Michael Jones |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# ECF Service List

- **Christopher L Blank**    chris@chrisblanklaw.com
- **Christopher A Dias**    chris@chrisdiaslaw.com
- **Eryk R Escobar**    eryk@kelawfirm.com
- **James Andrew Hinds**    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Hye Jin Jang**    hjang@jhindslaw.com
- **Hye Jin Jang**    hjang@jhindslaw.com
- **Weneta M.A. Kosmala (TR)**    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
- **Ali Matin**    ali.matin@usdoj.gov, carolyn.k.howland@usdoj.gov
- **Paul R Shankman**    PShankman@fortislaw.com, info@fortislaw.com
- **David Samuel Shevitz**    david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
- **Rachel M Sposato**    rmsposato@mintz.com, mduran@hindslawgroup.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Brian Barouir Yeretzian**    byeretzian@jhindslaw.com, yeretzian@gmail.com