JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@hindslawgroup.com
THE HINDS LAW GROUP, APC
21257 Hawthorne Blvd., Second Floor
Torrance, California 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Attorneys for Judgment Creditor Thomas I. McKnew, IV individually
and as Trustee of the McKnew Family Trust Dated May 21, 2004

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DAVID A. WILSON,<br><br>　　　　　　Debtor.<br>_____<br>THOMAS I. MCKNEW, IV and LISA A. MCKNEW, individually and as Trustees of the MCKNEW FAMILY TRUST DATED MAY 21, 2004,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>DAVID A. WILSON,<br><br>　　　　　　Defendant. | Case No. 2:12-bk-16195-RK<br><br>(Chapter 7)<br><br>Adv. No. 2:12-ap-01317-RK<br><br>**JUDGMENT CREDITOR'S SUPPLEMENTAL REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF MOTION TO ENFORCE WRIT AND GARNISHMENT ORDERS DIRECTED TO AMERICAN GENERAL CORPORATION PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE §§ 701.202, 706.154, 708.180, AND 3439.07 MADE APPLICABLE BY FED. R. BANKR. P. RULE 7069 AND FED. R. CIV. P. RULE 69(a)(2)**<br><br>DATE:　February 15, 2022<br>TIME:　2:30 p.m.<br>PLACE:　CTRM: 1675, Roybal Federal Building, 255 E. Temple Street, Los Angeles, CA 90012 |

---

1
JUDGMENT CREDITOR'S SUPPLEMENTAL REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF
MOTION TO ENFORCE WRIT AND GARNISHMENT ORDERS DIRECTED TO AMERICAN GENERAL
CORPORATION

**TO THE HONORABLE ROBERT KWAN, BANKRUPTCY JUDGE AND TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Judgment Creditor, Thomas I. McKnew, IV individually and as Trustee of the McKnew Family Trust Dated May 21, 2004, supplements his prior Request to Take Judicial Notice pursuant to Federal Rule of Evidence 201.

| EXHIBIT NO. | DOCUMENT DESCRIPTION |
|---|---|
| F. | Declaration Re: Entry if Order Without Hearing Pursuant to LBR 9013-1(o) main case docket # 156 |

Date: February 7, 2022

Respectfully submitted,
JAMES ANDREW HINDS, JR/
THE HINDS LAW GROUP, APC


By: /s/ James Andrew Hinds, Jr.
James Andrew Hinds, Jr.
Attorneys for Judgment Creditor Thomas I. McKnew, IV individually and as Trustee of the McKnew Family Trust Dated May 21, 2004

# EXHIBIT "F"

# EXHIBIT "F"

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Thomas H. Casey - Bar No. 138264<br>Kathleen McCarthy Goldberg - Bar No. 132637<br>LAW OFFICE OF THOMAS H. CASEY, INC.<br>A PROFESSIONAL CORPORATION<br>22342 Avenida Empresa, Suite 200<br>Rancho Santa Margarita, CA  92688<br>Telephone: (949) 766-8787<br>Facsimile: (949) 766-9896<br>Email: TomCasey@tomcaseylaw.com<br>KGoldberg@tomcaseylaw.com<br><br>☐ Movant(s) appearing without an attorney<br>☒ Attorney for Movant(s) | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ||
| In re:<br>DAVID A. WILSON,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:12-bk-16195-RK<br>CHAPTER: 7<br><br>**DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)**<br><br>[No Hearing Required] |

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. **On:** ___1/15/2014___ Movant(s) filed a motion entitled: Chapter 7 Trustee's Motion for Order Authorizing Bankruptcy Rule 2004 Examination of Andre Hurst of American General Corporation and Production

3. A copy of the motion and notice of motion is attached hereto.

4. **On** ___1/15/2014___, Movant(s) served a copy of ☐ the notice of motion or ☐ the motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. **Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline for filing and serving a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F).**

6. **More than __17__ days have passed since Movant(s) served the notice of motion.**

7. **I have checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing has been timely filed.**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

8. No response and request for hearing has been timely served on Movant(s) at the street address, email address, or facsimile number specified in the notice of motion.

9. Based upon the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

WHEREFORE, Movant(s) requests that the motion be granted and an order be entered without a hearing on the motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 2/3/14

_____
Signature

Thomas H. Casey, Esq.
Printed name

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

February 2013             Page 2             F 9013-1.2.NO.HEARING.DEC