**Exhibit 1**

1  Thomas H. Casey - Bar No. 138264
   Kathleen M. Goldberg - Bar No. 132637
2  LAW OFFICE OF THOMAS H. CASEY, INC.
   A PROFESSIONAL CORPORATION
3  22342 Avenida Empresa, Suite 200
   Rancho Santa Margarita, CA  92688
4  Telephone:     (949) 766-8787
   Facsimile:      (949) 766-9896
5  Email: TomCasey@tomcaseylaw.com
          KGoldberg@tomcaseylaw.com
6
   Attorney for Weneta M.A. Kosmala
7  Chapter 7 Bankruptcy Trustee

8                    UNITED STATES BANKRUPTCY COURT

9          CENTRAL DISTRICT OF CALIFORNIA / LOS ANGELES DIVISION

10  In re                                    )  Case No. 2:12-bk-16195-RK
                                             )
11                                           )  Chapter 7
                                             )
12                                           )  CHAPTER 7 TRUSTEE'S MOTION FOR
                                             )  AN  ORDER  AUTHORIZING  A
13                                           )  BANKRUPTCY  RULE  2004
                                             )  EXAMINATION OF ANDRE HURST OF
14  WILSON, DAVID A.,                        )  AMERICAN GENERAL CORPORATION
                                             )  AND  FOR  PRODUCTION  OF
15                                           )  DOCUMENTS  PURSUANT  TO
                                             )  BANKRUPTCY RULE 9016;
16                                           )
                                             )  DECLARATION OF THOMAS H. CASEY
17                                           )  IN SUPPORT
                                             )
18                                           )  Document Production Date:
                                             )  Date: February 5, 2014
19                                           )
                                             )  Place for Document Production:
20                         Debtor.           )  The Law Office of Thomas H. Casey
                                             )  22342 Avenida Empresa, Suite 200
21                                           )  Rancho Santa Margarita, CA  92688
                                             )
22                                           )  2004 Examination Date:
                                             )  Date:  February 19, 2014
23                                           )  Time:  10:00 a.m.
                                             )
24                                           )  Place for Examination:
                                             )  The Law Office of Thomas H. Casey
25                                           )  22342 Avenida Empresa, Suite 200
                                             )  Rancho Santa Margarita, CA  92688
26                                           )
                                             )  [No Hearing Required per Local Bankruptcy
27  _____  )  Rules 9013-1(o)]

28  ///

S:\Wordperfect\Wilson, David\Pleadings\2004AppHurst.REVISED.011514.wpd

1    **TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY**

2    **JUDGE:**

3          Weneta M.A. Kosmala, Chapter 7 Trustee (the "Trustee") of the estate of David A.

4    Wilson (the "Debtor"), by and through her counsel, Thomas H. Casey of the Law Office of

5    Thomas H. Casey, Inc., brings this Motion pursuant to Federal Rules of Bankruptcy Procedure

6    2004 and 9016 for a Court order authorizing the examination of Andre Hurst of American

7    General Corporation,  and the production of documents in order to investigate potential assets of

8    this estate.

9                                    **Summary.**

10          The Trustee has received information that the estate's shareholder interest in American

11   General Corporation ("Corporation") may have a high value.  The Trustee requires additional

12   information regarding the value of the Corporation, and whether the Debtor may have received a

13   distribution from the Corporation as a result of a settlement, to ascertain the value of the Debtor's

14   percentage, shareholder interest in the Corporation.

15          The Trustee has complied with the requirements under Local Bankruptcy Rule 2004-1(a)

16   to confer with counsel for the proposed 2004 examinee, which is Andre Hurst ("Mr. Hurst") of

17   American General Corporation.  A Declaration certifying the attempted compliance is attached to

18   this Motion.  *See*, the Declaration of Thomas H. Casey.

19                          **Bankruptcy Case Background Information.**

20          1.     On or about August 13, 2008 ("Petition Date"), David A. Wilson filed a

21   voluntary petition under Chapter 7 of the Bankruptcy Code. Weneta M.A. Kosmala was the duly

22   appointed, qualified and acting Chapter 7 Trustee.

23          2.     On or about September 25, 3008, the initial 341(a) meeting for this case was

24   conducted and the matter was continued numerous times.

25          3.     At the 341(a) meeting on November 7, 2008, the Debtor was questioned regarding

26   his potential assets, including a discussion regarding American General Corporation (the

27   "Corporation").  The Debtor declared under penalty of perjury that he did have a 30% interest in

28   the Corporation but that the interest had no value.

S:\Wordperfect\Wilson, David\Pleadings\2004AppHurst.REVISED.011514.wpd       1

1      4. On or about December 11, 2008, the Trustee filed a notice of asset setting the

2    claims bar date for general creditors as March 16, 2009.

3      5. On or about January 26, 2009, James Andrew Hinds, Jr. ("Mr. Hinds"), counsel

4    for creditors Thomas I. McKnew, Lisa McKnew and their family trust ("McKnews") filed an

5    action against the Debtor under Section 523(a)(2)(4) and (6) ("McKnews' 523 Action"). The

6    McKnews' 523 Action seeks a declaration that a debt is owed to them and that the debt is

7    non-dischargeable.

8      6. In February, 2009, after an extensive investigation into the assets of the Debtor,

9    the Trustee determined that no assets existed which would benefit the estate and, therefore, filed

10   a Report of No Asset on March 9, 2009.

11     7. The McKnews' 523 Action proceeded to trial which concluded on August 31,

12   2012.

13      **Debtor's Interest in American General Corporation.**

14     8. On or about September 7, 2012, the Trustee was contacted by Mr. Hinds, counsel

15   for the McKnews, asserting that valuable bankruptcy estate assets existed at the time of the

16   bankruptcy filing, including but not limited to, the Debtor's 50% shareholder interest in the

17   Corporation.

18     9. The letter from Mr. Hinds alleges that the Corporation presently has a value in

19   excess of $2 million in retained earnings for its owners. Also enclosed with the letter were

20   documents which had been introduced into evidence in the trial regarding the McKnews' 523

21   Action: (1) American General Corporation - Financial Statement and Supplementary Information

22   - Year ending December 31, 2009, (2) American General Corporation - Contractor's

23   Qualification Statement, (3) Articles of Incorporation for American General Corporation

24   showing American General Corporation formed 1/31/03, and (4) Business Entry Detail from the

25   California Secretary of State for American General Corporation showing American General

26   Corporation formed on 1/31/03. These documents are attached collectively hereto as **Exhibit**

27   **"2"** and incorporated herein by this reference.

28     10. On October 25, 2012, the Trustee withdrew her Report of No Asset.

11.    Based upon the information provided by Mr. Hinds and the investigation conducted by the Trustee's Counsel, the Trustee is informed, believes and therefore alleges that the Corporation is an active corporation.

12.    Trustee's Counsel, on behalf of the Trustee, filed a motion for turnover of the Debtor's stock certificates in the Corporation, however, verification of the percentage ownership pursuant to the records of the Corporation is still required.

13.    Also, in order to determine the value of the Corporation as of the Petition Date and currently, the Trustee requires additional financial information relating to the Corporation. In order to obtain such information, the Trustee needs to question at a 2004 examination, Andre Hurst, the Chief Financial Officer of the Corporation.

14.    Trustee's counsel has, on several occasions, attempted to informally obtain the financial information needed from the Corporation in order to ascertain the value of the Corporation on the Petition Date, however, as discussed further in the attached Declaration of Thomas H. Casey, the information provided to date has been inaccurate and therefore the Trustee needs to question Mr. Hurst regarding, among other things, the past and present financial status of the Corporation.

**Trustee Must Conduct An Examination And Document Production.**

15.    Pursuant to Federal Rule of Bankruptcy Procedure 2004, the Bankruptcy Court may compel the production of documentary evidence in the manner provided in Federal Rule of Bankruptcy Procedure 9016. Federal Rule of Bankruptcy Procedure 2004 authorizes this Court to compel the production of documents of any person relating "to the acts, conduct, property or the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate . . . the source of any money or property acquired or to be acquired by the debtor . . . and any other matter relevant to the case".

16.    The examination and document production requested herein cannot proceed under Federal Rules of Bankruptcy Procedure 7030 or 9014, in that there is not currently an adversary proceeding or contested matter pending involving the issue of the value of the Debtor's interest in the Corporation and to which the scope of the examination and document production is

S:\Wordperfect\Wilson, David\Pleadings\2004AppHurst.REVISED.011514.wpd    3

1    related.

2        17.    In order to conduct an effective examination of Andre Hurst, the Trustee will

3    require that he produce the following "Documents" as the term is defined in **Exhibit "1"**

4    attached hereto:

5    <u>**Documents To Be Produced.**</u>

6        a.    Any and all Documents of American General Corporation commencing

7    from two years prior to the Petition Date to the Petition Date, including but not limited to, bank

8    statements, cancelled checks, financial statements, balance sheets, and profit and loss statements;

9        b.    Any and all Documents of American General Corporation regarding the

10    current financial status of American General Corporation, including but not limited to, financial

11    statements, balance sheets, and profit and loss statements;

12        c.    Any and all state and federal tax returns of American General Corporation

13    for the years 2006, 2007, 2008, 2009, 2010, and 2011 filed with the Internal Revenue Service

14    and/or the Franchise Tax Board;

15        d.    Any and all Contractor's Qualification Statements for American General

16    Corporation;

17        e.    Any and all Articles of Incorporation for American General Corporation;

18        f.    Any and all Stock Registers for American General Corporation;

19        g.    Any and all corporate books and records for American General

20    Corporation including the Corporate Bylaws, Minutes, and Resolutions; and

21        h.    Any and all documents evidencing any and all distributions to

22    shareholders.

23    <u>**The Meet and Confer Requirements of Local Rule 2004-1(a) Have Been Met.**</u>

24        18.    The meet and confer requirements of Local Rule 2004-1(a) have been complied

25    with as provided in the Declaration of Thomas H. Casey attached hereto.

26    <u>**Conclusion.**</u>

27        **WHEREFORE**, the Trustee requests the Court enter an order directing Andre Hurst of

28    American General Corporation, to produce the documents as set forth above at The Law Office

1  of Thomas H. Casey, 22342 Avenida Empresa, Suite 200, Rancho Santa Margarita, CA 92688 by

2  the close of business on February 5, 2014 or, if rescheduled for a later date, upon five (5) days'

3  written notice;

4      **WHEREFORE,** the Trustee requests the Court enter an order directing Andre Hurst of

5  American General Corporation, to appear and testify as set forth above at the office of The Law

6  Office of Thomas H. Casey, at 22342 Avenida Empresa, Suite 200 Rancho Santa Margarita, CA

7  92688, on February 19, 2014 at 10:00 a.m., or, if rescheduled for a later date, upon five (5) days'

8  written notice; and,

9      **WHEREFORE,** the Trustee requests the Court enter an order for such other and further

10  relief as the Court deems just and proper.

11

12                                                      Respectfully submitted,

13  DATED: January _15_, 2014           LAW OFFICE OF THOMAS H. CASEY, INC.,
                                           A PROFESSIONAL CORPORATION

14                      By:

15                                     Thomas H. Casey, Attorney for Weneta M.A.

16                                   Kosmala, Chapter 7 Trustee of the bankruptcy estate
                                 of David A. Wilson, Debtor

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF THOMAS H. CASEY

I, Thomas H. Casey, declare as follows:

1.    I am the attorney for the duly appointed, qualified and acting Chapter 7 Trustee of the bankruptcy estate of David A. Wilson ("Debtor"). The facts contained herein are based upon information which I have acquired in my capacity as attorney for the Trustee and upon my review of the pleadings, records and files in this matter, and are true and correct to the best of my knowledge, information and belief.

2.    I make this Declaration in support of Trustee's Motion for an Order Authorizing Bankruptcy Rule 2004 Examination of Andre Hurst of American General Corporation and for Production of Documents (the "Motion") and to detail my attempts to comply with the requirements under Local Bankruptcy Rule 2004-1(a) to confer with the proposed 2004 examinee, Andre Hurst of American General Corporation.

3.    On or about August 13, 2008 ("Petition Date"), David A. Wilson filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

4.    On September 25, 2008, the Trustee conducted the initial 341(a) meeting for this case. The 341(a) meeting was thereafter continued numerous times by the Trustee.

5.    At a continued 341(a) meeting on November 7, 2008, the Debtor was questioned regarding his potential assets, including his interest in American General Corporation. The Debtor declared under penalty of perjury that he did have a 30% interest in the Corporation, but that the interest had no value.

6.    On or about December 11, 2008, the Trustee prepared and filed a notice of asset setting the claims bar date for general creditors as March 16, 2009.

7.    On or about January 26, 2009, James Andrew Hinds, Jr. ("Mr. Hinds"), counsel for creditors Thomas I. McKnew, Lisa McKnew and their family trust ("McKnews") filed an action against the Debtor under Section 523(a)(2)(4) and (6) ("McKnews' 523 Action"), seeking a declaration that a debt is owed to them and that the debt is non-dischargeable.

8.    The Trustee filed a Report of No Asset on March 9, 2009.

9.    The McKnews' 523 Action proceeded to trial which concluded on August 31,

1  2012.

2      10.    On or about September 7, 2012, the Trustee was contacted by Mr. Hinds, counsel

3  for the McKnews, asserting that valuable bankruptcy estate assets existed including but not

4  limited to a 50% shareholder interest in American General Corporation (the "Corporation").

5      11.    The letter from Mr. Hinds alleges that the Corporation presently has a value in

6  excess of $2 million in retained earnings for its owners.  Also enclosed with the letter were

7  documents which had been introduced into evidence in the trail regarding the McKnews' 523

8  Action: (1) American General Corporation - Financial Statement and Supplementary Information

9  - Year ending December 31, 2009, (2) American General Corporation - Contractor's

10  Qualification Statement, (3) Articles of Incorporation for American General Corporation

11  showing American General Corporation formed 1/31/03, and (4) Business Entry Detail from the

12  California Secretary of State for American General Corporation showing American General

13  Corporation formed on 1/31/03.  These documents are attached collectively hereto as **Exhibit**

14  **"2"** and incorporated herein by this reference.

15      12.    On October 25, 2012, the Trustee withdrew her Report of No Asset.

16      13.    Based upon the information provided by Mr. Hinds as well as my own

17  investigation, it appears that the Corporation is an active corporation.

18      14.    In November, 2012, I prepared and filed a motion for turnover of the Debtor's

19  stock certificates in the Corporation, however, verification of the percentage ownership pursuant

20  to the records of American General Corporation is required.

21      15.    Also, in order to determine the value of the Corporation as of the Petition Date as

22  well as to determine whether any distributions from the Corporation may have been made to the

23  Debtor, I will require additional financial information relating to the Corporation.  In addition, I

24  will need to question at a 2004 examination,  Andre Hurst, Chief Financial Officer of the

25  Corporation.

26      16.    Pursuant to FRBP 2004 and Local Rule 2004-1(a), and on January 15, 2013, I

27  prepared and forwarded to Benjamin Meeker, counsel for American General Corporation,

28  correspondence indicating that I was in the process of seeking Court authority to conduct a 2004

1  examination and document production of Andre Hurst, Chief Financial Office of American

2  General Corporation. In my January 15, 2014 correspondence, attached hereto as **Exhibit "3"**, I

3  proposed that Mr. Hurst appear at a 2004 examination on February 19, 2014 and for the

4  production of documents by February 5, 2014.

5       17.    Over the last year, Attorney Meeker and I have spoken on several occasions

6  regarding the Trustee's attempt to ascertain whether the Debtor's shareholder interest in the

7  Corporation had value and whether the Debtor may have received any distributions from the

8  Corporation prior to the Petition Date. Attorney Meeker has previously provided me with several

9  documents with respect to the Corporation's financial position, including but not limited to,

10 Corporate bank account information, the Corporation's financial statements, corporate tax

11 returns and an unsigned copy of a settlement agreement between the Corporation and Pacific

12 Housing Diversified, Inc. wherein the Corporation was to receive well in excess of a $1 million

13 settlement in the year 2008.

14       18.    Attorney Meeker and I have also previously discussed the Trustee's potential 2004

15 examination of Andre Hurst as the person most knowledgeable of the Corporation.   Attorney

16 Meeker is well aware of the Trustee's ongoing investigation into the Corporation's financial

17 position.

18       19.    In January, 2013, I spoke with Attorney Meeker and Andre Hurst informally in an

19 effort to ascertain whether the Corporation had value on the Petition Date.

20       20.    However, the information and documents which have been provided by Mr. Hurst

21 and Attorney Meeker are wholly inconsistent and have raised further questions as to the actual

22 financial position of the Corporation on the Petition Date. As previously indicated, among the

23 documents I received from Attorney Meeker was a copy of the Corporation's 2008 federal tax

24 return which indicated gross proceeds in 2008 in excess of $1 million. Attorney Meeker and Mr.

25 Hurst provided me with the names of several banks with which the Corporation purportedly

26 maintained accounts in 2008, yet when I contacted these banks, not one of these banks had

27 records which even came close to this amount of activity either before or after 2008.

28       21.    In addition, in January, 2013, when I questioned Mr. Hurst regarding

S:\Wordperfect\Wilson, David\Pleadings\2004AppHurst.REVISED.011514.wpd   8

1  inconsistencies I had found between the Corporate tax returns and the Corporate financial

2  statements, I was told by Mr. Hurst that the Corporate financial statements were not an accurate

3  representation of the financial position of the Corporation, rather the financial statements were

4  prepared only for use in bidding on new projects. Interestingly, several months later when I again

5  was unable to obtain documentation which supported the gross proceeds reflected in the

6  Corporate tax returns, I was advised by Attorney Meeker that the Corporation's 2008 tax return

7  were in fact false and were never filed with the taxing authorities.

8      22.    By this Motion, I am seeking to obtain information which will ascertain the actual

9  value of the Corporation on the Petition Date, whether the Debtor may have received any

10  distributions from the Corporation as result of the settlement with Pacific Housing Diversified,

11  Inc., and to ultimately ascertain whether the Debtor's shareholder interest in the Corporation had

12  value for the estate on the Petition Date.

13      23.    In order to conduct an effective examination of Andre Hurst, I am requesting that

14  Andre Hurst produce the following "Documents" as the term is defined in **Exhibit "1"** attached

15  hereto:

16                          **Documents To Be Produced.**

17      a.    Any and all Documents of American General Corporation commencing

18  from two years prior to the Petition Date to the Petition Date, including but not limited to, bank

19  statements, cancelled checks, financial statements, balance sheets, and profit and loss statements;

20      b.    Any and all Documents of American General Corporation regarding the

21  current financial status of American General Corporation, including but not limited to, financial

22  statements, balance sheets, and profit and loss statements;

23      c.    Any and all state and federal tax returns of American General Corporation

24  for the years 2006, 2007, 2008, 2009, 2010, and 2011 filed with the Internal Revenue Service

25  and/or the Franchise Tax Board;

26      d.    Any and all Contractor's Qualification Statements for American General

27  Corporation;

28      e.    Any and all Articles of Incorporation for American General Corporation;

Case 2:12-ap-01317-RK    Doc 654-1    Filed 02/07/22    Entered 02/07/22 18:01:47    Desc
Exhibit Exhibit    Page 12 of 64
Case 2:12-bk-16195-RK    Doc 156    Filed 02/03/14    Entered 02/03/14 15:29:44    Desc
Main Document    Page 14 of 66
Case 2:12-bk-16195-RK    Doc 153    Filed 01/15/14    Entered 01/15/14 16:08:10    Desc
Main Document    Page 11 of 55

f.    Any and all Stock Registers for American General Corporation;

g.    Any and all corporate books and records for American General Corporation including the Corporate Bylaws, Minutes, and Resolutions; and

h.    Any and all documents evidencing any and all distributions to shareholders.

24.    I believe I have complied with the meet and confer requirements of Local Bankruptcy Rule 2004-1(a).

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on January __15__, 2014, at Rancho Santa Margarita, California.

Thomas H. Casey, Declarant

Case 2:12-ap-01317-RK    Doc 654-1    Filed 02/07/22    Entered 02/07/22 18:01:47    Desc
Exhibit Exhibit    Page 13 of 64
Case 2:12-bk-16195-RK    Doc 156    Filed 02/03/14    Entered 02/03/14 15:29:44    Desc
Case 2:12-bk-16195-RK    Doc 153    Filed 01/15/14    Entered 01/15/14 16:08:10    Desc
Main Document    Page 15 of 55
Main Document    Page 12 of 55

**Exhibit 1**

## EXHIBIT "1"

**Definitions and Instructions**

**Definitions:**

1.      The term "document" or "documents" means any and all writings, typewritings, sound recordings, photographs, photostats, photocopies, or other pictures, sounds or symbols, or combinations thereof, in any form, including, without limitations, the following:

a.      Letters, e-mails, telegraphs, cables, and all other forms of correspondence and written or electronic communication (exchanged or prepared for exchange);

b.      Agreements, contracts, options, bids, estimates, books, records, reports, memoranda, notes, transcripts and work papers;

c.      Corporate instruments, articles of incorporation, bylaws, resolutions, and stock certificates (or copies thereof);

d.      Statements, lists, summaries, analyses, studies, notebooks, desk calendars, appointment books, diaries, time sheets, logs, files, binders, schedules, and manuals;

e.      Financial statements, checks, deposit receipts, statements, or other documents evidencing certificates of deposit or treasury bills or other similar forms of bank or savings arrangements, invoices, books of account, leases, options to purchase, riders, escrow instructions, listing agreements, title reports, check stubs, ledgers, journals, accounts, W-2 forms, permits and licenses;

f.      Computerized information, statements or printouts;

g.      Any papers and/or writings filed in the course of any litigation, including, without limitation, pleadings, declarations, affidavits, exhibits, memoranda, memoranda of law, memoranda of points and authorities, motions, complaints or other pleadings, as well as papers not filed, included opinion letters and legal research memoranda.

**Instructions:**

2.      This document request covers all documents in the possession, custody, or control of Robert N. Ruth and/or his attorneys, accountants, agents or representatives, wherever located.

3.      Each document is to be produced in the file in which such document has been maintained and in the order within each file in which such document has been maintained.

1

2    If any document covered by this document request is withheld by reason of any objection, a list is

3    to be furnished at the time the documents are to be produced identifying each such document for

4    which the objection is made, including without limitation the following information with respect

5    to each document withheld:  (1) the name, business affiliation, business address, telephone

6    number, and business capacity or title of the person who prepared it and the person or persons

7    who signed it;  (2) the name, business affiliation, business address, telephone number, and

8    business capacity or title of each person to whom it was addressed;  (3) the date the document

9    was prepared;  (4) the date the document was received;  (5) the nature and substance of the

10    document with sufficient particularity to enable the same to be identified, including without

11    limitation its title, subject matter, and number of pages; and (6) the name, business affiliation,

12    business address, and telephone number of each person who presently has possession, control, or

13    custody of the original or a copy of the document.

14        4.    The conjunctions "and" and "or" shall not be interpreted to exclude any

15    information otherwise within the scope of the document request.

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit 2**

Case 2:12-ap-01317-RK    Doc 654-1    Filed 02/07/22    Entered 02/07/22 18:01:47    Desc
Exhibit Exhibit    Page 17 of 64
Case 2:12-bk-16195-RK    Doc 156    Filed 02/03/14    Entered 02/03/14 15:29:44    Desc
Main Document    Page 18 of 66
Case 2:12-bk-16195-RK    Doc 150    Filed 01/15/14    Entered 01/15/14 16:08:10    Desc
Main Document    Page 16 of 55

AMERICAN GENERAL CORPORATION

FINANCIAL STATEMENTS AND
SUPPLEMENARY INFORMATION

Year Ended December 31, 2009



5×56

AMERICAN GENERAL CORPORATION
TABLE OF CONTENTS

| | Page |
|---|---|
| Accountants' Review Report | 1 |
| Reviewed Financial Statements: | |
| Balance Sheet - Assets | 2 |
| Balance Sheet - Liabilities and Stockholders' Equity | 3 |
| Statement of Income and Retained Earnings | 4 |
| Statement of Cash Flows | 5 |
| Notes to Financial Statements | 6 |
| Reviewed Supplementary Financial Information: | 12 |
| Schedule I - Schedule of Trade Accounts Receivable Aging and Retentions | 13 |
| Schedule II - Schedule of Accounts Payable Aging and Retentions | 14 |
| Schedule III- Schedule of Earned Contract Revenue | 15 |
| Schedule IV - Schedule of Cost of Earned Contract Revenue | 16 |
| Schedule V - Schedule of General and Administrative Expenses | 17 |
| Schedule VI – Schedule of Contracts in Progress | 18 |

Case 2:12-ap-01317-RK   Doc 654-1   Filed 02/07/22   Entered 02/07/22 18:01:47   Desc
Exhibit Exhibit   Page 19 of 64
Case 2:12-bk-16195-RK   Doc 156   Filed 02/03/14   Entered 02/03/14 15:29:44   Desc
Main Document   Page 21 of 66
Case 2:12-bk-16195-RK   Doc 153   Filed 01/15/14   Entered 01/15/14 16:08:10   Desc
Main Document   Page 18 of 55



Members of
The California Society of Certified Public Accountants
And
The American Institute of Certified Public Accountants
Licensed by
The California Board of Accountancy

Michael G. Murphy    C.P.A    Ann M. Murphy-Lein    C.P.A
Patrick G. Murphy    C.P.A    Jamil (Jim) Salfity    C.P.A

To the Board of Directors
American General Corporation
San Clemente, California

We have compiled the accompanying balance sheet of American General Corporation (an
S corporation) as of December 31, 2009, and the related statements of income and
retained earnings and cash flows for the year then ended, in accordance with Statements
on Standards for Accounting and Review Services issued by the American Institute of
Certified Public Accounts. All information included in these financial statements is the
representation of the management of American General Corporation.

A review consists principally of inquires of Company personnel and analytical
procedures applied to financial data. It is substantially less in scope than an audit in
accordance with generally accepted auditing standards, the objective of which is the
expression of an opinion regarding the financial statements taken as a whole.
Accordingly, we do not express such an opinion.

Based on our review, we are not aware of any material modifications that should be made
to the accompanying financial statements in order for them to be in conformity with
generally accepted accounting principles.

Our review was made for the purpose of expressing limited assurance that there are no
material modifications that should be made to the financial statements in order for them
to be in conformity with generally accepted accounting principles. The information in the
accompanying Schedules, I, II, III, IV, V and VI is presented only for supplementary
analysis purposes. Such information has been subjected to inquiry and analytical
procedures applied the review of the basic financial statements, and we are not aware of
any material modifications that should be made thereto.

*Murphy Murphy & Murphy, Inc.*

May 23, 2010

1
10801 Walker Street  Suite 200      Cypress, CA 90630
Specializing In Individual Tax Preparation    Financial & Tax Planning    Corporate Tax Preparation

AMERICAN GENERAL CORPORATION
BALANCE SHEET
December 31, 2009

ASSETS

CURRENT ASSETS

| | |
|---|---:|
| Cash | 1,120,536 |
| Trade accounts receivable (Notes 1 &3) | 2,273,405 |
| Unbilled work in progress (Notes 1 & 4) | 102,054 |
| Security deposit | 26,685 |
| Refundable workers comp deposit | 2.016 |
| Deposits | 1,783 |
| TOTAL CURRENT ASSETS | 3,526,479 |

PROPERTY AND EQUIPMENT

| | |
|---|---:|
| Furniture & fixtures | 88,526 |
| Machinery & equipment | 230,042 |
| Automobiles & trucks | 178,442 |
| Computer software | 76,270 |
| Office equipment | 52,325 |
| Subtotal | 625,605 |
| Less: Accumulated depreciation and amortization | (328,219) |
| NET PROPERTY AND EQUIPMENT | 297,386 |

OTHER ASSETS

| | |
|---|---:|
| Incorporation costs | 735 |
| Goodwill | 26.889 |
| TOTAL OTHER ASSETS | 27,624 |

| | |
|---|---:|
| TOTAL ASSETS | $ 3,851,489 |

See accompanying notes and accountants' review report.

2

AMERICAN GENERAL CORPORATION
BALANCE SHEET
December 31, 2009

LIABILITIES AND STOCKHOLDERS' EQUITY

| | | |
|---|---|---|
| CURRENT LIABILITIES | | |
| Accounts payable (Note 6) | $ | 379,227 |
| Project receivables billed in advance (Notes 1 & 4) | | 396,410 |
| State tax payable | | 31,562 |
| Insurance contract payable | | 9,357 |
| TOTAL CURRENT LIABILITIES | | 816,556 |
| LONG-TERM DEBT (Note 5) | | |
| Due to shareholder | | 1,376,032 |
| TOTAL LONG-TERM LIABILITIES | | 1,376,032 |
| TOTAL LIABILITIES | | 2,192,588 |
| STOCKHOLDERS' EQUITY | | |
| Common stock, $1 par value, 15,000 shares issued and outstanding | | 15,000 |
| Retained earnings | | 1,643,901 |
| TOTAL STOCKHOLDERS' EQUITY | $ | 1,658,901 |
| TOTAL LIABILITIES & STOCKHOLDERS' EQUITY | $ | 3,851,489 |

See accompanying notes and accountants' review report.

3

## AMERICAN GENERAL CORPORATION
### STATEMENT OF INCOME AND RETAINED EARNINGS
Year ended December 31, 2009

|  |  | Percent of Revenue |
|---|---:|---:|
| CONTRACT REVENUES (NOTE 1) | $ 13,186,615 | 100% |
| CONTRACT COST (SCHEDULE I) | 10,549,292 | 80.00% |
| GROSS PROFIT | 2,637,323 | 20.00% |
| General and administrative expenses (Schedule V) | 558,621 | 4.24% |
| INCOME (LOSS) FROM OPERATIONS | 2,078,702 | 15.76% |
| OTHER INCOME (EXPENSES) | | |
| Interest income | 25,455 | 0.19% |
| INCOME BEFORE INCOME TAX EXPENSE | 2,104,157 | 15.96% |
| Income tax expense | (31,562) | -0.24% |
| NET INCOME | 2,072,595 | 15.72% |
| Accumulated deficit at December 31, 2008 | (428,694) | |
| Retained Earnings at December 31, 2009 | $ 1,643,901 | |

See accompanying notes and accountants' review report.

4

AMERICAN GENERAL CORPORAION
STATEMENT OF CASH FLOWS
Year ended December 31, 2009

**CASH FLOWS FROM OPERATING ACTIVITIES**
Net income                                                                              $    2,072,595
Adjustments to reconcile act income to
net cash provided by (used in) operating activities
  Depreciation and amortization                                                              12,217
  (Increase) decrease in:
    Trade accounts receivable                                                       (1,404,030)
    Unbilled work in progress                                                          (16,387)
    Security deposits                                                                   (4,720)
    Deposits                                                                               174
  Increase (Decrease) in:
    Accounts payable                                                                   205,006
    Project receivables billed in advance                                              396,410
    State tax payable                                                                   31,562
    Insurance contract payable                                                          9,357

Net cash provided (used) by operating activities                                     1,302,184

**CASH FLOWS FROM FINANCING ACTIVITIES**
Purchase of depreciable assets                                                          (431)
Net cash provided (used) by investing activities                                        (431)

**CASH FLOWS FROM FINANCING ACTIVITIES**
Loan repayments to shareholder                                                      (1,506,294)
Net cash provided (used) by financing activities                                   (1,506,294)
NET INCREASE (DECREASE) IN CASH                                                       (204,541)

CASH, December 31, 2008                                                             1,325,077

CASH, December 31, 2009                                                          $  1,120,536

Supplemental disclosures of cash flow information:
Cash paid during the year for:
  Interest expense                                                                    $        -

  Income taxes                                                                        $      800

See accompanying notes and accountants' review report.
5

EXHIBIT 2, PAGE 19

AMERICAN GENERAL CORPORATION
NOTES TO FINANCIAL STATEMENTS
December 31, 2009

## NOTE 1 – SUMMARY OF SIGNIFICAN ACCOUNTING POLICIES

This summary of significant accouting policies of American General Corp. (the Company is presented to assist in understanding the Company's financial statements. The financial statements and notes are representations of the Company's management who is responsible for the integrity and objectivity of the financial statements. These accounting policies conform to the generally accepted accounting principles and have been consistently applied in the preparation of the financial statements.

Organization

The Company was incorporated under the laws of the State of California on January 31, 2003 and is principally engaged in construction and project management of multifamily, mixed use, and hospitality buildings in California.

Method of Accounting and Contracts

The accompanying financial statements have been prepared using the percentage-of-completion method of accounting and, therefore, take into account the costs, estimated earnings and revenue to date on contracts not yet completed. The amount of revenue recognized is not related to the progress billings to customers.

The Company performs its work under fixed-price and modified fixed-price contracts, which may be modified by incentive and penalty provisions. The lengths of the Company's contracts vary but are typically less than one year. In accordance with normal practice in the construction industry, the Company includes asset and liability accounts relating to construction contracts, including related deferred income taxes, in current assets and liabilities even when such amounts are realizable or payable over a period in excess of one year.

General and administrative costs are charged to expense as incurred and are not allocated to contract costs.

Provisions for estimated losses on uncompleted contracts are made in the period in which such losses are determined. Changes in job performance, job conditions and estimated profitability, including those arising from contract penalty provisions and final contract settlements may result in revisions to costs and income and are recognized in the period in which the revisions are determined.

See accompanying notes and accountants' review report.
6

NOTE 1 – SUMMARY OF SIGNIFICAN ACCOUNTING POLICIES (continued)

Accounts Receivable – Trade

Trade accounts receivable are stated at the amount the Company expects to collect from balances outstanding at year-end including amounts due from customers under retainage provisions in contracts. Receivables are typically collected within 90 days, and based on its assessment of current conditions; management believes realization losses on amounts outstanding at year-end will be immaterial

Allowance for Doubtful Accounts

Accounts are written off when deemed uncollectible. As of December 31, 2009 no allowance for doubtful accounts was determined necessary by management based upon aging and prior experience.

Property and Equipment

For both financial and income tax reporting purposes, depreciation on assets is provided using the accelerated methods over estimated useful lives of assets (principally 5 to 7 years). Depreciation expenses for the year ended December 31. 2009 totaled $12,217.

When assets are retired or otherwise disposed of, the cost of property and the related accumulated depreciation are removed from the accounts; gains and losses from such disposals are included in income.

Repairs and maintenance costs are expensed as period costs.

Advertising

The Company expenses all advertising costs when incurred. For the year ended December 31, 2009 advertising costs were $7,384.

Income Taxes

The Company has elected and received approval for the tax authorities to be treated as an S Corporation for Federal and State tax purposes effective January 31, 2003. No provision for Federal income tax is reflected in these financial statements, as the shareholders are responsible for the tax on an individual basis. The tax provision represents the California franchise tax on S Corporations earnings, which is 1.5%.

The Company reports it income under the accrual basis percentage-of-completion method for financial and income tax reporting purposes.

See accompanying notes and accountants' review report.

7

Case 2:12-ap-01317-RK    Doc 654-1    Filed 02/07/22    Entered 02/07/22 18:01:47    Desc
Exhibit Exhibit    Page 26 of 64

Case 2:12-bk-16195-RK    Doc 156    Filed 02/03/14    Entered 02/03/14 15:29:44    Desc
Case 2:12-bk-16195-RK    Main Document 01/15age 26 of 66ered 01/15/14 16:08:10    Desc
Main Document    Page 25 of 55

AMERICAN GENERAL CORPORATION
NOTES TO FINANCIAL STATEMENTS
December 31, 2009

NOTE 1 – SUMMARY OF SIGNIFICAN ACCOUNTING POLICIES (continued)

Statement of Cash Flows

The Company has adopted Financial Accounting Standard No. 95, entitled Statement of Cash Flows. For purposes of reporting the statement of cash flows, the Company includes on the accompanying balance sheet all cash accounts not subject to withdrawal restrictions or penalties, and all liquid debt instruments purchased with a maturity of three months or less, as cash and cash equivalents.

NOTE 2 – CASH

Cash is as follows:

Capital Bank
31351 Rancho Viejo Rd., Suite 101
San Juan Capistrano, California 92075

| | |
|---|---:|
| Account # 1300508 – General Account | $ 1,090,201 |
| Account # 1300510 – Payroll Account | 27,120 |
| Account # 1300511 – Savings | 2,591 |
| | 1,119,912 |
| Petty cash accounts | 624 |
| | $ 1,120,536 |

The Company places its temporary cash investments with high credit, quality financial institutions. At times, such investments may be in excess of the Federal Deposit Insurance Corporation (FDIC) insurance limit.

See accompanying notes and accountants' review report.

8

AMERICAN GENERAL CORPORATION
NOTES TO FINANCIAL STATEMENTS
December 31, 2009

NOTE 3 – ACCOUNTS RECEIVABLE – TRADE (see Supplementary Schedule I)

Accounts receivable – trade are as follows:

| Regular: | | Amount | Percentage |
|---|---|---|---|
| | Current | $  1,541,062 | 67.8% |
| | 31-60 days | 732,343 | 32.2% |
| | 61-90 days | -- | 0.0% |
| | 90 days and over | -- | 0.0% |
| | | 2,273,405 | 100.0% |
| Add: Retentions | | -- | 0.0% |
| | | $  2,273,405 | 100.0% |

NOTE 4 – CONTRACT COSTS (see Supplementary Schedules III & VI)

Contract costs are summarized as follows:

| | |
|---|---|
| Expenditures on uncompleted contracts | $10,891,962 |
| Estimated earnings thereon | 2,722,990 |
| Estimated billings per completed contract analysis | 13,614,952 |
| Less: Billings to date | 13,909,308 |
| Project receivables billed in advance | $   (294,356) |

The above are reflected in the accompanying balance sheet as follows:

| | |
|---|---|
| Costs and estimated earnings in excess of billings on Uncompleted contracts (unbilled work in progress) | $    102,054 |
| Billings on uncompleted contracts in excess of cost and Estimated earnings (project receivables billed in advance) | 396,410 |
| | $   (294,356) |

See accompanying notes and accountants' review report.

9

AMERICAN GENERAL CORPORATION
NOTES TO FINANCIAL STATEMENTS
December 31, 2009

### NOTE 5 – RELATED PARTY TRANSACTIONS

1. The shareholder from time to time loans the Company funds as needed for use in operations. The Company repays these advances as funds become available. As of December 31, 2009, the Company owes the shareholder $1,376,032. This loan is unsecured and is payable on demand including interest at 6.00% annually. As of December 31, 2009, the shareholder has waived all accrued interest.

### NOTE 6 – ACCOUNTS PAYABLE – TRADE (see Supplementary Schedule II)

Accounts payable – Trade are as follows:

| Regular: | | Amount | Percentage |
|---|---|---|---|
| | Current | $ 379,227 | 100.0% |
| | 31-60 days | - | 0.0% |
| | 61-90 days | - | 0.0% |
| | 90 days and over | - | 0.0% |
| | | 379,227 | 100.0% |
| Add: Retentions | | - | 0.0% |
| | | $ 379,227 | 100.0% |

### NOTE 7 – SIGNIFICANT CUSTOMERS

Substantially all of the Company's business is with customers and contractors located within California and therefore as of December 31, 2009, the majority of the Company's receivables are from contractors and customers located within California. During the year ended December 31, 2009 revenues from the company's three customers totaled $6,734,816 (49.25%), $6,279,662 (45.92%), and $660,683 (4.83%).

### NOTE 8 – CONCENTRATIONS OF CREDIT RISK

The Company maintains cash balances in several accounts at one financial institution located in Orange County California. Accounts at each institution are insured by the Federal Deposit Insurance Corporation up to $250,000. At December 31, 2009, the Company's uninsured cash balances total $840,201

See accompanying notes and accountants' review report.

10

Case 2:12-ap-01317-RK    Doc 654-1    Filed 02/07/22    Entered 02/07/22 18:01:47    Desc
Case 2:12-bk-16195-RK    Exhibit Exhibit 02/Page 29 of 64 02/03/14 15:29:44    Desc
Case 2:12-bk-16195-RK    Main Document 01/15/Page 31 of 66 01/15/14 16:08:10    Desc
Main Document      Page 28 of 55

AMERICAN GENERAL CORPORATION
NOTES TO FINANCIAL STATEMENTS
December 31, 2009

NOTE 9 – OFF-BALANCE SHEET RISK

The Company operates mostly within one geographical area. Accordingly, the risk exists that the ability to collect amounts due from customers could be affected by economic fluctuations of the region and or the economic conditions of the municipalities.

See accompanying notes and accountants' review report.

11

SUPPLEMENTARAY INFORMATION



12

Case 2:12-ap-01317-RK    Doc 654-1    Filed 02/07/22    Entered 02/07/22 18:01:47    Desc
Case 2:12-bk-16195-RK    Doc 159  Exhibit Exhibit  Filed 02/03/14  Page 31 of 64  Entered 02/03/14 15:29:44    Desc
Case 2:12-bk-16195-RK    Main Document  Doc 150  Filed 01/15/14  Page 32 of 66  Entered 01/15/14 16:08:10    Desc
Main Document      Page 30 of 55

AMERICAN GENERAL CORPORATION
SCHEDULE I – SCHEDULE OF TRADE ACCOUNTS RECEIVABLE AGING AND
RETENTIONS
December 31, 2009

|  | Current | 31-60 | 61-91 | >90 | TOTAL |
|---|---|---|---|---|---|
| Town Center | $ 424,511 | $ 115,658 | . |  | $ 540,169 |
| Springbrook Grove | $ 956,568 | $ 616,685 |  |  | $ 1,573,253 |
| The Piazza Phase 1 | $ 159,983 | - |  |  | $ 159,983 |
| TOTAL | $ 1,541,062 | $ 732,343 |  |  | $ 2,273,405 |

See accompanying notes and accountants' review report.

13

AMERICAN GENERAL CORPORATION
SCHEDULE II – SCHEDULE OF ACCOUNTS PAYABLE AGING AND
RETENTIONS
December 31, 2009

| | Current | 31-60 | 61-91 | >90 | TOTAL |
|---|---|---|---|---|---|
| Town Center | $ 46,986 | | | | $ 46,986 |
| Springbrook Grove | $ 332,241 | | | | $ 332,241 |
| TOTAL | $ 379,227 | $ - | $ - | $ - | $ 379,227 |

See accompanying notes and accountants' review report.

14

# AMERICAN GENERAL CORPORATION
## SCHEDULE III – SCHEDULE OF EARNED CONTRACT REVENUE
### December 31, 2009

| Contract Number | Description | Amount Earned to Date | Costs Incurred to Date | Gross Profit (Loss) to Date |
|---|---|---|---|---|
| | Completed Contracts: | | | |

No contracts were completed for the year ended December 31, 2009

| Contract Number | Description | Amount Earned to Date | Costs Incurred to Date | Gross Profit (Loss) to Date |
|---|---|---|---|---|
| | Contracts in Progress: | | | |
| | January 1, 2009 | $ (428,337) | $ (342,670) | $ (85,667) |
| | December 31, 2009 | $ 13,614,952 | $ 10,891,962 | $ 2,722,990 |
| | Increase (decrease) | $ 3,186,615 | $ 10,549,292 | $ 2,637,323 |
| | Total | $ 13,186,615 | $ 10,549,292 | $ 2,637,323 |

See accompanying notes and accountants' review report.

15

AMERICAN GENERAL CORPORATION
SCHEDULE IV – SCHEDULE OF COST OF EARNED CONTRACT REVENUE
Year Ended December 31, 2009

| | | | Percent of Revenue |
|---|---|---|---|
| Equipment rental | $ | 89,255 | 0.68% |
| Labor | | 547,247 | 4.15% |
| Materials | | 520,344 | 3.95% |
| Other | | 1,628,006 | 12.35% |
| Professional services | | 979,694 | 7.43% |
| Subcontract | | 6,784,746 | 51.45% |
| Total Contract Costs | $ | 10,549,292 | 80.00% |

See accompanying notes and accountants' review report.

16

Case 2:12-ap-01317-RK    Doc 654-1    Filed 02/07/22    Entered 02/07/22 18:01:47    Desc
Exhibit Exhibit    Page 35 of 64

Case 2:12-bk-16195-RK    Doc 156    Filed 02/03/14    Entered 02/03/14 15:29:44    Desc
Case 2:12-bk-16195-RK    Doc 153  Filed 01/15/14  Page 37  Entered 01/15/14 16:08:10    Desc
Main Document    Page 34 of 55

## AMERICAN GENERAL CORPORATION
### SCHEDULE V – SCHEDULE OF GENERAL AND ADMINISTRATIVE EXPENSES
Year Ended December 31, 2009

|  |  | Percent of Revenue |
|---|---:|---:|
| Advertising | $    7,384 | 0.06% |
| Bank charges | 4,228 | 0.03% |
| Cleaning and janitorial | 6,135 | 0.05% |
| Contributions | 1684 | 0.01% |
| Depreciation | 12,217 | 0.09% |
| Dues and subscriptions | 2,746 | 0.02% |
| Employee benefits | 2,045 | 0.02% |
| Insurance-Other | 2,800 | 0.02% |
| Legal & Professional | 117,056 | 0.89% |
| Liability Insurance | 18,475 | 0.14% |
| Maintenance & repairs | 22,557 | 0.17% |
| Medical insurance | 41,939 | 0.32% |
| Miscellaneous | 10,650 | 0.08% |
| Office equipment & computers | 24,496 | 0.19% |
| Office salary | 165,862 | 1.26% |
| Officer's salary | 1,600 | 0.01% |
| Office security system | 3,444 | 0.03% |
| Payroll service | 2,276 | 0.02% |
| Payroll tax expense | 16,244 | 0.12% |
| Postage and delivery | 6,510 | 0.05% |
| Rent | 66,000 | 0.50% |
| Tax and license | 4,338 | 0.03% |
| Telephone | 5,359 | 0.04% |
| Travel & entertainment | 2,650 | 0.02% |
| Utilities | 9,926 | 0.08% |
|  | $   558,621 | 4.24% |

See accompanying notes and accountants' review report.

17

AMERICAN GENERAL CORPORATION
SCHEDULE VI – SCHEDULE OF CONTRACTS IN PROGRESS
Year ending December 31, 2009

| Contract # | Contract Description | Total Revised Contract Price (Including Change Orders) | Latest Estimated of Total Cost to Completion | Estimated Profit (loss) at Completion | Costs Incurred to Date | Gross Profit % | % Completion (Cost to Cost Ratio) | Profit to Date, If (Loss) Enter Same Amount as Column 3 | Amount Earned to Date | Amount Billed to Date Including Retainings | Billings in Excess of Costs and Profit to Date (Billed in Advance) | Costs & Profit to Date in Excess of Billings (Unbilled Work in Progress) $102,054 | Estimated Cost to Completion |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-012 | Town Center | $9,750,0000 | $7,820,000 | $1,950,000 | $6,070,296 | 20 | 77.62% | $1,517,574 | $7,587,870 | $7,465,815 | | | $4,084,683 |
| 08-012 | Springbrook | $10,472,070 | $8,377,600 | $2,094,400 | $4,293,720 | 20 | 51.25% | $1,072,279 | 3,366,399 | $3,366,403 | 0 | | |
| 07-014 | The Plaza | $1,650,000 | 1,320,000 | 330,000 | $28,546 | 20 | 60.04% | 132,137 | 660,683 | 1,057,092 | 396,409 | | $791,454 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | Totals | $21,872,070 | $17,497,600 | $4,374,400 | $10,691,962 | | | $2,722,990 | $13,614,952 | $13,589,328 | $396,410 | $102,054 | $5,605,638 |

See accompanying notes and accountants' review report.
18



# American General Corporation

## Contractor's Qualification Statement



Main Office
91 Avenida Del Mar, 3rd Floor
San Clemente, CA 92672
T.949.542.8777
F.949.542.8781

Branch Office
Honolulu, HI
San Diego, CA
Pleasanton, CA

Email: dwilson@amgencorp.com
URL: www.amgencorp.com

Case 2:12-ap-01317-RK    Doc 654-1    Filed 02/07/22    Entered 02/07/22 18:01:47    Desc
Exhibit Exhibit    Page 38 of 64

Case 2:12-bk-16195-RK    Doc 156    Filed 02/03/14    Entered 02/03/14 15:29:44    Desc
Case 2:12-bk-16195-RK    Main Document 01/15/14    Page 40 of 66 01/15/14 16:08:10    Desc
Main Document    Page 37 of 55

 

## GENERAL INFORMATION:

*Date Established:*     1990 (20 years in business)
*Licenses:*     California - #920827
    Hawaii - #25025

*Average Annual Amount of Work:*     $12 Million
*Total Worth of Work in Progress:*     $18 Million

## MANAGMENT:

| | |
|---|---|
| President, CEO | Mr. David Wilson |
| Vice President, CFO | Mr. Andre Hurst |
| Vice President of Construction | Mr. Eric Wilson |
| Senior Project Manager | Mr. Louie Aurelio |
| Senior Project Manager | Mr. Larry Trujillo |
| Office Manager | Mrs. Carla Aurelio |
| Legal Counsel | Mr. Ben Meeker |

## SERVICES:

*Preconstruction*
◊ Design Review
◊ Budgeting/ Estimating
◊ Value Engineering
◊ Financial Performa
◊ Site Feasibility

*General Construction*
◊ Scheduling
◊ Quality Control
◊ Safety Management
◊ Contract Administration
◊ Competitive Biding

*Post-Construction*
◊ As-Built Document
◊ Warranty Programs

## AREAS OF SPECIALTIES:

◊ *Multifamily Housing*
    ○ Market Rate Apartments
    ○ Market Rate Senior Apartments
    ○ Low income Affordable Apartments
    ○ Senior Apartments

◊ *Hospitality*
    ○ Full Service
    ○ Limited Service

◊ *Commercial*
    ○ Office Tenant Improvements
    ○ Retail Tenant
    ○ Shopping Center Remodels

◊ *Restaurant/ Food Service*
    ○ Full Service dining
    ○ Limited Service

91 Avenida Del Mar, 3rd Floor
San Clemente, CA 92703

PH: 949-542-0777
FX: 949-542-0781

**BUSINESS INFORMATION** 

## BANK REFERENCE:

Capital Bank
Frank J. Ford Jr. – Executive Vice President, Chief Credit Officer
31351 Rancho Viejo Road, Suite 101
San Juan Capistrano, CA 92675

## INSURANCE / BONDING COMPANY:

Surety Broker
Willis Insurance of America
4250 South Executive Square
La Jolla, CA 92037

Insurance Broker
Elmco Insurance
1905 N. Main Street
Santa Ana, CA 92706

## ACCOUNTING:

Murphy, Murphy and Murphy, Inc.
Jim Salfity CPA
10801 Walker Street, Suite 20
Cypress, CA 90630

American General Corporation
Andre Hurst, CFO
91 Avenida Del Mar, 3rd Floor
San Clemente, CA 92672

## LEGAL:

♦ *General Council*
Law Office of Benjamin Meeker
Ben Meeker Esq.
91 Avenida Del Mar, 3rd Floor
San Clemente, CA 92672

## PROFESSIONAL AFFILIATIONS:

BIA- Building Industry Association
AIA- American Institute of Architects
AGC- American General Contracting Association
CSI- Construction Speciation Institute

91 Avenida Del Mar, 3rd Floor
San Clemente, CA 92703

PH: 949-542-8777
FX: 949-542-8781

Case 2:12-ap-01317-RK    Doc 654-1    Filed 02/07/22    Entered 02/07/22 18:01:47    Desc
Exhibit Exhibit    Page 40 of 64
Case 2:12-bk-16195-RK    Doc 156    Filed 02/03/14    Entered 02/03/14 15:29:44    Desc
Main Document    Page 42 of 66
Case 2:12-bk-16195-RK    Doc 109    Filed 01/15/14    Entered 01/15/14 16:08:10    Desc
Main Document    Page 39 of 55

 

# KEY INDIVIDUAL EXPERIENCE

Below is a partial list of key individuals at American General Corporation along with the number of years of related experience that each has:

| David Wilson | President | 26 years experience | 20 years with firm |
|---|---|---|---|
| Andre Hurst | Vice President | 15 years experience | 7 years with firm |
| Eric Wilson | Vice President of Construction | 21 years experience | 15 years with firm |
| Louie Aurelio | Senior Project Manager | 15 years experience | 5 years with firm |
| Larry Trujillo | Senior Project Manager | 20 years experience | 2 years with firm |
| Benjamin Meeker | Legal Counsel | 12 years experience | 7 years with firm |
| Carla Aurelio | Office Manager | 13 years experience | 2 years with firm |
| Janice Pellagrino | Contract Administrator | 12 years experience | 2 years with firm |
| Valfre Cortez | Carpenter / Superintendant | 21 years experience | 10 years with firm |
| | **Total:** | **155 years experience** | **70 years with firm** |

91 Avenida Del Mar, 3rd Floor
San Clemente, CA 92703

PH: 949-542-8777
FX: 949-542-8781

## PARTIAL CLIENT LIST



Macfarlane Costa Housing Partnership
330 W. Victoria Street,
Gardena, CA 90248

Tolaou
5400 East Olympic Blvd,
Los Angeles, CA 90022

New Economics for Women
303 South Loma Drive
Los Angeles, CA 90071

Chelsea Investment Corp.
215 South Hwy 101 Suite 200
Solana Beach, CA 92075

Westfield Group
11th floor, 11601 Wilshire Boulevard
Los Angeles, CA 90025

Hyter Development
1001 Dove Street, Suite 290
Newport Beach, Ca 92660

State Farm Fire and Casualty Company
One State Plaza
Bloomington, IL

Pacific Regency LLP
311 Ocean Avenue
Santa Monica, CA

Jones Lang LaSalle
131 South Maple Ave.
San Francisco, CA 94080

Selleck Properties
5655 Lindero Canyon Rd.
Westlake Village, CA

Trammel Crow Center
2001 Ross Avenue Suite 3400
Dallas, TX 75201

Advanced Development & Investment, Inc.
5939 Monterey Road,
Los Angeles, CA 90042-4942

Pacific Development
1120 Manhattan Beach Blvd, Ste 101
Manhattan Beach, CA 90266

Heisman Properties
515 South Flower Street ste. 3550
Los Angeles, CA 90071

Farmers Insurance
4680 Wilshire Blvd,
Los Angeles, CA 90010

Chubb National Insurance
818 West Seventh Street
Los Angeles, CA 90017

Safeco Insurance
Safeco Plaza
Seattle, WA 98185

P.C. Investment Inc.
3340 Ocean Park Blvd, # 1020
Santa Monica, CA 90405

Marriott International Inc.
CFRS&T Project Management
Marriott Drive
Washington DC. 20058

Lennar Affordable Housing
6420 SW Macadam Ave,
Portland, OR 97201

Sonnen Blick- Eichner Co.
1801 Avenue of the Stars
Los Angeles, CA 90067

State of California, Highway Patrol
32951 Camino Capistrano
San Juan Capistrano, CA 92675

91 Avenida Del Mar, 3rd Floor
San Clemente, CA 92703

PH: 949-542-0777
FX: 949-542-0781

## PROFESSIONAL REFERENCES



Gibbs Giden Locker & Turner LLP
One Century Plaza 34th Floor
2029 East Century Park
Los Angeles, CA 90064

Carlsmith Ball
ASB Tower Suite 2200
1001 Bishop Street
Honolulu, HI 96813

Blair Ballard Architects
1509 South Coast Hwy
Laguna Beach, CA 92651

James Hiemer, Architect, Inc.
19510 Ventura Blvd. Suite 210
Tarzana, CA 91356

Psomas
11444 West Olympic Blvd.
West Los Angeles, CA 90064

Patel Burica & Associates, Inc.
832 W. Town & Country Road
Orange, CA 92868

Progressive Consultants
19626 Ventura Blvd., Suite 204
Tarzana, CA 91356

AMPE Inc
600 West Broadway, Suite 250
Glendale, CA 91204

Brent & Miller AIA
13400 Riverside Dr. Suite 211
Sherman Oaks, CA 91423

KTGY Architects
17922 Fitch
Irvine, CA 92614

Rodriguez & Associates
Architects & Planners, Inc.
2445 Fifth Avenue, Suite 220
San Diego, CA 92101

RTU Architects
3767 Overland Avenue. Suite 111
Los Angeles, CA 90034

Richard Hanson, AIA
15 Chelsea Point
Danapoint, CA

Arcon Structural Engineering
22391 Gilberto - Suite E –
Rancho Santa Margarita, CA 92688

National Engineering & Consulting
22362 Gilberto, Suite 200
Rancho Santa Margarita, CA 92688

91 Avenida Del Mar, 3rd Floor
San Clemente, CA 92703

PH. 949-542-0777
FX: 949-542-0781

Case 2:12-ap-01317-RK    Doc 654-1    Filed 02/07/22    Entered 02/07/22 18:01:47    Desc
Case 2:12-bk-16195-RK    Doc 156    Filed 02/03/14    Entered 02/03/14 15:29:44    Desc
Exhibit Exhibit    Page 43 of 64
Case 2:12-bk-16195-RK    Main Document    Page 45 of 55
Entered 01/15/14 16:08:10    Desc
Main Document    Page 42 of 55

 

### TRADE REFERENCES

Rex Moore Electrical
3601 Parkway Place
W. Sacramento, CA

Catalina Pacific Concrete
2025 E. Financial Way
Glendora, CA 91741

Davidson Reinforcing Company
187 W. Orangethrope Ave. Ste. K
Placentia, CA

Laurman Construction Co.
7273 Sebastian Ave.
Riverside, CA 92509

Cabral Roofing
815 West Olympic
Montebello, CA 90640

Multi-Mechanical
1210 N. Barstewn Way
Anaheim, CA 92806

Three Wire Electric
25478 Roofus Road
Sun City, CA 92584

Otis Elevator Company
793 South Hotel Street
Honolulu, HI 96813

Commercial Wood
10019 Yucca Road
Adelanto, CA 92301

Dynamic Plumbing
4131 Buchanan Ave
Riverside, CA 92503

Orange County Lumber
436 W. Rialto Blvd.
Rialto, CA 92376

Cal-State Steel Corp.
1801 West Compton
Compton, CA 90220

Bayside Concrete
20631 Canada Road,
Lake Forest, CA 92630

91 Avenida Del Mar, 3rd Floor
San Clemente, CA 92703

PH: 949-542-8777
FX: 949-542-8781

Case 2:12-bk-16195-RK    Doc 156    Filed 02/03/14    Entered 02/03/14 15:29:44    Desc
Case 2:12-bk-16195-RK    Doc 150    Filed 01/15/14    Entered 01/15/14 16:08:10    Desc
Main Document    Page 43 of 55



## PARTIAL PROJECT LIST
*(Multi Family Housing- New Construction)*\*

| Project Name | # Units | Location | Product Type (1) | Family/ Senior | Financing Type (2) |
|---|---|---|---|---|---|
| Springbrook Grove | 44 | Fallbrook, San Diego County | Podium/Family Units | Affordable Family | LIHTC/JP MORGAN |
| Seasons II | 38 | San Juan Capistrano, Orange County | Slab on Grade/ 2 stories | Affordable Senior | LIHTC/JP MORGAN |
| Downtown Montebello | 75 | Montebello, Los Angeles County | Podium/ 3 stories/ 20k sqft retail | Affordable Senior | CITY/WAMU |
| West Covina Senior Housing | 75 | West Covina, Los Angeles County | Slab on Grade/ 3 stories | Affordable Senior | CITY/WAMU |
| Via Campo Senior Housing | 75 | Montebello, Los Angeles County | Slab on Grade/ 3 stories | Affordable Senior | CITY/WAMU |
| Santa Cruz Terrace | 136 | San Pedro, Los Angeles County | Podium/ 3 stories/ 18k sqft charter school | Affordable Family | LIHTC/B OF A |
| Southgate | 75 | Southgate, Los Angeles County | Podium/ 3 stories/ 30k sqft retail | Affordable Senior | LIHTC/WAMU |
| Creek View | 68 | Orange, Orange County | Slab on Grade/ 3 stories | Market Rate Senior | CONVENTIONAL |
| Serrano Grill | 48 | Santa Monica, Los Angeles County | Podium/ 3-level underground parking/ 4 stories | Market Rate Luxury Condos | CONVENTIONAL |
| Pacific Regency | 54 | Santa Monica, Los Angeles County | Podium/ parking structure/ 4 stories | Market Rate Luxury Condos | CONVENTIONAL |
| North Hollywood Terrace | 236 | North Hollywood, Los Angeles County | Slab on Grade/ 3 and 4 stories | Market Rate condos | CONVENTIONAL |
| Diamond Head | 365 | Valencia, Los Angeles County | Slab on Grade/Carriage | Market Rate Condos | CONVENTIONAL |

91 Avenida Del Mar, 3rd Floor
San Clemente, CA 92103

PH: 949-542-0777
FX: 949-542-0701

**PARTIAL PROJECT LIST**
*(Multi Family Housing: Renovation)*



| Project Name | # Units | Location | Product Type (1) | Family/ Senior | Financing Type (2) | Misc Information (3) |
|---|---|---|---|---|---|---|
| Briarcliffe | 140 | Reseda, Los Angeles County | Town House Slab on grade/ | Affordable Family | LIHTC | Major renovation |
| Olive Tree | 60 | Chatsworth, Los Angeles County | 3 stories Slab on Grade/ | Affordable Senior | LIHTC | Major renovation |
| Confetti | 100 | Canyon Country, Los Angeles County | 2 stories Slab on Grade/ | Affordable Senior | LIHTC | Major renovation |
| Lindley | 60 | Chatsworth, Los Angeles County | 3 stories | Affordable Senior | LIHTC | Major renovation |
| Angelica | 30 | Chatsworth, Los Angeles County | Slab on Grade/ 3 stories | Affordable Senior | LIHTC | Major renovation |
| Glen Oaks | 160 | Sylmar, Los Angeles County | Slab on Grade/ 3 stories | Affordable Family | LIHTC | Major renovation |

* The above list is a sample of the projects we have completed. This is only a partial listing of completed projects

*Note:*
(1) Types of product type include garden style, midrise, high rise, rehab, mixed use, podium
(2) (2) Financing Type include market, affordable, mixed income
(3) (3) Misc. information can include extraordinary circumstances, Phase II of a project, square feet of retail if mixed use, etc.

91 Avenida Del Mar, 3rd Floor
San Clemente, CA 92703

PH: 949-542-0777
FX: 949-542-0781

## PARTIAL PROJECT LIST



### MULTI FAMILY HOUSING / SENIOR - AFFORDABLE HOUSING

*Project:* Cedar Oaks Leisure Living
*Address:* Cedar Oaks, OK
*Type:* Senior Housing
*Units:* 180 units
*Contract Value:* 10 Million

*Project:* Via Compa Apartments
*Address:* Via Compa, Montebello, CA
*Type:* Apartments
*Units:* 75
*Contract Value:* 5.5 Million

*Project:* Creekview Senior Villas
*Address:* 351 Tustin Ave., Tustin, CA
*Type:* Senior Housing
*Units:* 67 units
*Contract Value:* 4.5 Million

*Project:* Springbrook Grove
*Address:* 435 Alturas Road, Fallbrook, CA 92028
*Type:* Affordable Housing
*Units:* 44
*Contract Value:* 9.7 Million

*Project:* Seasons 2
*Address:* 27271 Paseo Espada, San Juan Capistrano, CA
*Type:* Senior Housing/Apartments
*Units:* 38
*Contract Value:* 4.5 Million

*Project:* West Covina Senior Villas
*Address:* Workman Ave., West Covina, CA
*Type:* Senior Housing/Apartments
*Units:* 86
*Contract Value:* 6.5 Million

*Project:* South Gate Senior Villas
*Address:* 3550 Tweedy Ave., Southgate, CA
*Type:* Mix use, Senior / Retail
*Units:* 63 units / 30,000/sf commercial
*Contract Value:* 6 Million

91 Avenida Del Mar, 2nd Floor
San Clemente, CA 92703

PH: 949-542-8777
FX: 949-542-8781

EXHIBIT 1, PAGE 47
EXHIBIT 2, PAGE 42

 

## PARTIAL PROJECT LIST

### MULTI FAMILY HOUSING / MARKET RATE

*Project:* Diamondhead H.O.A.
*Address:* 25110-25258 Steinbeck Ave., Stevenson Ranch, CA
*Type:* Condominium
*Units:* 298 units
*Contract Value:* 25 Million

*Project:* North Hollywood H.O.A.
*Address:* Morse Ave., North Hollywood, CA
*Type:* Condominium
*Units:* 170 Units
*Contract Value:* 6.5 Million

*Project:* Briarcliffe H.O.A.
*Address:* Reseda, CA
*Type:* Condominium
*Units:* 140 units
*Contract Value:* 5.5 Million

*Project:* Pacific Regency
*Address:* 311 Ocean Ave, Santa Monica, CA
*Type:* Townhomes / Condominium
*Units:* 21 units
*Contract Value:* 3.7 Million

*Project:* Serrano Grill H.O.A.
*Address:* Palisades Rd., Santa Monica, CA
*Type:* Condominium
*Units:* 20 units
*Contract Value:* 3 Million

*Project:* Olive Tree H.O.A.
*Address:* Chatsworth, CA
*Type:* Condominium
*Units:* 60 units
*Contract Value:* 4.5 Million

### MULTI FAMILY HOUSING / MIX USE

*Project:* Montebello Downtown Plaza
*Address:* 137 N. Montebello Boulevard, Montebello, CA
*Type:* Senior Housing/ Mix Use
*Units:* 55
*Contract Value:* 9 Million

*Project:* South Gate
*Address:* 3550 Tweedy Ave., Southgate, CA
*Type:* Mix Use, Senior/ Retail
*Units:* 55
*Contract Value:* 6.9 Million

*Project:* Santa Cruz Terrance
*Address:* 201 North Beacon Street, San Pedro, CA
*Type:* Senior Housing/ Mix Use
*Units:* 48 Units Affordable Apt. / Over 65,000 sq/ft of Space
*Contract Value:* 10.1 Million

91 Avenida Del Mar, 3rd Floor
San Clemente, CA 92703

PH: 949-542-0777
FX: 949-542-0781

## PARTIAL PROJECT LIST



### MULTI FAMILY HOUSING / CONDO CONVERSION

**Project:** Confetti H.O.A.
**Address:** 18760 W. Mandan St., Canyon Country, CA
**Type:** Condominium
**Units:** 100 units
**Contract Value:** 1 Million

**Project:** Glenn Oaks H.O.A.
**Address:** Selmar, CA
**Type:** Townhouse / Condominium
**Units:** 160 units
**Contract Value:** 4.5 Million

**Project:** Linley H.O.A.
**Address:** Chatsworth, CA
**Type:** Condominium
**Units:** 60 units
**Contract Value:** 1.5 Million

**Project:** Angeles H.O.A.
**Address:** Chatsworth, CA
**Type:** Condominium
**Units:** 30 units
**Contract Value:** 2.5 Million

**Project:** Canoga Carriage H.O.A.
**Address:** Chatsworth, CA
**Type:** Condominium
**Units:** 40 units
**Contract Value:** 2.5 Million

**Project:** Asante Villas
**Address:** Bay Avenue, Moreno Valley, CA
**Type:** Conversion/ New Construction
**Units:** 147 Units
**Contract Value:** 13 Million

101 Avenida Del Mar, 3rd Floor
San Clemente, CA 92703

PH: 949-542-8777
FX: 949-542-8781

EXHIBIT 1, PAGE 49
EXHIBIT 2, PAGE 44



# PARTIAL PROJECT LIST

## HOSPITALITY

*Project:* Hilton Garden Inn
*Address:* Napa, CA
*Type:* New Construction, Mediterranean Style
*Units:* 80 Guest Rooms
*Contract Value:* 5.5 Million

*Project:* Best Western Hotel
*Address:* 1850 S Pacific Coast Highway, Redondo Beach, CA
*Type:* New Construction
*Units:* 110 Guest Rooms
*Contract Value:* 6.9 Million

*Project:* Crown Plaza Hotel
*Address:* Tulsa, Oklahoma, CA
*Type:* Renovation/Repairs
*Units:* 450 Rooms
*Contract Value:* 1 Million

*Project:* Marriott Courtyard
*Address:* Kauai, CA
*Type:* Renovation/Conversion-Award of the Year
*Units:* 311 Rooms
*Contract Value:* 12.5 Million

*Project:* Best Western Hotel
*Address:* 2642 Newport Blvd, Costa Mesa, CA
*Type:* New Construction
*Units:* 160 Guest Rooms
*Contract Value:* 4.8 Million

91 Avenida Del Mar, 3rd Floor
San Clemente, CA 92703

PH: 949-542-8777
FX: 949-542-8781

Case 2:12-ap-01317-RK    Doc 654-1    Filed 02/07/22    Entered 02/07/22 18:01:47    Desc
Exhibit Exhibit    Page 50 of 64

Case 2:12-bk-16195-RK    Doc 156    Filed 02/03/14    Entered 02/03/14 15:29:44    Desc
Case 2:12-bk-16195-RK    Main Document 01/15age 52 of 55 iled 01/15/14 16:08:10    Desc
Main Document    Page 49 of 55

**2457365**

FILED
In the office of the Secretary of State
of the State of California

ARTICLES OF INCORPORATION

JAN 3 1 2003

OF

*Kevin Shelley*
KEVIN SHELLEY, SECRETARY OF STATE

AMERICAN GENERAL CORPORATION

I

The name of this corporation is American General Corporation.

II

The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name of the corporations's initial agent for service of process is Clayton B. Huntington, who may be served at 33282 Golden Lantern, Ste 115, Dana Point, California, 92629.

IV

The corporation is authorized to issue only one class of shares of stock. The total number of shares that this corporation is authorized to issue is 7,500.

V

The liability of the directors of this corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law.

Dated: January 28, 2003

David A. Wilson

I hereby declare that I am the person who executed the foregoing Articles of Incorporation, which execution is my act and deed.

Dated: January 28, 2003

David A. Wilson

Case 2:12-ap-01317-RK    Doc 654-1    Filed 02/07/22    Entered 02/07/22 18:01:47    Desc
Case 2:12-bk-16195-RK    Desc Exhibit Exhibit 02/Page 51 of 64 ed 02/03/14 15:29:44    Desc
Case 2:12-bk-16195-RK    Main Document 01/18age 5 ntered 01/15/14 16:08:10    Desc
Business Search - Business Entity Main Document Page 50 of 55    Page 1 of 1

# California Secretary of State Debra Bowen

**Business Entities (BE)**

Online Services
- Business Search
- Disclosure Search
- E-File Statements
- Processing Times

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Annual/Biennial Statements

Filing Tips

Information Requests
(certificates, copies &
status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business
- International Business
  Relations Program

Customer Alerts
- Business Identity Theft
- Misleading Business
  Solicitations

## Business Entity Detail

Data is updated weekly and is current as of Friday, August 24, 2012. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | AMERICAN GENERAL CORPORATION |
| Entity Number: | C2457365 |
| Date Filed: | 01/31/2003 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 91 AVENIDA DEL MAR THIRD FL |
| Entity City, State, Zip: | SAN CLEMENTE CA 92672 |
| Agent for Service of Process: | BENJAMIN L MEEKER |
| Agent Address: | 91 AVENIDA DEL MAR THIRD FL |
| Agent City, State, Zip: | SAN CLEMENTE CA 92672 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Modify Search   New Search   Printer Friendly   Back to Search Results

Privacy Statement | Free Document Readers
Copyright © 2012   California Secretary of State

EXHIBIT 2, PAGE 8/27/2012

EXHIBIT 1, PAGE 52

# Exhibit 3

# THE LAW OFFICE OF
# THOMAS H. CASEY, INC.

### A PROFESSIONAL LAW CORPORATION
22342 Avenida Empresa, Suite 200
Rancho Santa Margarita, California  92688

Telephone 949/766-8787
Facsimile 949/766-9896
TomCasey@tomcaseylaw.com

Thomas H. Casey, Esq.
Kathleen M. Goldberg, Of Counsel

January 15, 2014

VIA E-MAIL AND U.S. MAIL
Benjamin L. Meeker, Esq.
Law Offices of Benjamin L. Meeker
91 Avenida Del Mar, 3rd Floor
San Clemente CA 92672

Re:   *In re David Wilson* / Chapter 7 Case No. 8:08-bk-14828-RK

Dear Benjamin:

As you know from our previous discussions, the Trustee has been attempting to determine whether the estate's shareholder interest in American General Corporation ("AGC") has any value for the estate. During our prior discussions, I requested from you, among other things, AGC's financial statements and corporate tax returns for the years 2008, 2009 and 2010; a copy of the settlement agreement entered into between Pacific Housing Diversified Inc. and AGC; and the name(s) of the bank(s) with which AGC maintained accounts in 2008. You have previously complied with my requests for production of these documents.

However, based on the information produced, and as you aware, there are several inaccuracies between AGC's corporate tax returns and its financial statements. When I questioned the inaccuracies between these documents, you advised me that the 2008 corporate tax return was not accurate and that it was not filed with the Internal Revenue Service.

Based on my review of AGC's federal tax returns, it appears that in 2008, AGC had gross receipts of $1,260,191; in 2009, it had gross receipts of $652,000; and in 2010, it had gross receipts of $512,000. Yet you have been unable to produce any bank account information which indicates that anything even close to these gross amounts were deposited.

As I previously advised you, I must obtain a Court order for a 2004 examination of Andre Hurst as the person most knowledgeable of AGC. The 2004 examination will include AGC, the potential assets of the estate and the production of documents required to establish whether the shares of AGC had value at the time of the bankruptcy filing or whether the Debtor received a distribution from AGC as the result of a settlement with Pacific Housing Diversified, Inc.

EXHIBIT 3, PAGE 48

EXHIBIT 1, PAGE 54

In re David A. Wilson
January 15, 2014

_____

     Local Bankruptcy Rule 2004 ("LBR 2004") states "prior to filing a motion for examination or for production of documents under FRBP 2004, the moving party must attempt to confer (in person or telephonically) with the entity to be examined, or its counsel, to arrange for a mutually agreeable date, time, place, and scope of an examination or production." The 2004 examination will be conducted by Attorney Thomas Casey of the Law Office of Thomas H. Casey, Inc., located at 22342 Avenida Empresa, Suite 200, Rancho Santa Margarita, California, 92688.

     I will be requesting that Mr. Hurst's deposition date be set for February 19, 2014 with document production due on February 5, 2014. But of course I will accord you every professional courtesy should these dates be inconvenient. This correspondence will serve to satisfy compliance with the Local Bankruptcy Rules. Thank you.

                      Sincerely,

                      Thomas H. Casey, Esq.

cc:    Weneta M.A. Kosmala, Trustee (via email)
       Michael N. Nicastro, Esq. (via email)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**22342 Avenida Empresa, Suite 200, Rancho Santa Margarita, CA  92688**

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING A BANKRUPTCY RULE 2004 EXAMINATION OF ANDRE HURST OF AMERICAN GENERAL CORPORATION AND FOR PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 9016; DECLARATION THOMAS H. CASEY IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __January 15, 2014,__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Thomas H Casey    lmiller@tomcaseylaw.com, msilva@tomcaseylaw.com
- Christina M Chan    courtfiling@np-attorneys.com
- Allan D Epstein - SUSPENDED BK -  adeesq@pacbell.net
- Beth Gaschen    bgaschen@wgllp.com, msciesinski@wgllp.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On (*date*) __January 15, 2014,__ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 15, 2014 | Kathy Driggers | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**
EXHIBIT 1, PAGE 56

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Dale F. Hardeman    hardeman1@cox.net
- James Andrew Hinds    jhinds@jhindslaw.com, zbilowit@jhindslaw.com
- Hye Jin Jang    hjang@jhindslaw.com
- Hye Jin Jang    hjang@jhindslaw.com
- Weneta M Kosmala (TR)    Weneta.Kosmala@7trustee.net,
  ca15@ecfcbis.com;wkosmala@kosmalalaw.com;dfitzger@kosmalalaw.com;kgeorge@kosmalalaw.com
- Jana Logan    jlogan@kirbymac.com, twright@kirbymac.com
- Robert S Marticello    Rmarticello@wglip.com, msciesinski@wglip.com
- Benjamin Nachimson    bsn@nachimsonlaw.com
- Michael N Nicastro    courtfiling@np-attorneys.com
- John Patton    jpatton@cookseylaw.com
- Paul R Shankman    pshankman@jhindslaw.com
- Ramesh Singh    claims@recoverycorp.com
- Evan D Smiley    esmiley@wglip.com, msciesinski@wglip.com
- Autumn D Spaeth    aspaeth@wglip.com, tjones@wglip.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Jeffrey S Yong    jeffyong@a-ylaw.com

**SERVED BY UNITED STATES MAIL:**

**Interested Party**
Office of the United States Trustee
Attn: Michael J. Hauser
411 West Fourth St., Ste. 9041
Santa Ana, CA 92701

**Debtor**
David A. Wilson
91 Avenida Del Mar, Third Floor
San Clemente, CA 92672

**Debtor's Counsel**
Jon-Michael Marconi, Esq.
668 North Coast Highway, No. 309
Laguna Beach, CA 92651

**Interested Party**
James A. Hinds, Jr.
Hinds & Shankman, LLP
21515 Hawthorne Blvd., Ste. 1150
Torrance, CA 90503

**Interested Party**
American General Corporation
Attn: Andre Hurst, CFO
91 Avenida Del Mar, 3rd Floor
San Clemente, CA 92672

American General Corporation
% Counsel For American General Corporation
Benjamin L. Meeker
91 Avenida Del Mar, 3rd Floor
San Clemente, CA 92672

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**
EXHIBIT 1, PAGE 57

**Exhibit 2**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DAVID A. WILSON,<br><br><br><br>Debtor. | Case No. 2:12-bk-16195-RK<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING A BANKRUPTCY RULE 2004 EXAMINATION OF ANDRE HURST OF AMERICAN GENERAL CORPORATION AND FOR PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 9016**<br><br>[No Hearing Required per Local Bankruptcy Rules 9013-1(o)] |

    **PLEASE TAKE NOTICE** that Weneta M.A. Kosmala, Chapter 7 Trustee (the "Trustee") of the estate of David A. Wilson ("Debtor"), will file a Motion pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 for a Court order authorizing the examination of Andre Hurst of American General Corporation, and the production of documents in order to investigate potential assets of this estate ("Motion"). In support thereof, Trustee respectfully represents:

<u>Summary.</u>

    The Trustee has received information that the estate's shareholder interest in American General Corporation ("Corporation") may have a high value. The Trustee requires additional information regarding the value of the Corporation, and whether the Debtor may have received a distribution from the Corporation as a result of a settlement, to ascertain the value of the Debtor's percentage, shareholder interest in the Corporation.

    The Trustee has complied with the requirements under Local Bankruptcy Rule 2004-1(a) to confer with counsel for the proposed 2004 examinee, which is Andre Hurst ("Mr. Hurst") of American General Corporation. A Declaration certifying the attempted compliance is attached to this Motion. *See,* the Declaration of Thomas H. Casey attached to the Motion.

<u>Bankruptcy Case Background Information.</u>

    On or about August 13, 2008 ("Petition Date"), David A. Wilson filed a voluntary petition under Chapter 7 of the Bankruptcy Code. Weneta M.A. Kosmala was the duly appointed, qualified and acting Chapter 7 Trustee.

    On or about September 25, 3008, the initial 341(a) meeting for this case was conducted and the matter was continued numerous times.

    At the 341(a) meeting on November 7, 2008, the Debtor was questioned regarding his potential assets, including a discussion regarding American General Corporation (the "Corporation"). The Debtor declared under penalty of perjury that he did have a 30% interest in the Corporation but that the interest had no value.

    On or about December 11, 2008, the Trustee filed a notice of asset setting the claims bar date for general creditors as March 16, 2009.

    On or about January 26, 2009, James Andrew Hinds, Jr. ("Mr. Hinds"), counsel for creditors Thomas I. McKnew, Lisa McKnew and their family trust ("McKnews") filed an action against the Debtor under Section 523(a)(2)(4) and (6) ("McKnews' 523 Action"). The McKnews' 523 Action seeks a declaration that a debt is owed to them and that the debt is non-dischargeable.

    In February, 2009, after an extensive investigation into the assets of the Debtor, the Trustee determined that no assets existed which would benefit the estate and, therefore, filed a Report of No Asset on March 9, 2009.

1    The McKnews' 523 Action proceeded to trial which concluded on August 31, 2012.

**Debtor's Interest in American General Corporation.**

2    On or about September 7, 2012, the Trustee was contacted by Mr. Hinds, counsel for the McKnews, asserting that valuable bankruptcy estate assets existed at the time of the bankruptcy

3    filing, including but not limited to, the Debtor's 50% shareholder interest in the Corporation.

The letter from Mr. Hinds alleges that the Corporation presently has a value in excess of $2

4    million in retained earnings for its owners. Also enclosed with the letter were documents which had been introduced into evidence in the trial regarding the McKnews' 523 Action: (1) American

5    General Corporation - Financial Statement and Supplementary Information - Year ending December 31, 2009, (2) American General Corporation - Contractor's Qualification Statement, (3) Articles of

6    Incorporation for American General Corporation showing American General Corporation formed 1/31/03, and (4) Business Entry Detail from the California Secretary of State for American General

7    Corporation showing American General Corporation formed on 1/31/03. These documents are attached collectively to the Motion as **Exhibit "2"** and incorporated herein by this reference.

8    On October 25, 2012, the Trustee withdrew her Report of No Asset.

Based upon the information provided by Mr. Hinds and the investigation conducted by the

9    Trustee's Counsel, the Trustee is informed, believes and therefore alleges that the Corporation is an active corporation.

10    Trustee's Counsel, on behalf of the Trustee, filed a motion for turnover of the Debtor's stock certificates in the Corporation, however, verification of the percentage ownership pursuant to the

11    records of the Corporation is still required.

Also, in order to determine the value of the Corporation as of the Petition Date and currently,

12    the Trustee requires additional financial information relating to the Corporation. In order to obtain such information, the Trustee needs to question at a 2004 examination, Andre Hurst, the Chief

13    Financial Officer of the Corporation.

Trustee's counsel has, on several occasions, attempted to informally obtain the financial

14    information needed from the Corporation in order to ascertain the value of the Corporation on the Petition Date, however, as discussed further in the attached Declaration of Thomas H. Casey, the

15    information provided to date has been inaccurate and therefore the Trustee needs to question Mr. Hurst regarding, among other things, the past and present financial status of the Corporation.

16    **Trustee Must Conduct An Examination And Document Production.**

Pursuant to Federal Rule of Bankruptcy Procedure 2004, the Bankruptcy Court may compel

17    the production of documentary evidence in the manner provided in Federal Rule of Bankruptcy Procedure 9016. Federal Rule of Bankruptcy Procedure 2004 authorizes this Court to compel the

18    production of documents of any person relating "to the acts, conduct, property or the liabilities or financial condition of the debtor, or to any matter which may affect the administration of the debtor's

19    estate . . . the source of any money or property acquired or to be acquired by the debtor . . . and any other matter relevant to the case".

20    The examination and document production requested herein cannot proceed under Federal Rules of Bankruptcy Procedure 7030 or 9014, in that there is not currently an adversary

21    proceeding or contested matter pending involving the issue of the value of the Debtor's interest in the Corporation and to which the scope of the examination and document production is related.

22    In order to conduct an effective examination of Andre Hurst, the Trustee will require that he produce the following "Documents" as the term is defined in **Exhibit "1"** attached to the Motion:

23    **Documents To Be Produced.**

a.    Any and all Documents of American General Corporation commencing from

24    two years prior to the Petition Date to the Petition Date, including but not limited to, bank statements, cancelled checks, financial statements, balance sheets, and profit and loss statements;

25    b.    Any and all Documents of American General Corporation regarding the current financial status of American General Corporation, including but not limited to, financial

26    statements, balance sheets, and profit and loss statements;

c.    Any and all state and federal tax returns of American General Corporation for

27    the years 2006, 2007, 2008, 2009, 2010, and 2011 filed with the Internal Revenue Service and/or the Franchise Tax Board;

28    d.    Any and all Contractor's Qualification Statements for American General

Corporation;

 e. Any and all Articles of Incorporation for American General Corporation;

 f. Any and all Stock Registers for American General Corporation;

 g. Any and all corporate books and records for American General Corporation including the Corporate Bylaws, Minutes, and Resolutions; and

 h. Any and all documents evidencing any and all distributions to shareholders.

**The Meet and Confer Requirements of Local Rule 2004-1(a) Have Been Met.**

The meet and confer requirements of Local Rule 2004-1(a) have been complied with as provided in the Declaration of Thomas H. Casey attached hereto.

**Conclusion.**

**WHEREFORE**, the Trustee requests the Court enter an order directing Andre Hurst of American General Corporation, to produce the documents as set forth above at The Law Office of Thomas H. Casey, 22342 Avenida Empresa, Suite 200, Rancho Santa Margarita, CA 92688 by the close of business on February 5, 2014 or, if rescheduled for a later date, upon five (5) days' written notice;

**WHEREFORE**, the Trustee requests the Court enter an order directing Andre Hurst of American General Corporation, to appear and testify as set forth above at the office of The Law Office of Thomas H. Casey, at 22342 Avenida Empresa, Suite 200 Rancho Santa Margarita, CA 92688, on February 19, 2014 at 10:00 a.m., or, if rescheduled for a later date, upon five (5) days' written notice; and,

**WHEREFORE**, the Trustee requests the Court enter an order for such other and further relief as the Court deems just and proper.

Requests for a copy of the Motion should be in writing and directed to Thomas H. Casey, attorney for the Chapter 7 Trustee at the address indicated below.

**PLEASE TAKE FURTHER NOTICE** that if you wish to contest the Trustee's Motion, Local Bankruptcy Rule 9013-1(o) requires that any response and request for hearing shall be filed and served with the Clerk of the United States Bankruptcy Court, 255 East Temple Street, Los Angeles, California, 90012, and served on the Office of the United States Trustee, 915 Wilshire Boulevard, Suite 1850, Los Angeles, California, 90017, and the Law Office of Thomas H. Casey, Inc., 22342 Avenida Empresa, Suite 200, Rancho Santa Margarita, CA 92688, no later than 14 days after the date of service of this notice. Any responses not timely filed and served shall be deemed waived.

Dated: January 15, 2014

Respectfully submitted,

Thomas H. Casey - Bar No. 138264
THE LAW OFFICE OF THOMAS H. CASEY, INC.,
A PROFESSIONAL CORPORATION
22342 Avenida Empresa, Suite 200
Rancho Santa Margarita, CA  92688

Telephone: 949/766-8787
Facsimile: 949/766-9896
Email: TomCasey@tomcaseylaw.com

By: _____

Thomas H. Casey, Attorney for Weneta M.A. Kosmala, Chapter 7 Trustee of the bankruptcy estate of David A. Wilson, Debtor

Case 2:12-ap-01317-RK    Doc 654-1    Filed 02/07/22    Entered 02/07/22 18:01:47    Desc
Exhibit Exhibit    Page 61 of 64

Case 2:12-bk-16195-RK    Doc 156    Filed 02/03/14    Entered 02/03/14 15:29:44    Desc
Case 2:12-bk-16195-RK    Doc 150   Filed 01/15/14    Entered 01/15/14 16:10:49    Desc
Main Document    Page 4 of 5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**22342 Avenida Empresa, Suite 200, Rancho Santa Margarita, CA  92688**

A true and correct copy of the foregoing document entitled (specify): <u>NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR AN</u> <u>ORDER AUTHORIZING A BANKRUPTCY RULE 2004 EXAMINATION OF ANDRE HURST OF AMERICAN GENERAL</u> <u>CORPORATION AND FOR PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 9016</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) <u>January 15, 2014,</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Thomas H Casey    lmiller@tomcaseylaw.com, msilva@tomcaseylaw.com
- Christina M Chan    courtfiling@np-attorneys.com
- Allan D Epstein  - SUSPENDED BK -  adeesq@pacbell.net
- Beth Gaschen    bgaschen@wgllp.com, msciesinski@wgllp.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) <u>January 15, 2014,</u> I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method** for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 15, 2014 | Kathy Driggers | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Dale F. Hardeman    hardeman1@cox.net
- James Andrew Hinds    jhinds@jhindslaw.com, zbilowit@jhindslaw.com
- Hye Jin Jang    hjang@jhindslaw.com
- Hye Jin Jang    hjang@jhindslaw.com
- Weneta M Kosmala (TR)    Weneta.Kosmala@7trustee.net,
  ca15@ecfcbis.com;wkosmala@kosmalalaw.com;dfitzger@kosmalalaw.com;kgeorge@kosmalalaw.com
- Jana Logan    jlogan@kirbymac.com, twright@kirbymac.com
- Robert S Marticello    Rmarticello@wgllp.com, msclesinski@wgllp.com
- Benjamin Nachimson    bsn@nachimsonlaw.com
- Michael N Nicastro    courtfiling@np-attorneys.com
- John Patton    jpatton@cookseylaw.com
- Paul R Shankman    pshankman@jhindslaw.com
- Ramesh Singh    claims@recoverycorp.com
- Evan D Smiley    esmiley@wgllp.com, msclesinski@wgllp.com
- Autumn D Spaeth    aspaeth@wgllp.com, tjones@wgllp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Jeffrey S Yong    jeffyong@a-ylaw.com

**SERVED BY UNITED STATES MAIL:**

**Interested Party**
Office of the United States Trustee
Attn: Michael J. Hauser
411 West Fourth St., Ste. 9041
Santa Ana, CA 92701

**Debtor**
David A. Wilson
91 Avenida Del Mar, Third Floor
San Clemente, CA 92672

**Debtor's Counsel**
Jon-Michael Marconi, Esq.
668 North Coast Highway, No. 309
Laguna Beach, CA 92651

**Interested Party**
James A. Hinds, Jr.
Hinds & Shankman, LLP
21515 Hawthorne Blvd., Ste. 1150
Torrance, CA 90503

**Interested Party**
American General Corporation
Attn: Andre Hurst, CFO
91 Avenida Del Mar, 3rd Floor
San Clemente, CA 92672

American General Corporation
% Counsel For American General Corporation
Benjamin L. Meeker
91 Avenida Del Mar, 3rd Floor
San Clemente, CA 92672

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**
EXHIBIT 2, PAGE 62

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**22342 Avenida Empresa, Suite 200, Rancho Santa Margarita, CA  92688**

A true and correct copy of the foregoing document entitled (*specify*): **Declaration Re: Entry of Order Without Hearing Pursuant to LBR 9013-1(o)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 3, 2014,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Thomas H Casey    lmiller@tomcaseylaw.com, msilva@tomcaseylaw.com
- Christina M Chan    courtfiling@np-attorneys.com
- Allan D Epstein - SUSPENDED BK -    adeesq@pacbell.net
- Beth Gaschen    bgaschen@wgllp.com, msciesinski@wgllp.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Dale F. Hardeman    hardeman1@cox.net
- James Andrew Hinds    jhinds@jhindslaw.com, zbilowit@jhindslaw.com
- Hye Jin Jang    hjang@jhindslaw.com
- Hye Jin Jang    hjang@jhindslaw.com
- Weneta M Kosmala (TR)    Weneta.Kosmala@7trustee.net, ca15@ecfcbis.com;wkosmala@kosmalalaw.com;dfitzger@kosmalalaw.com;kgeorge@kosmalalaw.com
- Jana Logan    jlogan@kirbymac.com, twright@kirbymac.com
- Robert S Marticello    Rmarticello@wgllp.com, msciesinski@wgllp.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 3, 2014,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 3, 2014 | Kathy Driggers | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Benjamin Nachimson    ben.nachimson@wgfllp.com
- Michael N Nicastro    courtfiling@np-attorneys.com
- John Patton    jpatton@cookseylaw.com
- Paul R Shankman    pshankman@jhindslaw.com
- Ramesh Singh    claims@recoverycorp.com
- Evan D Smiley    esmiley@wgllp.com, msciesinski@wgllp.com
- Autumn D Spaeth    aspaeth@wgllp.com, tjones@wgllp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Barouir B Yeretzian    byeretzian@jhindslaw.com, yeretzian@gmail.com
- Jeffrey S Yong    jeffyong@a-ylaw.com

**SERVED BY UNITED STATES MAIL:**

**Interested Parties**
United States Bankruptcy Court
Attn:  Hon. Robert N. Kwan
255 E. Temple Street, Suite 1682
Los Angeles, CA  90012

Office of the United States Trustee
Attn: Michael J. Hauser
411 West Fourth St., Ste. 9041
Santa Ana, CA 92701

**Debtor**
David A. Wilson
91 Avenida Del Mar, Third Floor
San Clemente, CA 92672

**Debtor's Counsel**
Jon-Michael Marconi, Esq.
668 North Coast Highway, No. 309
Laguna Beach, CA 92651

**Interested Party**
James A. Hinds, Jr.
Hinds & Shankman, LLP
21515 Hawthorne Blvd., Ste. 1150
Torrance, CA 90503

**Interested Party**
American General Corporation
Attn: Andre Hurst, CFO
91 Avenida Del Mar, 3rd Floor
San Clemente, CA 92672

American General Corporation
% Counsel For American General Corporation
Benjamin L. Meeker
91 Avenida Del Mar, 3rd Floor
San Clemente, CA 92672

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**