FILED & ENTERED

FEB 16 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY vandenst DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DAVID ALAN WILSON,<br><br>　　　　　　　　　　　Debtor. | Case No.  2:12-bk-16195-RK<br><br>Chapter 7<br><br>Adv. No.  2:12-ap-01317-RK<br><br>**ORDER DENYING MOTION TO ENFORCE WRIT AND GARNISHMENT ORDERS DIRECTED TO AMERICAN GENERAL CORPORATION** |
| THOMAS I. MCKNEW, IV, et al.,<br>　　　　　　　　　　　Plaintiffs,<br>　vs.<br>DAVID A. WILSON,<br>　　　　　　　　　　　Defendant. | Hearing<br>Date:　　February 15, 2022<br>Time:　　2:30 p.m.<br>Courtroom:　1675<br><br>Hearing conducted via Zoom for Government |

　　　Plaintiffs' Motion to Enforce Writ and Garnishment Orders Directed to American General Corporation Pursuant to California Code of Civil Procedure §§ 701.202, 706.154. 708.180, and 3439.07 Made Applicable by Fed. R . Bankr. P. Rule 7069 and Fed. R. Civ. P. Rule 69(a) ("motion") (Docket No. 639), filed on January 13, 2022, came

-1-

on for hearing before the court on February 15, 2022, at 2:30 p.m.  Appearances were made as noted on the record at the hearing.

    For the reasons stated at the hearing and in the court's tentative ruling posted on the court's website before the hearing (by separate order, the court is placing the tentative ruling on the case docket), the court adopts the tentative ruling as its final ruling and denies the motion without prejudice.

    IT IS SO ORDERED.

###

Date: February 16, 2022

_____
Robert Kwan
United States Bankruptcy Judge