| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steven A. Schuman<br>Leonard, Dicker & Schreiber LLP<br>10940 Wilshire Boulevard, Suite 2100<br>Los Angeles, California 90024<br>Telephone: (310) 551-1987<br>Facsimile: (310) 277-8050<br>Email: sschuman@ldslaw.com<br><br>Attorney for: Baeta Wilson | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA** - LOS ANGELES DIVISION

| In re:<br><br>David Alan Wilson<br><br><br><br>McKnew, Thomas I. IV and McKnew, Lisa A.<br><br>Debtor(s). | CASE NO.: 2:12-bk-16195-RK<br>ADVERSARY NO.:2:12-ap-01317-RK<br>(if applicable)<br>CHAPTER: 7 |
|---|---|
| David A. Wilson<br>Plaintiff(s),<br>vs.<br><br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
   Baeta Wilson

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
   Steven A. Schuman
   Leonard, Dicker & Schreiber LLP
   10940 Wilshire Boulevard, Suite 2100
   Los Angeles, California 90024
   Telephone: (310) 551-1987, Email: sschuman@ldslaw.com

3. New attorney hereby appears in the following matters:   ☐ the bankruptcy case   ☒ the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                    Page 1                           F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:
Anerio V. Altman

Date: 11/8/2023

_____
Signature of party

Baeta Wilson
_____
Printed name of party

_____
Signature of second party (if applicable)

_____
Printed name of second party (if applicable)

_____
Signature of third party (if applicable)

_____
Printed name of third party (if applicable)

_____
Signature of fourth party (if applicable)

_____
Printed name of fourth party (if applicable)

I consent to the above substitution.
Date: 11/7/2023

_____
Signature of present attorney

Anerio V. Altman
_____
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.
Date: 11/14/23

_____
Signature of new attorney

Steve Schuman
_____
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014 | Page 2 | F 2091-1.SUBSTITUTION.ATTY

| In re:<br>David A. Wilson<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 2:12-bk-16195-RK |
|---|---|
| In re:<br>McKnew, Thomas I IV and McKnew, Lisa A., Plaintiff. vs. Kent Ivan Davis, Defendant. | ADV CASE NUMBER 2:12-ap-01317-RK |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11268 Washington Boulevard, Suite 203, Culver City, California 90230-4647.

A true and correct copy of the foregoing document entitled: <u>SUBSTITUTION OF ATTORNEY</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>November 14, 2023</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On <u>November 14, 2023</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>N/A</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/14/2023 | Eddy Paredes | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE

| In re:<br>David A. Wilson<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 2:12-bk-16195-RK |
|---|---|
| In re:<br>McKnew, Thomas I IV and McKnew, Lisa A., Plaintiff. vs. Kent Ivan Davis, Defendant. | ADV CASE NUMBER 2:12-ap-01317-RK |

**ADDITIONAL SERVICE INFORMATION (if needed):**

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

United States Trustee:
United States Trustee (LA)
ustpregion16.sa.ecf@usdoj.gov

Trustee:
Weneta M.A. Kosmala (TR)
ecf.alert+Kosmala@titlexi.com

Previous Attorney:
Christopher A. Dias
chris@chrisdiaslaw.com

Courtesy NEF:
eryk@kelawfirm.com
hjang@jhindslaw.com
ali.matin@usdoj.gov
rachel.sposato@lewisbrisbois.com
PShankman@fortislaw.com
byeretzian@jhindslaw.com
LakeForestBankruptcy@jubileebk.net
chris@chrisblanklaw.com
eryk@kelawfirm.com
rfrederickson@grsm.com
david@shevitzlawfirm.com
david@shevitzlawfirm.com
mike@mjonesoc.com

Plaintiff's Attorney:
jhinds@hindslawgroup.com;mduran@hindslawgroup.com
byeretzian@jhindslaw.com
mwallin@wallinrussell.com

Respondent:
American General Corporation
c/o Michael Jones
mike@mjonesoc.com

Mediator:
William Burd
wmburd@burd-naylor.com

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL:

**via U.S. Mail:**

Defendant:
David A Wilson
1606 Leilehua St
Hilo, HI 96720

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE